UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. |
| v. | ) |
| | ) 1:09-CV-3347-TCB |
| | ) |
| ECONOMIC RELIEF | ) |
| TECHNOLOGIES, LLC, | ) |
| a Nevada limited liability company, | ) |
| | ) |
| SAFERIDE WARRANTY LLC, | ) |
| A Florida limited liability company, | ) |
| | ) |
| VP MARKETING, LLC, | ) |
| a Georgia limited liability company, | ) |
| | ) |
| JASON JAMES EYER, | ) |
| | ) |
| KARA SINGLETON ADAMS, and | ) |
| | ) |
| JAMES A. SHOENHOLZ, | ) |
| | ) |
| Defendants. | ) |
| | ) |

ORDER GRANTING THE RECEIVER PERMISSION TO
IMMEDIATELY ENTER RESIDENCE AT ARLEY COURT,
MARIETTA, GEORGIA, TO TAKE POLICE OFFICERS TO PREVENT
INTERFERENCE, AND TO CLARIFY THE DEFINITION OF
"RECEIVERSHIP DEFENDANTS"

Pat Huddleston II, the Receiver appointed in this action, ("Receiver")

has filed an *Ex Parte* Motion for Permission to Immediately Enter Residence

at Arley Court, Marietta, Georgia, to Take Police Officers to Prevent Interference, and to Clarify the Definition of "Receivership Defendants."

It appearing to this Court that the defendants likely are conducting telemarketing operations out of the residence at Arley Court and/or may have receivership assets and relevant documents at that residence, it is hereby ORDERED, ADJUDGED and DECREED that the Receiver and the Federal Trade Commission have the authority to enter into all floors and all rooms of the home at Arley Court, Marietta, Georgia, and to take police officers with them to prevent interference in addition to all authority granted to the Receiver and the Federal Trade Commission pursuant to the Temporary Restraining Order issued by this Court on November 30, 2009.

Furthermore, it appearing that the definition of "Receivership Defendants" in this Court's Order of November 30, 2009, may not allow the Receiver sufficient freedom to carry out the purposes of the receivership in light of the possible intention of the defendants to evade the Receiver, it is hereby ORDERED, ADJUDGED, and DECREED that the definition of "Receivership Defendants" shall be amended as follows:

> "Receivership Defendants" includes not only Economic Relief Technologies, LLC, SafeRide Warranty LLC, and VP Marketing, LLC, but also their successors, assigns, affiliates, subsidiaries, divisions, fictitious business entities or business names created or used by these entities, and any

telephone sales operations, wherever located, including those that are operated by, controlled by, or benefit, directly or indirectly, the "Individual Defendants."

So ORDERED, this **4th** day of December, 2009.

*[signature]*

Timothy C. Batten, Sr.
United States District Judge

Proposed Order Prepared By:
Pat Huddleston II
The Huddleston Law Firm
1300 Ridenour Boulevard, Suite 200
Kennesaw, Georgia 30152
(770) 919-8003
(770) 874-0888 – facsimile
ph2@huddlestonfirm.com