Local Form 440 (07/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 11 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
   8ST   on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Kayla Carroll (Daughter of Defendant), a person of suitable age and discretion who resides there,
on *(date)* 12-11-09, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 12-11-09

_Darryl Brooks_
Server's signature

Darryl Brooks
Printed name and title

3070 Presidential Dr - Ste 130 Atl 30340
Server's address

Additional information regarding attempted service, etc:

Local Form 440 (12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

Federal Trade Commission )
)
*Plaintiff* )
)
v. ) Civil Action No.
)
Economic Relief Technologies, LLC, et al ) 01 09-CV-3347 TCB
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jason James Eyer
4230 Arley Court
Marietta, Georgia 30062

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Valerie Verduce
Federal Trade Commission
225 Peachtree Street, Suite 1500
Atlanta, Georgia 30062

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                    _____
                                          *Signature of Clerk or Deputy Clerk*