The Huddleston Law Firm
1300 Ridenour Blvd., Suite 200
Kennesaw, GA 30152

Valerie Verduce
Federal Trade Commission
225 Peachtree Street
Suite 1500
Atlanta, GA 30303

Date:   1/20/2010

Regarding: Economic Relief
Invoice No:  13

## Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 11/30/2009 | CE | Set up new receivership on system and begin preparing documents for initial visit to defendant companies | 1.50 | $85.00 | $127.50 |
| 11/30/2009 | NO | Research Secretary of State websites in Florida, Georgia, and Nevada regarding entities related to defendants | 0.60 | $85.00 | $51.00 |
| 11/30/2009 | PH | Telephone conference with FTC regarding Receivership appointment | 0.10 | $215.00 | $21.50 |
| 11/30/2009 | PH | Review receivership order and begin review of facts regarding receivership entities | 0.20 | $215.00 | $43.00 |
| 11/30/2009 | PH | Review receivership order and meet with FTC regarding receivership entities | 1.20 | $215.00 | $258.00 |
| 11/30/2009 | PH | Return to office | 0.00 | $215.00 | No Charge |
|  |  |  | 0.60 |  | No Charge |
| 11/30/2009 | PH | Schedule team meeting to address assignments and responsibilities | 0.00 | $215.00 | No Charge |
|  |  |  | 0.20 |  | No Charge |
| 11/30/2009 | PH | Detailed review of TRO/Receivership Order, and determine priority action items; consider initial staffing to best take advantage of the specific experience and skills of the Receiver's team to perform | 3.60 | $215.00 | $774.00 |

**EXHIBIT A**

priority action items as efficiently and
quickly as possible, with a view to
identifying and securing all assets subject
to the Receivership order before they can
be dissipated

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/30/2009 | PH | Pull and review Smartlinx Report on Jason Eyer | 0.80 | $215.00 | $172.00 |
| 11/30/2009 | PH | Pull and review Smartlinx Report on Kara Singleton Adams | 0.80 | $215.00 | $172.00 |
| 11/30/2009 | PH | Pull and review Smartlinx Report on James Schoenholz | 0.80 | $215.00 | $172.00 |
| 11/30/2009 | PH | Locate Arley Court address in preparation to drive by and lis pendens filing | 0.20 | $215.00 | $43.00 |
| 11/30/2009 | PH | Locate Mosaic Way community in preparation for drive by and lis pendens filing | 0.20 | $215.00 | $43.00 |
| 11/30/2009 | PH | Review of Michael Liggins declaration and cursory review of supporting documents to determine nature of evidence in hand to better identify critical evidence needed in advance of immediate access if possible | 1.20 | $215.00 | $258.00 |
| 11/30/2009 | PH | Travel to FTC | 0.00 0.40 | $215.00 | No Charge No Charge |
| 12/01/2009 | JC | Research property records and draft Lis Pendens to attach to various residences belonging to the Defendants; draft Notice of Receivership for the Eastern District of North Carolina | 3.50 | $165.00 | $577.50 |
| 12/01/2009 | JS | Review TRO issued in case | 0.50 | $165.00 | $82.50 |
| 12/01/2009 | JS | Attend staff meeting regarding case and assigned tasks | 0.00 1.30 | $165.00 | No Charge No Charge |
| 12/01/2009 | NO | Continue research and compilation of documents on defendants to develop leads for new case | 3.40 | $85.00 | $289.00 |
| 12/01/2009 | PH | Exchange emails with FTC | 0.20 | $215.00 | $43.00 |
| 12/01/2009 | PH | Receive and review email from FTC | 0.10 | $215.00 | $21.50 |

regarding High Tide address

| 12/01/2009 | PH | Research location and ownership of home on High Tide Drive | 0.50 | $215.00 | $107.50 |
|---|---|---|---|---|---|
| 12/01/2009 | PH | Assign priority action items, designate on-site team and supporting roles at office for immediate access on December 2 | 0.80 | $215.00 | $172.00 |
| 12/01/2009 | PH | Clarify assignment regarding bank freeze letters | 0.20 | $215.00 | $43.00 |
| 12/01/2009 | PH | Direct preparation of lis pendens for High Tide property | 0.20 | $215.00 | $43.00 |
| 12/01/2009 | PH | Receive and review MF's chart of corporation and LLC ownership and related parties | 0.30 | $215.00 | $64.50 |
| 12/01/2009 | PH | Assign investigation of individuals other than named defendants | 0.20 | $215.00 | $43.00 |
| 12/01/2009 | PH | Continue preparation for immediate access on December 2; evaluate language of receivership order as it speaks to expected objections from parties, especially LLCs, not identified by name in the Order; research Bank of America branches near the ParkBrooke offices in preparation for visiting those branches as part of securing assets on December 2; direct personnel to portion of Liggins declaration detailing bank accounts in preparation for casting a wide net early on December 2; direct personnel to portion of Liggins declaration regarding merchant processing accounts in preparation for finding all relevant accounts as soon as possible on December 2; review and execute five notices of lis pendens on property owned by named defendants and possibly purchased with funds wrongfully obtained from consumers | 3.80 | $215.00 | $817.00 |
| 12/02/2009 | CE | Work with FTC and Receiver to serve TRO on named defendants; interview employees; interview former employees; meet with Danny Izari and Luis Patron; locate and secure office in Roswell; confiscate computers from Roswell office | 12.00 | $85.00 | $1,020.00 |

and secure them in Receiver's office

| 12/02/2009 | JC | Meet with the Woodstock Police regarding the FTC case; drive to the Molly Lane office location to secure office; meet with landlord and get a copy of the lease; drive to the ParkBrooke location; interview employees; gather bank and merchant processor records; teleconference with Bryan Biederman regarding securing computer hard drives; secure computers from Bryan Biederman and deliver to Receiver's office for safekeeping | 10.50 | $165.00 | $1,732.50 |
| --- | --- | --- | --- | --- | --- |
| 12/02/2009 | JS | Proof; make edits; and review finalized version of asset freeze letters sent to City Financial Bank of Florida, Bank of America, JP Morgan and Chase, People's First Community Bank, Wachovia and SunTrust | 1.80 | $165.00 | $297.00 |
| 12/02/2009 | JS | Telephone conferences with Nancy Hoadley and Carmela Moreno at Bank of America regarding freeze request | 0.50 | $165.00 | $82.50 |
| 12/02/2009 | JS | Telephone conference with Sun Trust Bank regarding asset freeze letter | 0.20 | $165.00 | $33.00 |
| 12/02/2009 | JS | Telephone conference with People's First Community Bank regarding asset freeze letter | 0.40 | $165.00 | $66.00 |
| 12/02/2009 | JS | Telephone conferences with Richard Lapidas at City National Bank of Florida, Receiver, and Richard Lavine regarding asset freeze of Paradise Enterprises, LLC | 0.70 | $165.00 | $115.50 |
| 12/02/2009 | JS | Prepare letter unfreezing assets of Paradise Enterprises, LLC to send to City Financial Bank of Florida | 0.00 | $165.00 | No Charge |
| | | | 0.30 | | No Charge |
| 12/02/2009 | JS | Telephone conference with James Maguire regarding Receiver's closure of facilities and requested Roswell address; telephone conference with Receiver regarding same | 0.30 | $165.00 | $49.50 |
| 12/02/2009 | JS | Telephone conference with JC onsite regarding agreement to be faxed signed by Bryan Biederman regarding computers | 0.30 | $165.00 | $49.50 |

