Investor's Watchdog
1300 Ridenour Blvd
Suite 200
Kennesaw, GA 30152

Pat Huddleston
The Huddleston Law Firm
1300 Ridenour Boulevard
Suite 200
Kennesaw, GA 30152

Date: 1/13/2010

Regarding: Economic Relief
Invoice No: 00005

## Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 11/30/2009 | EH | Review temporary restraining order for new case | 0.00 | $145.00 | No Charge |
|  |  |  | 0.70 |  | No Charge |
| 12/01/2009 | EH | Review case details and task priorities | 1.00 | $145.00 | $145.00 |
| 12/01/2009 | MF | Attend team meeting to discuss case and set schedule for going into business | 1.00 | $145.00 | $145.00 |
| 12/01/2009 | MF | Begin creating chart showing companies and their owners | 3.00 | $145.00 | $435.00 |
| 12/02/2009 | EH | Identify potential merchant processor names and contact details for sending asset freeze letters, including American Express, Chase Paymentech, Discover, Merchant One, Merchant Warehouse, Process America, and Orion Payment Systems; telephone conference with merchant account salesman Lyle Martin; telephone conference with Jeff Smith to discuss Gmail addresses discovered; research to identify auto warranty vendors for possible freeze letter receipt | 9.40 | $145.00 | $1,363.00 |

**EXHIBIT B**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/02/2009 | MF | Complete chart showing companies and their owners | 1.00 | $145.00 | $145.00 |
| 12/02/2009 | MF | Onsite-search for bank records, merchant account records, other assets and documents of interest | 5.00 | $145.00 | $725.00 |
| 12/03/2009 | EH | Continue discovery of potential merchant processors and contact details for asset freeze letter receipt, including Cynergy Data, ePay Data, First Data Merchant Processing, and Frontline Processing; send freeze letters to merchant processors to freeze accounts and reserve balances | 6.80 | $145.00 | $986.00 |
| 12/03/2009 | MF | Continue onsite search for bank records, merchant account statements, other assets and documents of interest | 9.00 | $145.00 | $1,305.00 |
| 12/04/2009 | EH | Follow up on merchant processor account freeze letters sent to confirm receipt by merchant processors and log account information discovered; review account information obtained by onsite team to identify additional accounts, including First National Merchant Solutions, Global Payments, and MCPS; coordinate freeze letter contact with identified merchant processors and tracking of account information | 6.10 | $145.00 | $884.50 |
| 12/04/2009 | MF | Review company related gmail accounts; begin online research for companies registered in Georgia, Florida and Nevada by persons of interest | 9.00 | $145.00 | $1,305.00 |
| 12/07/2009 | EH | Review and update list of merchant processors and possible individuals of interest names identified; telephone conferences with merchant processors American Express, Chase Paymentech, Discover Financial, Frontline Processing, and ECHO to discuss results of respective freeze letter searches, log contact information, and reserve balance data into database; telephone conference with Orion Payments Systems to identify total of 8 accounts and $713,000 in reserve balances frozen; research contact | 10.80 | $145.00 | $1,566.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | details and send freeze letter to Innovative Merchant Solutions | | | |
| 12/07/2009 | MF | | Continue online research for activity by companies related to defendants including blogs, complaints, articles, phone numbers, and sites returned by internet search engine inquiries; research contact information for US banks with branches in the Philippines | 6.00 | $145.00 | $870.00 |
| 12/08/2009 | EH | | Update merchant processor account list with new merchant processors identified, including Merchant Services of Georgia, National Processing Company, and Total Merchant Services; receive and review ECHO email with new merchant ID number; research websites and email addresses used with merchant accounts; telephone conference with First Data to discuss additional account information required to identify accounts; email exchange with Orion Payment Systems to clarify account identifications; telephone conference with Merchant One to discuss status of only account identified | 8.30 | $145.00 | $1,203.50 |
| 12/08/2009 | MF | | Search for potential witness contact information | 5.00 | $145.00 | $725.00 |
| 12/09/2009 | EH | | Continue identification of merchant processor accounts used, including email exchange with Frontline Processing regarding possible additional merchant accounts identified, email exchange with Merchant One, ePayData, and Chase Paymentech regarding merchant accounts identified, research of additional Frontline Processing names with partial matches; telephone conference with Orion Payment Systems regarding the source of recent payment processing, and telephone conference and email exchange with Process America to identify possible merchant accounts | 7.40 | $145.00 | $1,073.00 |
| 12/09/2009 | MF | | Continue searching internet for contact information related to persons of | 8.00 | $145.00 | $1,160.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | interest including phone numbers, addresses, and any reports of recent activity by companies related to defendants or persons of interest. | | | |
| 12/10/2009 | EH | Update contact log with merchant processor progress in identifying accounts, names of interest, and reserve balance amounts; research names identified by Frontline Processing, including Clear Financial; telephone conference with Orion Payment Services to discuss possible duplicate names in a different FTC receivership; research name lists and case documents for possible duplicates; telephone conference with Process America to confirm list of names to be researched; review account documentation received from Process America; confirm freeze fax sent to Cynergy Data | 9.70 | $145.00 | $1,406.50 |
| 12/10/2009 | MF | Compile list and contact condos, apartments and other extended stay places in Makati looking for Adams, Eyer, and Richardson | 4.00 | $145.00 | $580.00 |
| 12/10/2009 | MF | Consolidate information gathered on companies, bank accounts, merchant accounts, and people of interest into one document | 0.00 | $145.00 | No Charge |
| | | | 4.00 | | No Charge |
| 12/11/2009 | EH | Update merchant processor contacts made and new accounts identified; research Diversified Capital and send freeze letter request; exchange emails with Chase Paymentech regarding additional name searches; research Group ISO International for possible offshore account leads | 6.50 | $145.00 | $942.50 |
| 12/11/2009 | EH | Review Orion Payment Systems documents produced to identify account numbers and names of Economic Relief Technologies accounts | 1.00 | $145.00 | $145.00 |
| 12/11/2009 | EH | Research Diversified Credit name as possible merchant processor; send freeze letter fax to Diversified Credit; | 1.20 | $145.00 | $174.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | exchange telephone calls with Paul Grossi at Diversified Credit regarding possible mistaken name | | | |
| 12/11/2009 | MF | Continue online search for activity or contact information related to persons connected to defendants, Adams, Eyer, and Richardson. | 8.00 | $145.00 | $1,160.00 |

| | |
|---|---|
| Sub Total: | $18,444.00 |
| Total Fees | $18,444.00 |
| Total New Charges | $18,444.00 |
| Previous Balance | $0.00 |
| Balance Due | $18,444.00 |

### Staff Summary

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Eric Henningson | 68.20 | $145.00 | $9,889.00 |
| Eric Henningson | .70 | $0.00 | $0.00 |
| Michelle Fox | 59.00 | $145.00 | $8,555.00 |
| Michelle Fox | 4.00 | $0.00 | $0.00 |