in his possession

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/02/2009 | JS | Review and finalize asset freeze letters to merchants - Process America, Orian Payment Services, Merchant Services, Global Payments, Innovative Merchant Solutions, and Merchant One | 2.30 | $165.00 | $379.50 |
| 12/02/2009 | JS | Prepare letter to real estate broker Graham Wood regarding requested information on leases of property in question | 0.20 | $165.00 | $33.00 |
| 12/02/2009 | LB | Gather data and draft bank asset freeze letters | 10.00 | $85.00 | $850.00 |
| 12/02/2009 | MS | Assist with filing of Lis Pendens in Cobb, Cherokee, Fulton and DeKalb counties | 0.00 | $85.00 | No Charge |
| | | | 2.00 | | No Charge |
| 12/02/2009 | NO | Meet with Cherokee County Police Department for debriefing on going into ParkBrooke and Molly Lane offices | 1.40 | $85.00 | $119.00 |
| 12/02/2009 | NO | Interview employees, change locks, and review voluminous office documentation for leads necessary to freeze assets | 9.00 | $85.00 | $765.00 |
| 12/02/2009 | NO | Seize forty-four computer towers for review by Receiver's IT team | 1.20 | $85.00 | $102.00 |
| 12/02/2009 | NO | Travel to Biederman home | 0.00 0.30 | $85.00 | No Charge No Charge |
| 12/02/2009 | PH | Return to office | 0.00 0.40 | $215.00 | No Charge No Charge |
| 12/02/2009 | PH | Debrief from interviews with ERT Woodstock employee offices; make assignment for priority action items, including retrieving 40 computers from home of Bryan Biederman employee | 1.90 | $215.00 | $408.50 |
| 12/02/2009 | PH | Travel to ERT Roswell offices | 0.00 0.60 | $215.00 | No Charge No Charge |
| 12/02/2009 | PH | Interview Kris Lang, Marvin Cox, and Fern Saint, found in the ERT Roswell offices; photograph office; disconnect and load selected computer equipment for return to Receiver's office | 1.90 | $215.00 | $408.50 |

| 12/02/2009 | PH | Secure computer equipment, and make assignment for following day | 0.50 | $215.00 | $107.50 |
|---|---|---|---|---|---|
| 12/02/2009 | PH | Meet with Danny Izari, Luis Pabon, and their counsel | 1.40 | $215.00 | $301.00 |
| 12/02/2009 | PH | Return to Woodstock ERT offices | 0.00<br>0.60 | $215.00 | No Charge<br>No Charge |
| 12/02/2009 | PH | Travel to Woodstock PD in preparation for immediate access | 0.00<br><br>0.60 | $215.00 | No Charge<br><br>No Charge |
| 12/02/2009 | PH | Meet with FTC and officers from the Woodstock PD in preparation for immediate access | 0.60 | $215.00 | $129.00 |
| 12/02/2009 | PH | Travel to ERT offices in Woodstock | 0.00<br>0.40 | $215.00 | No Charge<br>No Charge |
| 12/02/2009 | PH | Assess ERT environment from outside the offices; look into outside windows; ask other tenants about comings and goings of ERT personnel | 0.80 | $215.00 | $172.00 |
| 12/02/2009 | PH | Leave voicemails for Jason Eyer and Kara Adams | 0.40 | $215.00 | $86.00 |
| 12/02/2009 | PH | Gain access to ERT offices via locksmith; inspect inside of offices; meet with Steve Anthony upon his arrival; assess progress of bank and merchant processing freeze efforts | 2.10 | $215.00 | $451.50 |
| 12/02/2009 | PH | Travel to ERT Roswell offices | 0.00<br>0.70 | $215.00 | No Charge<br>No Charge |
| 12/02/2009 | PH | Meet with Kris Lang, purportedly new tenant in Suite 140 of office complex in Roswell | 0.90 | $215.00 | $193.50 |
| 12/02/2009 | PH | Look around other suite in Roswell office complex, searching for ERT location | 1.20 | $215.00 | $258.00 |
| 12/02/2009 | PH | Travel to meet with Danny Izari and Luis Pabon | 0.00<br><br>0.60 | $215.00 | No Charge<br><br>No Charge |
| 12/02/2009 | RS | Contact Richard Bowers & Co, and Graham Woods to obtain information | 0.50 | $45.00 | $22.50 |

regarding the lease signed with Lift
Enterprises, LLC

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/02/2009 | RS | Email exchange with Graham Woods regarding contact information on Kara Singleton Adams and Jason James Eyer | 0.10 | $45.00 | $4.50 |
| 12/02/2009 | RS | Hand deliver TRO and asset freeze letter to Flagstar Bank in Kennesaw, Georgia | 0.30 | $45.00 | $13.50 |
| 12/03/2009 | CE | Work with FTC and Receiver to interview witnesses and secure office in Woodstock; interview former employees of Dynamic Solutions; outline strategy for continuing investigative work; inspect storage unit belonging to Marvin Cox | 12.00 | $85.00 | $1,020.00 |
| 12/03/2009 | JC | Collect bank, merchant processor, and other records from the ParkBrooke office and forward them to the Receiver's office | 3.20 | $165.00 | $528.00 |
| 12/03/2009 | JC | Work with the Receiver and locate defendants' residence at Arley Court; speak with the defendants' son at the residence; stay at the residence to record the license plates of various vehicles and observe vehicles coming and going from the defendants' residence; draft Declaration stating what I saw at the defendant's residence; draft proposed Order for the Court granting the Receiver permission to enter the defendants' residence | 6.00 | $165.00 | $990.00 |
| 12/03/2009 | JS | Review Exhibit II and cursorily Exhibit IV for additional company names to add to asset freeze order to banks and merchant companies | 1.20 | $165.00 | $198.00 |
| 12/03/2009 | JS | Telephone conferences with FTC and banks to follow up on asset freeze orders | 0.90 | $165.00 | $148.50 |
| 12/03/2009 | JS | Outline strategy for taking recorded statements | 0.20 | $165.00 | $33.00 |
| 12/03/2009 | JS | Draft revised freeze letter to send with supplemental name, company and account information to banks and merchant companies | 0.80 | $165.00 | $132.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/03/2009 | JS | Telephone conference with Merchant Warehouse regarding asset freeze order | 0.10 | $165.00 | $16.50 |
| 12/03/2009 | JS | Telephone conference with Merchant Services regarding asset freeze order | 0.10 | $165.00 | $16.50 |
| 12/03/2009 | JS | Review revised addendums for accounts, additional companies (over 70), and individuals to be sent to banks and merchant processors | 0.60 | $165.00 | $99.00 |
| 12/03/2009 | JS | Telephone conferences with Roberts Commercial Realty, landlord for ParkBrooke Place, regarding freeze order; forward TRO to Roberts Commercial Realty via email | 0.50 | $165.00 | $82.50 |
| 12/03/2009 | LB | Prepare Merchant Processor asset freeze letters | 2.00 | $85.00 | $170.00 |
| 12/03/2009 | LB | Research Marvin Cox's phone numbers and numbers on cell phone bill for Philippines calls | 0.60 | $85.00 | $51.00 |
| 12/03/2009 | MS | Telephone conference with clerk in the U.S. District Court of Florida regarding Notice of Receivership filing | 0.20 | $85.00 | $17.00 |
| 12/03/2009 | NO | Interview employees, change locks, and continue to review voluminous office documentation for leads necessary to freeze assets | 10.30 | $85.00 | $875.50 |
| 12/03/2009 | PH | Meet with team regarding Arley Court findings and debrief regarding new information learned from additional former employees at the Woodstock office | 0.40 | $215.00 | $86.00 |
| 12/03/2009 | PH | Begin drafting Motion for Permission to Enter Home at Arley Court, to have police accompany us, and to clarify the definition of Receivership Defendants; begin drafting declaration in support of that action; debrief regarding information learned from Bernard Dorsey and amend motion in light of that information | 6.50 | $215.00 | $1,397.50 |
| 12/03/2009 | PH | Surveil Arley Court residence to insure no late night attempt to remove evidence; note cars in the driveway | 1.10 | $215.00 | $236.50 |

| 12/03/2009 | PH | Meeting with FTC and Receiver's team regarding new information learned Thursday morning | 0.50 | $215.00 | $107.50 |
|---|---|---|---|---|---|
| 12/03/2009 | PH | Travel to Arley Court address | 0.00 / 0.50 | $215.00 | No Charge / No Charge |
| 12/03/2009 | PH | Photograph house at Arley Court and vehicles parked there; interview defendant's son regarding whereabouts of his parents; observe comings and goings at house and record findings | 2.10 | $215.00 | $451.50 |
| 12/03/2009 | PH | Return to office | 0.00 / 0.60 | $215.00 | No Charge / No Charge |
| 12/03/2009 | RS | Research Kelly Lonas's Federal Express address book for potential leads | 0.80 | $45.00 | $36.00 |
| 12/03/2009 | RS | Contact Merchant Processors to verify fax numbers and address | 0.50 | $45.00 | $22.50 |
| 12/03/2009 | RS | Travel to Cobb County Superior Court, to file lis pendens with Real Estate Division | 0.00 / 0.50 | $45.00 | No Charge / No Charge |
| 12/04/2009 | CE | Work with FTC and Receiver to assess operations of Marietta office and secure authority to access premises; conduct telephone interviews of former employees; meet with Tamara Biederman regarding merchant processing accounts; enter premises in Marietta and conduct search for employees, computers and company documents | 14.00 | $85.00 | $1,190.00 |
| 12/04/2009 | JC | Meet with the Receiver and the Federal Marshals the plan for entering the residence; enter and search the residence and review the documents within | 4.50 | $165.00 | $742.50 |
| 12/04/2009 | JC | Revise Declaration and Proposed Order for entrance into the defendants' residence | 0.30 | $165.00 | $49.50 |
| 12/04/2009 | JC | Teleconference with Bryan Biederman regarding TB Associates' bank accounts | 0.20 | $165.00 | $33.00 |
| 12/04/2009 | JC | Outline plans to enter the Arley Court residence | 0.20 | $165.00 | $33.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/04/2009 | JC | Interview Tamara and Bryan Biederman regarding their involvement with Jim Maguire and TB Associates | 0.90 | $165.00 | $148.50 |
| 12/04/2009 | JC | Teleconference with Clerk for the Eastern District of North Carolina regarding Notice of Receivership | 0.10 | $165.00 | $16.50 |
| 12/04/2009 | JC | Interview Kelly Lonas, office assistant to Jason Eyer and Kara Adams | 0.50 | $165.00 | $82.50 |
| 12/04/2009 | JS | Review registration details for cars parked at Arley Court address | 0.10 | $165.00 | $16.50 |
| 12/04/2009 | JS | Telephone conferences with Rottweiler Security; forward TRO to Rottweiler via email | 0.30 | $165.00 | $49.50 |
| 12/04/2009 | JS | Telephone calls to Carmela Moreno at Bank of America to follow up on requested information | 0.20 | $165.00 | $33.00 |
| 12/04/2009 | JS | Review information on Vyco Direct and additional account number to forward to Bank of America | 0.20 | $165.00 | $33.00 |
| 12/04/2009 | JS | Telephone conference with Rhonetta Moore with Wachovia regarding information forwarded in asset freeze request; forward revised and updated account information | 0.30 | $165.00 | $49.50 |
| 12/04/2009 | JS | Telephone call to Bank of America regarding update on other requested information | 0.10 | $165.00 | $16.50 |
| 12/04/2009 | JS | Telephone conference with Debbie at People's First Community Bank regarding frozen accounts | 0.30 | $165.00 | $49.50 |
| 12/04/2009 | JS | Review update on freeze of Tamara Biederman's accounts and request unfreeze of accounts | 0.50 | $165.00 | $82.50 |
| 12/04/2009 | JS | Attend team meeting for latest updates in case and action plan | 0.00 | $165.00 | No Charge |
| | | | 0.30 | | No Charge |
| 12/04/2009 | JS | Telephone conference with Myra Espinola | 0.20 | $165.00 | $33.00 |

at City National Bank regarding requested
bank account information

| | | | | | |
|---|---|---|---|---|---|
| 12/04/2009 | JS | Telephone conference with People's First Community Bank regarding requested bank account information | 0.10 | $165.00 | $16.50 |
| 12/04/2009 | JS | Receive email update from People's First Community Bank regarding account freeze on Marvin and Patricia Cox | 0.20 | $165.00 | $33.00 |
| 12/04/2009 | JS | Telephone call to Brian Cooney with JP Morgan Chase regarding asset freeze request | 0.10 | $165.00 | $16.50 |
| 12/04/2009 | JS | Telephone conference with Raquel Nino at Flagstar Bank regarding asset freeze request; forward revised and updated information | 0.30 | $165.00 | $49.50 |
| 12/04/2009 | JS | Review additional information on James Maguire as related to asset freeze | 0.10 | $165.00 | $16.50 |
| 12/04/2009 | JS | Telephone conference with Shanee Harris at Frontline Press regarding asset freeze on merchant account | 0.10 | $165.00 | $16.50 |
| 12/04/2009 | JS | Telephone conference with Whitney Jeffra at EPAY Data regarding asset freeze on merchant account | 0.10 | $165.00 | $16.50 |
| 12/04/2009 | JS | Telephone conference with Gina at First Data regarding asset freeze on merchant account | 0.10 | $165.00 | $16.50 |
| 12/04/2009 | LB | Continue updating asset freeze letters for banks and merchant processors | 2.50 | $85.00 | $212.50 |
| 12/04/2009 | MS | Perform background search on Patricia and Marvin Cox | 0.40 | $85.00 | $34.00 |
| 12/04/2009 | NO | Continue to review voluminous office documentation for leads necessary to freeze assets | 4.30 | $85.00 | $365.50 |
| 12/04/2009 | NO | Continue research and compilation of documents on defendants, related individuals and business entities to develop additional leads for whereabouts of defendants | 3.50 | $85.00 | $297.50 |

| | | | | | |
|---|---|---|---|---|---|
| 12/04/2009 | NO | Meet US Marshals for debriefing; enter Arley Court address and search premises for any business documentation or equipment and information pertaining to assets and whereabouts of defendants | 4.50 | $85.00 | $382.50 |
| 12/04/2009 | NO | Assist FTC and Receiver in contacting Cobb County  and federal law enforcement to assist with entrance in Arley Court home | 0.00 | $85.00 | No Charge |
| | | | 0.40 | | No Charge |
| 12/04/2009 | PH | Meet with US Marshals; discuss site to be accessed; travel to Arley Court; enter residence; search for business documents; interview witnesses at Arley Court; provide direction regarding computer equipment to take possession of | 4.50 | $215.00 | $967.50 |
| 12/04/2009 | PH | Receive and review revised proposed order | 0.20 | $215.00 | $43.00 |
| 12/04/2009 | PH | Telephone conference with Julee Smilley regarding change in proposed order | 0.10 | $215.00 | $21.50 |
| 12/04/2009 | PH | Telephone conference with Cobb County Police Department regarding refusal to assist | 0.20 | $215.00 | $43.00 |
| 12/04/2009 | PH | Telephone conference with Julee Smilley regarding granting of Receiver's motion | 0.10 | $215.00 | $21.50 |
| 12/04/2009 | PH | Continue to work on and finalize Receiver's Motion for Permission to Enter Arley Court, to Take Police Along, and to Clarify Definition of Receivership Defendants; prepare Proposed Order granting that motion; prepare Motion to Seal Pleading and Proposed Order granting that motion; prepare declaration in support of Motion for Access and Clarification; review declaration of Jamie Carroll in support of motion | 4.30 | $215.00 | $924.50 |
| 12/04/2009 | PH | Telephone conference with Julee Smilley regarding filing emergency motion | 0.20 | $215.00 | $43.00 |
| 12/04/2009 | PH | Telephone conference with Judge Batten's office to alert them to motion filing | 0.20 | $215.00 | $43.00 |

| 12/04/2009 | PH | Direct team on priority action items - bank and merchant accounts, and preparation for letters to additional banks and processors in light of expected findings of Arley Court if motion granted | 0.40 | $215.00 | $86.00 |
| 12/04/2009 | RS | Continue review of Kelly Lonas's Federal Express address book for potential leads | 0.30 | $45.00 | $13.50 |
| 12/05/2009 | PH | Provide direction regarding follow up, determining which of innumerable action items must take priority; assign responsibility for priority action items | 1.20 | $215.00 | $258.00 |
| 12/07/2009 | CE | Interview Robyn Richter at Windy Hill Bank of America branch regarding business dealings of defendants | 1.50 | $85.00 | $127.50 |
| 12/07/2009 | CE | Interview Rachel Letourneau at Bank of America Sandy Plains branch regarding dealings with defendants | 1.30 | $85.00 | $110.50 |
| 12/07/2009 | CE | Interview owner of UPS Store to determine if any named defendants had box at local store | 0.30 | $85.00 | $25.50 |
| 12/07/2009 | CE | Interview manager of second UPS Store to determine if any defendants had post office box at Sandy Plains store | 0.30 | $85.00 | $25.50 |
| 12/07/2009 | CE | Coordinate filing of Notices of Receivership in all jurisdictions where assets have been identified | 1.00 | $85.00 | $85.00 |
| 12/07/2009 | CE | Locate property on High Tide Drive and obtain photographs for receivership records; locate property located on Mosiac Way and obtain photographs for receivership records | 1.80 | $85.00 | $153.00 |
| 12/07/2009 | JC | Teleconference and email with Geraldine Williams, former head of Customer Service for defendants, regarding the defendants' whereabouts | 0.40 | $165.00 | $66.00 |
| 12/07/2009 | JC | Teleconference with People's First Bank of Panama City regarding Kara Adams' safe deposit boxes; draft a letter and fax to People's First Bank setting out the Receiver's right to recover those boxes | 0.70 | $165.00 | $115.50 |

| 12/07/2009 | JC | Draft Notices of Receivership for the Nevada and Northern Florida districts | 0.50 | $165.00 | $82.50 |
|---|---|---|---|---|---|
| 12/07/2009 | JC | Teleconference with Yahoo regarding tracking down the Yahoo IDs of defendants and Melody Richardson | 0.20 | $165.00 | $33.00 |
| 12/07/2009 | JC | Research Eyer, Adams and Schoenholz's bank accounts at Bank of America; teleconference with Bank of America to follow up on the account; discover bank account in the Cook Islands | 1.10 | $165.00 | $181.50 |
| 12/07/2009 | JC | Interview Ashley Higgins regarding the various merchant processors used by defendants | 0.40 | $165.00 | $66.00 |
| 12/07/2009 | JC | Teleconference and email with FTC regarding James Schoenholz and the plane tickets to the Philippines | 0.20 | $165.00 | $33.00 |
| 12/07/2009 | JC | Review status of obtaining bank records and tracking down the merchant processor accounts | 0.70 | $165.00 | $115.50 |
| 12/07/2009 | JC | Research Cook Islands and legal cases involving attempted FTC enforcement there | 0.90 | $165.00 | $148.50 |
| 12/07/2009 | JC | Teleconference with People's First Bank regarding safe deposit boxes; draft and forward them a letter authorizing Cherie Eason to open the safe deposit box | 0.80 | $165.00 | $132.00 |
| 12/07/2009 | JC | Teleconference with investigator regarding tracking down defendants | 0.20 | $165.00 | $33.00 |
| 12/07/2009 | JC | Teleconference with Alexandra Stevens; draft summary of interview | 2.10 | $165.00 | $346.50 |
| 12/07/2009 | JS | Review updated accounts located at BOA; update team on progress with contact at BOA | 0.50 | $165.00 | $82.50 |
| 12/07/2009 | JS | Attend team meeting to discuss strategies for locating assets and next steps in investigation | 0.00 | $165.00 | No Charge |
| | | | 0.70 | | No Charge |

| 12/07/2009 | JS | Request follow up on two merchant processors accounts requesting additional information | 0.10 | $165.00 | $16.50 |
|---|---|---|---|---|---|
| 12/07/2009 | JS | Extended telephone conference with Alex Kaplan, attorney for Leiah Watson, regarding compliance with TRO, information about the case, and scheduling an interview; discuss with Receiver; email Kaplan additional information | 0.80 | $165.00 | $132.00 |
| 12/07/2009 | LB | Send out asset freeze addendum updates to banks | 1.50 | $85.00 | $127.50 |
| 12/07/2009 | LB | Send out asset freeze addendums to merchant processors | 1.50 | $85.00 | $127.50 |
| 12/07/2009 | LB | Conduct research for social security numbers on asset freeze letters | 2.00 | $85.00 | $170.00 |
| 12/07/2009 | MS | Finalize letter to People's First Bank regarding safe deposit boxes | 0.00 | $85.00 | No Charge |
|  |  |  | 0.20 |  | No Charge |
| 12/07/2009 | MS | Finalize and file Notices of Receivership in U.S. District Court of Florida and Nevada | 0.30 | $85.00 | $25.50 |
| 12/07/2009 | MS | Perform Locateplus background search on James Allen Schoenholz | 0.20 | $85.00 | $17.00 |
| 12/07/2009 | NO | Begin work on detailed timeline of events leading up to Receivership involvement | 1.20 | $85.00 | $102.00 |
| 12/07/2009 | NO | Attend team meeting regarding new leads and continuing investigation efforts | 0.00 | $85.00 | No Charge |
|  |  |  | 0.80 |  | No Charge |
| 12/07/2009 | NO | Draft, review, and, revise correspondence and subpoena to Verizon Wireless to request cellular records pertaining to defendants | 1.20 | $85.00 | $102.00 |
| 12/07/2009 | NO | Retrieve "Ted files" in preparation for interviewing Tamara Biederman | 0.60 | $85.00 | $51.00 |
| 12/07/2009 | NO | Research leads in Nevada and Georgia on Secretary of State websites | 3.20 | $85.00 | $272.00 |
| 12/07/2009 | NO | Locate storage facility mentioned by | 1.80 | $85.00 | $153.00 |

Marvin Cox in his recent interview;  serve Cherokee 92 Self Storage with TRO and explain search requests

| 12/07/2009 | NO | Meet with Verizon Wireless employees to inquire about subpoenaing cellular phone records of defendants for last thirty days of inbound and outbound calls and text messages | 0.60 | $85.00 | $51.00 |
| 12/07/2009 | PH | Direct search of international divisions of US-based banks | 0.20 | $215.00 | $43.00 |
| 12/07/2009 | PH | Direct bank letters to the US-based banks with branches in the Philippines | 0.30 | $215.00 | $64.50 |
| 12/07/2009 | PH | Review information on TDP Technologies | 0.20 | $215.00 | $43.00 |
| 12/07/2009 | PH | Direct search of storage facility | 0.20 | $215.00 | $43.00 |
| 12/08/2009 | CE | Telephone conference with Brian Cooney regarding account freeze and recent activity on accounts and request for records to aid in investigation | 0.30 | $85.00 | $25.50 |
| 12/08/2009 | CE | Conduct online research to locate investigator in Nevada for assistance in locating and tracking individuals who conducted business with the defendants | 0.50 | $85.00 | $42.50 |
| 12/08/2009 | CE | Telephone conference with Nevada investigator regarding address we obtained and surveillance needed | 0.30 | $85.00 | $25.50 |
| 12/08/2009 | CE | Telephone conference with Lawrence Zimmerman regarding representation of Jason Eyer in criminal matter | 0.20 | $85.00 | $17.00 |
| 12/08/2009 | CE | Conduct online research regarding Jason Eyer being charged with possession of illegal drugs and DUI in Cobb County | 0.80 | $85.00 | $68.00 |
| 12/08/2009 | CE | Telephone conference with Mary Catherine Bagnaud regarding Jason Eyer's arraignment on Judge Ingram's December 7 calendar | 0.20 | $85.00 | $17.00 |
| 12/08/2009 | CE | Telephone conference with ADA Bert Reeves regarding criminal charges brought against Jason Eyer | 0.20 | $85.00 | $17.00 |

| 12/08/2009 | CE | Telephone conference with Jim Maguire regarding business dealings with defendants | 0.20 | $85.00 | $17.00 |
|---|---|---|---|---|---|
| 12/08/2009 | CE | Several telephone conferences with Gloria Cox regarding freezing accounts of Marvin Cox, Sr. | 0.30 | $85.00 | $25.50 |
| 12/08/2009 | JC | Teleconference with James Schoenholz, Sr. regarding the whereabouts of his son | 0.20 | $165.00 | $33.00 |
| 12/08/2009 | JC | Research relevant banks, properties and merchant processors; draft Notices of Receivership for various district courts | 2.20 | $165.00 | $363.00 |
| 12/08/2009 | JC | Interview Paris Prater regarding the payroll accounts and ledgers | 0.50 | $165.00 | $82.50 |
| 12/08/2009 | JC | Teleconference with Bank of America regarding the transfer of funds from Capital Bank Security Limited to Bank of America | 0.40 | $165.00 | $66.00 |
| 12/08/2009 | JC | Outline strategy to locate call centers in the Philippines and in Las Vegas | 0.90 | $165.00 | $148.50 |
| 12/08/2009 | JC | Teleconference with People's First Community Bank regarding opening up the safe deposit boxes | 0.40 | $165.00 | $66.00 |
| 12/08/2009 | JC | Teleconference with Kelly Lonas regarding office in Las Vegas and the various phone numbers of people involved in the case; begin research on Christina Gannon and Barbara Wilson regarding their role in the Las Vegas office; research other names given by Kelly Lonas | 1.70 | $165.00 | $280.50 |
| 12/08/2009 | JC | Teleconference with Brian Cooney at JP Morgan Chase regarding tracking down the Capital Bank Security Limited account in the Cook Islands | 0.40 | $165.00 | $66.00 |
| 12/08/2009 | JC | Teleconference with Yahoo representative regarding subpoena to get IP address for log-in for Kara Adams's email | 0.30 | $165.00 | $49.50 |
| 12/08/2009 | JC | Teleconference with Perry Phillips regarding his registration of the corporate | 0.10 | $165.00 | $16.50 |

names

| Date | Staff | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 12/08/2009 | JC | Teleconference with Ashley Higgins regarding the merchant processors | 0.20 | $165.00 | $33.00 |
| 12/08/2009 | JS | Edit draft of revised letter to banks to include supplemental order issued by the judge expanding definition of relief defendants | 0.30 | $165.00 | $49.50 |
| 12/08/2009 | JS | Review email from attorney for Leiah Watson regarding authorization to accept service of TRO for Mr. Watson | 0.10 | $165.00 | $16.50 |
| 12/08/2009 | JS | Update team with contact information for JP Morgan and Chase regarding account in Cook Islands | 0.10 | $165.00 | $16.50 |
| 12/08/2009 | JS | Outline service of TRO on Jason Eyer through his criminal attorney | 0.30 | $165.00 | $49.50 |
| 12/08/2009 | JS | Attend team meeting to discuss strategies for locating assets in Philippines and Las Vegas and next steps in investigation | 0.00 | $165.00 | No Charge |
| | | | 1.00 | | No Charge |
| 12/08/2009 | JS | Telephone conference with attorney for Leiah Watson regarding service of TRO on Mr. Watson and scheduling an interview with his clients | 0.50 | $165.00 | $82.50 |
| 12/08/2009 | LB | Continue updating asset freeze letter addendums | 3.00 | $85.00 | $255.00 |
| 12/08/2009 | LB | Compile court office addresses for filing 754 notices | 0.50 | $85.00 | $42.50 |
| 12/08/2009 | LB | Send revised Merchant Processor asset freeze letters | 2.00 | $85.00 | $170.00 |
| 12/08/2009 | MS | Finalize Notices of Receivership in additional District Courts | 4.00 | $85.00 | $340.00 |
| 12/08/2009 | MS | Telephone conference with clerk at the U.S. District Court of California regarding Notice of Receivership filing | 0.20 | $85.00 | $17.00 |
| 12/08/2009 | NO | Continue follow-up Internet research on leads generated from employee interview, | 10.80 | $85.00 | $918.00 |

affidavits, Secretary of State information, and items seized from Arley Court address; continue work on timeline of events

| | | | | | |
|---|---|---|---|---|---|
| 12/08/2009 | PH | Review and execute lis pendens on High Tide property | 0.20 | $215.00 | $43.00 |
| 12/08/2009 | PH | Telephone conference with FTC | 0.20 | $215.00 | $43.00 |
| 12/08/2009 | PH | Telephone conference with FTC | 0.20 | $215.00 | $43.00 |
| 12/08/2009 | PH | Telephone conference with Office of International Affairs regarding actions in Cook Islands, Saint Kits and Nevis, Belize, and the Bahamas | 0.60 | $215.00 | $129.00 |
| 12/08/2009 | PH | Research Las Vegas address | 0.20 | $215.00 | $43.00 |
| 12/08/2009 | PH | Telephone conference with FTC | 0.30 | $215.00 | $64.50 |
| 12/08/2009 | PH | Direct setting of Jim Maguire's testimony | 0.20 | $215.00 | $43.00 |
| 12/08/2009 | PH | Review 754 filings and execute checks to accompany filings | 0.50 | $215.00 | $107.50 |
| 12/08/2009 | RS | Research Atlanta and Philippines Craigslist telemarketing jobs | 0.70 | $45.00 | $31.50 |
| 12/08/2009 | RS | Continue to research Atlanta and Philippines Craigslist telemarketing jobs | 0.70 | $45.00 | $31.50 |
| 12/09/2009 | CE | Conduct online research regarding attorney recommended for service and tracking in the Philippines | 0.30 | $85.00 | $25.50 |
| 12/09/2009 | CE | Email exchange with Emanuel Lombos regarding service on defendants in the Philippines | 0.20 | $85.00 | $17.00 |
| 12/09/2009 | CE | Telephone conference with James Schoenholz, Sr. regarding accounts that were frozen and lis pendens that was filed against his property in North Carolina | 0.30 | $85.00 | $25.50 |
| 12/09/2009 | CE | Telephone conference with Rob Michael regarding his contact with the defendants and Matt and Melody Richardson | 0.20 | $85.00 | $17.00 |

| 12/09/2009 | CE | Lengthy telephone conference with Federal Express regarding document request for shipments to the Philippines by the named defendants | 0.30 | $85.00 | $25.50 |
|---|---|---|---|---|---|
| 12/09/2009 | CE | Telephone conference with Jim Maguire regarding business operations and his connections to Jason Eyer and Kara Adams | 0.80 | $85.00 | $68.00 |
| 12/09/2009 | CE | Telephone conference with FTC International Office regarding contact in Philippines to track down and serve defendants | 0.30 | $85.00 | $25.50 |
| 12/09/2009 | JC | Teleconference with Perry Phillips regarding his registration of various corporations for Jason Eyer and Kara Adams | 0.10 | $165.00 | $16.50 |
| 12/09/2009 | JC | Teleconference with Scott Michael regarding his tax accounting work done for Jason Eyer and Kara Adams; email and fax him a copy of the Temporary Restraining Order; investigate Strombeck Consulting, defendants' accounting firm | 0.40 | $165.00 | $66.00 |
| 12/09/2009 | JC | Teleconference with Diane Stewart regarding People's First Community Bank's safe deposit boxes | 0.20 | $165.00 | $33.00 |
| 12/09/2009 | JC | Research the attorneys for defendants' various businesses; draft demand letter for the attorney files; draft various demand letters for Howard Rosen, Vincent Aiello and Mark Cohen; teleconference with Vincent Aiello regarding the files and work he did for defendants; email exchange with Kelly Lonas regarding potential attorney, Chris Keller | 2.20 | $165.00 | $363.00 |
| 12/09/2009 | JC | Outline strategy for speaking to Barbara Wilson and Christina Gannon regarding the Las Vegas office; teleconference with Christina Gannon; prepare summary of interview | 0.70 | $165.00 | $115.50 |
| 12/09/2009 | JC | Teleconference with Kelly Lonas regarding physical descriptions of Matt and Melody Richardson, Barbara Wilson and Christina Gannon | 0.20 | $165.00 | $33.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/09/2009 | JC | Prepare civil cover sheet needed by Southern District of Miami to file Notice of Receivership | 0.20 | $165.00 | $33.00 |
| 12/09/2009 | JC | Teleconference with Sheena Calloway regarding payroll and the various employees in Florida and elsewhere | 0.40 | $165.00 | $66.00 |
| 12/09/2009 | JC | Teleconference with Dianna Ponder regarding her work for the defendants | 0.20 | $165.00 | $33.00 |
| 12/09/2009 | JC | Prepare subpoena for service on Yahoo; teleconference with the Clerk for the Northern District of California regarding the process for domesticating a Georgia subpoena in California | 0.60 | $165.00 | $99.00 |
| 12/09/2009 | JS | Review and forward for investigation fax from Chase Payment Tech regarding requested account information | 0.10 | $165.00 | $16.50 |
| 12/09/2009 | JS | Review bank contacts and progress on receipt of account statements for follow up by team member | 0.20 | $165.00 | $33.00 |
| 12/09/2009 | JS | E-mail attorney for Leiah Watson regarding scheduling interview of clients on Monday; discuss schedule with Receiver; request reschedule of clients | 0.30 | $165.00 | $49.50 |
| 12/09/2009 | JS | Review request to unfreeze Schoenholz Sr. accounts | 0.10 | $165.00 | $16.50 |
| 12/09/2009 | LB | Prepare updated bank asset freeze letters | 3.00 | $85.00 | $255.00 |
| 12/09/2009 | LB | Prepare updated merchant processor asset freeze letters | 2.00 | $85.00 | $170.00 |
| 12/09/2009 | LB | Telephone conference with Raquel Nino from Flagstar bank | 0.10 | $85.00 | $8.50 |
| 12/09/2009 | NO | Continue follow-up Internet research on leads generated from employee interview, affidavits, Secretary of State information, and items seized from Arley Court address; continue work on timeline of events | 6.70 | $85.00 | $569.50 |

| | | | | | |
|---|---|---|---|---|---|
| 12/09/2009 | NO | Multiple e-mail exchanges and telephone conference with Karen Kenny from Cherokee 92 Self Storage regarding research on individual and business entity names | 0.50 | $85.00 | $42.50 |
| 12/09/2009 | PH | Forward email to FTC regarding James Schoenholz's tag number | 0.10 | $215.00 | $21.50 |
| 12/09/2009 | PH | Begin drafting Receiver's First Interim Report | 2.90 | $215.00 | $623.50 |
| 12/09/2009 | PH | Interview Perry Phillips; direct subpoena for Perry Phillips's files on the receivership defendants | 0.40 | $215.00 | $86.00 |
| 12/09/2009 | PH | Telephone conference with FTC | 0.30 | $215.00 | $64.50 |
| 12/09/2009 | PH | Travel to FTC | 0.00 0.60 | $215.00 | No Charge No Charge |
| 12/09/2009 | PH | Meet with the FTC | 1.60 | $215.00 | $344.00 |
| 12/09/2009 | PH | Return to office | 0.00 0.70 | $215.00 | No Charge No Charge |
| 12/09/2009 | PH | Compare Smartlinx reports on related individuals, looking for connections, and likely individuals behind current operations | 0.90 | $215.00 | $193.50 |
| 12/09/2009 | PH | Direct retention of private investigators in the Philippines and Las Vegas, searching for location of currently operating call centers | 0.60 | $215.00 | $129.00 |
| 12/10/2009 | CE | Prepare subpoenas and notices of deposition for Marvin Cox and Tamara Biederman | 0.80 | $85.00 | $68.00 |
| 12/10/2009 | CE | Arrange for personal service of subpoenas on both Marvin Cox and Tamara Biederman | 0.50 | $85.00 | $42.50 |
| 12/10/2009 | CE | Email exchange with attorney in Philippines to schedule conference call regarding service on defendants | 0.20 | $85.00 | $17.00 |
| 12/10/2009 | CE | Attend team meeting to discuss investigation to date and proper procedures for handling documents and | 0.00 | $85.00 | No Charge |

information

|            |    |                                                                                                                                                                                 | 1.00 |          | No Charge |
|------------|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|-----------|
| 12/10/2009 | JC | Email exchange with Alex Kaplan regarding interview with his client, Leiah Watson, after the FTC hearing; begin researching Leiah Watson and drafting questions for her          | 0.70 | $165.00  | $115.50   |
| 12/10/2009 | JC | Research and draft additional Notices of Receivership                                                                                                                           | 0.50 | $165.00  | $82.50    |
| 12/10/2009 | JC | Receive and review letter from Howard Rosen regarding his representation of the individual defendants as opposed to the corporate entities; teleconference with Patricia Donley-Rosen regarding work for the individual defendants | 0.80 | $165.00  | $132.00   |
| 12/10/2009 | JC | Review where the individual defendants have lived and worked in the past and interview notes to determine if more Notices of Receivership are needed; draft additional Notices of Receivership | 1.20 | $165.00  | $198.00   |
| 12/10/2009 | JC | Attend team meeting regarding the next steps in gather assets                                                                                                                   | 0.90 | $165.00  | $148.50   |
| 12/10/2009 | JC | Teleconference with the Southern District of Florida regarding the Notice of Receivership                                                                                        | 0.20 | $165.00  | $33.00    |
| 12/10/2009 | JC | Review current 754 filings and notices to banks and merchant processors to ensure that all districts are covered                                                                | 0.30 | $165.00  | $49.50    |
| 12/10/2009 | JC | Draft demand letters to Bryan Cave LLP and Strombeck Consulting requesting copies of their work product                                                                         | 0.50 | $165.00  | $82.50    |
| 12/10/2009 | JC | Review Philippine law on credit card fraud to determine if it applies to the defendants                                                                                         | 0.90 | $165.00  | $148.50   |
| 12/10/2009 | JC | Teleconference with Barbara Wilson, potential employee of the Las Vegas office regarding defendants                                                                             | 0.10 | $165.00  | $16.50    |
| 12/10/2009 | JC | Teleconference with the Clerk for the District of Arizona regarding the Notice of Receivership                                                                                   | 0.10 | $165.00  | $16.50    |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/10/2009 | JS | Attend team meeting to discuss update on case, notices of receivership filed and next steps in investigation | 0.00 | $165.00 | No Charge |
| | | | 0.60 | | No Charge |
| 12/10/2009 | LB | Continue Merchant Processor asset freeze updates | 2.00 | $85.00 | $170.00 |
| 12/10/2009 | LB | Serve new Merchant Processors with freeze letters | 2.00 | $85.00 | $170.00 |
| 12/10/2009 | NO | Field employee call regarding questions on business operation at ParkBrooke location | 0.40 | $85.00 | $34.00 |
| 12/10/2009 | NO | Lengthy telephone conference with Verizon Wireless regarding production of cell phone records pertaining to defendants | 0.30 | $85.00 | $25.50 |
| 12/10/2009 | NO | Telephone conference with FTC regarding contact with Jim Strickland | 0.10 | $85.00 | $8.50 |
| 12/10/2009 | NO | Telephone conference with clerk of court regarding status of sealed pleadings | 0.10 | $85.00 | $8.50 |
| 12/10/2009 | NO | Review affidavits of former employees and Michael Liggins for additional names of companies associated with defendants | 0.00 | $85.00 | No Charge |
| | | | 2.30 | | No Charge |
| 12/10/2009 | NO | Finalize and serve subpoena and TRO on CSC Services of Nevada, Inc. to obtain information on any corporations started by defendants or their associates in Nevada | 1.30 | $85.00 | $110.50 |
| 12/10/2009 | NO | Review for completeness the organizational chart detailing individuals associated with defendants | 0.80 | $85.00 | $68.00 |
| 12/10/2009 | NO | Partial review of computer files of Marvin Cox and Chris Lang seized from the Roswell location | 0.60 | $85.00 | $51.00 |
| 12/10/2009 | NO | Review notes taken from conversations with former employees pertaining to IP addresses accessed on company computers for App Suite application | 0.80 | $85.00 | $68.00 |
| 12/10/2009 | NO | Finalize and serve Notices on | 2.20 | $85.00 | $187.00 |

Receivership on Middle District of Florida, Orlando Division, Southern District of New York, Manhattan Division, East District of Virginia, Alexandria Division, and the Western District of North Carolina, Charlotte Division

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/10/2009 | PH | Continue drafting Receiver's First Interim Report | 7.70 | $215.00 | $1,655.50 |
| 12/10/2009 | RS | Research Nevada Craigslist telemarketing jobs | 1.00 | $45.00 | $45.00 |
| 12/11/2009 | CE | Review police blotters regarding arrests of Jason Eyer | 0.40 | $85.00 | $34.00 |
| 12/11/2009 | CE | Telephone conference with Atlanta Legal Services regarding service of subpoenas on Marvin Cox and Tamara Biederman | 0.20 | $85.00 | $17.00 |
| 12/11/2009 | CE | Email exchange with DeBecker Investigations regarding surveillance in Nevada | 0.40 | $85.00 | $34.00 |
| 12/11/2009 | CE | Work with Receiver to finalize facts in First Interim Report and compile exhibits | 3.50 | $85.00 | $297.50 |
| 12/11/2009 | JC | Teleconference with 1280 West Peachtree apartment complex to determine when James Schoenholz and Brittany Dunphy left | 0.10 | $165.00 | $16.50 |
| 12/11/2009 | JC | Review and revise Declaration for the Motion for a Preliminary Injunction; teleconference with FTC regarding certain facts in the Declaration | 1.50 | $165.00 | $247.50 |
| 12/11/2009 | JC | Teleconference and email with Theresa McDaniel of Troutman Sanders regarding their representation of VP Marketing and other defendant corporations | 0.40 | $165.00 | $66.00 |
| 12/11/2009 | JC | Review and revise the Receiver's First Interim Report | 1.20 | $165.00 | $198.00 |
| 12/11/2009 | JC | Research potential merchant processor, Diversified Credit | 0.20 | $165.00 | $33.00 |
| 12/11/2009 | JC | Teleconference with James Schoenholz, Sr. confirming information regarding his | 0.20 | $165.00 | $33.00 |

son's travel plans and his mortgage

| | | | | | |
|---|---|---|---|---|---|
| 12/11/2009 | JC | Review Liggins Declaration to determine if there are any third party attorneys for the defendants; prepare letter to Goodman McGuffey Lindsey & Johnson, LLP requesting attorney files | 0.00 | $165.00 | $0.00 |
| | | | 0.20 | | No Charge |
| 12/11/2009 | JC | Teleconference with Fulton County clerk regarding rejection of lis pendens | 0.20 | $165.00 | $33.00 |
| 12/11/2009 | JC | Teleconference with Vincent Aiello regarding his production of files relating to VP Marketing | 0.20 | $165.00 | $33.00 |
| 12/11/2009 | JC | Finalize questions for Leiah Watson; forward question to her counsel, Alex Kaplan | 0.40 | $165.00 | $66.00 |
| 12/11/2009 | JC | Research information on Brittany Dunphy; forward TRO to Brittany Dunphy and to James Schoenholz via email | 0.40 | $165.00 | $66.00 |
| 12/11/2009 | LB | Telephone conference with Myra Espinola from City National Bank | 0.20 | $85.00 | $17.00 |
| 12/11/2009 | LB | Telephone conference with Debie Sasser at People's First Community Bank | 0.20 | $85.00 | $17.00 |
| 12/11/2009 | LB | Serve new merchant processors with freeze letters | 1.00 | $85.00 | $85.00 |
| 12/11/2009 | NO | Finalize, and serve Receiver's First Interim Report and James Carroll's declaration in support of plaintiff's request for Preliminary Injunction | 1.10 | $85.00 | $93.50 |
| 12/11/2009 | NO | Review data seized from computers of Chris Lang, Marvin Cox, and miscellaneous ParkBrooke location employees; research leads obtained from seized computer data | 2.30 | $85.00 | $195.50 |
| 12/11/2009 | NO | Finalize correspondence to Goodman McGuffey regarding legal work done pertaining to defendants | 0.20 | $85.00 | $17.00 |
| 12/11/2009 | NO | Field call from employee and explain TRO; e-mail to employee Gwantaveus Anderson regarding TRO and employee | 0.30 | $85.00 | $25.50 |

questionnaire

| | | | | | |
|---|---|---|---|---|---|
| 12/11/2009 | NO | Telephone conference with Eagle Vending regarding release of vending machines at the ParkBrooke location; make arrangements for release of vending machines | 0.30 | $85.00 | $25.50 |
| 12/11/2009 | NO | Finalize correspondence and Yahoo subpoena for domestication in the Northern District of California | 0.50 | $85.00 | $42.50 |
| 12/11/2009 | NO | Prepare for upcoming depositions of Tamara Biederman and Marvin Cox; prepare for Receiver's upcoming telephone conference with Philippino investigator | 0.60 | $85.00 | $51.00 |
| 12/11/2009 | NO | Finalize correspondence and Notice of Receivership to the Middle District of Georgia, Valdosta Division | 0.80 | $85.00 | $68.00 |
| 12/11/2009 | PH | Telephone conferences with FTC | 0.30 | $215.00 | $64.50 |
| 12/11/2009 | PH | Final review of Receiver's First Interim Report | 0.80 | $215.00 | $172.00 |

Total Fees $42,984.00

### Expenses

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 12/07/2009 | ERT Locksmith | 1.00 | $350.00 |
| 12/07/2009 | Locksmith- 100 Hanover Park West | 1.00 | $305.00 |
| 12/07/2009 | Locksmith at Woodstock Office location | 1.00 | $465.00 |
| 12/07/2009 | Cobb County Lis Pendens | 1.00 | $85.00 |
| 12/07/2009 | Eastern District of NC Filing Fee- Notice of Receivership | 1.00 | $39.00 |
| 12/07/2009 | DeKalb County Lis Pendens | 1.00 | $95.00 |
| 12/07/2009 | Fulton County Lis Pendens | 1.00 | $95.00 |
| 12/07/2009 | Johnston County Lis Pendens | 1.00 | $19.00 |

| 12/09/2009 | Allen Microsystems Computer Work | 1.00 | $4,100.00 |
|---|---|---|---|

| | Total Expenses | $5,553.00 |
|---|---|---|

| Total New Charges | $48,537.00 |
|---|---|
| Previous Balance | $0.00 |
| Balance Due | $48,537.00 |

## Staff Summary

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Cherie Eason | 57.10 | $85.00 | $4,853.50 |
| Cherie Eason | 1.00 | $0.00 | $0.00 |
| Jamie Carroll | 61.60 | $165.00 | $10,164.00 |
| Jamie Carroll | .20 | $0.00 | $0.00 |
| Jennifer Snow | 18.30 | $165.00 | $3,019.50 |
| Jennifer Snow | 4.20 | $0.00 | $0.00 |
| Lauren Bowman | 36.10 | $85.00 | $3,068.50 |
| Melanie Smith | 5.30 | $85.00 | $450.50 |
| Melanie Smith | 2.20 | $0.00 | $0.00 |
| Nikki Osborne | 77.50 | $85.00 | $6,587.50 |
| Nikki Osborne | 3.80 | $0.00 | $0.00 |
| Pat Huddleston | 68.00 | $215.00 | $14,620.00 |
| Pat Huddleston | 7.50 | $0.00 | $0.00 |
| Rosey Sumrall | 4.90 | $45.00 | $220.50 |
| Rosey Sumrall | .50 | $0.00 | $0.00 |