The Huddleston Law Firm
1300 Ridenour Blvd., Suite 200
Kennesaw, GA 30152

Valerie Verduce                                              Date:   2/17/2010
Federal Trade Commission
225 Peachtree Street
Suite 1500
Atlanta, GA 30303

Regarding: Economic Relief
Invoice No:  15

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 12/14/2009 | CE | Email exchange with investigator in Nevada regarding surveillance on Barbara Wilson and Christina Gannon | 0.20 | $85.00 | $17.00 |
| 12/14/2009 | CE | Telephone conference with First National Merchant Solutions regarding letter to freeze accounts | 0.20 | $85.00 | $17.00 |
| 12/14/2009 | CE | Perfect service of deposition subpoena on Marvin Cox | 1.00 | $85.00 | $85.00 |
| 12/14/2009 | JC | Teleconference with Strombeck Consulting regarding the tax returns | 0.30 | $165.00 | $49.50 |
| 12/14/2009 | JC | Research work that Joseph Sanscrainte has done for the defendants; prepare demand letter to Joseph Sanscrainte for attorney files | 0.30 | $165.00 | $49.50 |
| 12/14/2009 | JC | Teleconference with Christopher Lawhorn regarding his representation of Versadebt and Debtsafe; research background of Versadebt and Debtsafe to provide evidence of their connection with defendants; review Bryan Cave's engagement agreement with Versadebt and Debtsafe; email exchange with Christopher Lawhorn regarding evidence of the connection and requesting their files | 1.10 | $165.00 | $181.50 |

**EXHIBIT A**

| | | | | | |
|---|---|---|---|---|---|
| 12/14/2009 | JC | Attend Permanent Injunction hearing; interview Roger and Leiah Watson regarding 1st Metro Realty and the properties owned by defendants | 1.90 | $165.00 | $313.50 |
| 12/14/2009 | JC | Email exchange with Alex Kaplan regarding additional questions for Leiah and Roger Watson | 0.20 | $165.00 | $33.00 |
| 12/14/2009 | JC | Teleconference with Financial Solutions employee regarding his paycheck | 0.10 | $165.00 | $16.50 |
| 12/14/2009 | JC | Review evidence that Roger Watson has engaged in fraudulent mortgage activities before | 0.20 | $165.00 | $33.00 |
| 12/14/2009 | JC | Review files found on Marvin Cox's computer | 0.70 | $165.00 | $115.50 |
| 12/14/2009 | JC | Teleconference with Perry Phillips regarding request for his files | 0.10 | $165.00 | $16.50 |
| 12/14/2009 | JC | Review work that Cove & Associates performed for Versadebt and Debtsafe; prepare demand letter to Cove & Associates for their files | 0.40 | $165.00 | $66.00 |
| 12/14/2009 | JC | Research Geraldine Williams and her role in this case, along with her identifying information for freezing her bank accounts, and the corporate bank accounts held in her name | 0.20 | $165.00 | $33.00 |
| 12/14/2009 | JC | Teleconference with Vincent Aiello regarding his work for defendants | 0.20 | $165.00 | $33.00 |
| 12/14/2009 | LB | Serve Macy's and Bloomingdale's with asset freeze letters | 1.00 | $85.00 | $85.00 |
| 12/14/2009 | LB | Serve new merchant processors with asset freeze letters | 1.00 | $85.00 | $85.00 |
| 12/14/2009 | NO | E-mail exchange with employee Jamila Daniel regarding questionnaire and TRO status | 0.20 | $85.00 | $17.00 |
| 12/14/2009 | NO | Review and archive letter to Joseph Sanscrainte regarding legal document requests and TRO | 0.20 | $85.00 | $17.00 |

| 12/14/2009 | NO | Review information from IMac and flash drive from Arley Court house; lengthy review of information from Marvin Cox's computer; prepare for depositions of Tamara Biederman and Marvin Cox | 6.80 | $85.00 | $578.00 |
|---|---|---|---|---|---|
| 12/14/2009 | PH | Travel to Russell Building for Preliminary Injunction hearing | 0.00 | $215.00 | No Charge |
| | | | 0.60 | | No Charge |
| 12/14/2009 | PH | Meet with FTC and witness Leiah Watson in preparation for Preliminary Injunction hearing | 0.70 | $215.00 | $150.50 |
| 12/14/2009 | PH | Attend Preliminary Injunction hearing | 0.50 | $215.00 | $107.50 |
| 12/14/2009 | PH | Return to office | 0.00 | $215.00 | No Charge |
| | | | 0.60 | | No Charge |
| 12/15/2009 | CE | Email exchange with Emanuel Lombos regarding investigative work in the Philippines | 0.20 | $85.00 | $17.00 |
| 12/15/2009 | JC | Teleconference and email with People's First Community Bank regarding the safe deposit boxes; forward copy of the Preliminary Injunction; teleconference with FTC regarding the safe deposit boxes | 0.50 | $165.00 | $82.50 |
| 12/15/2009 | JC | Teleconference with Perry Phillips regarding his work for defendants; prepare revised subpoena for Perry Phillips, along with letter from the Receiver waiving privilege for the corporations represented by Mr. Phillips | 0.70 | $165.00 | $115.50 |
| 12/15/2009 | JC | Teleconference with People's First Community Bank regarding the safe deposit boxes | 0.20 | $165.00 | $33.00 |
| 12/15/2009 | JC | Prepare email to James Schoenholz serving him with the TRO | 0.10 | $165.00 | $16.50 |
| 12/15/2009 | JC | Teleconference with Charles Bean of Johnson McGuffey regarding his representation of Kara Adams | 0.10 | $165.00 | $16.50 |
| 12/15/2009 | JC | Teleconference with FTC regarding Andrew Cove's representation of Jason | 0.20 | $165.00 | $33.00 |

Eyer

| 12/15/2009 | JC | Email and teleconference with Chris Lawhorn regarding his representation of Versadebt and Debtsafe and their relationship to the named defendants | 0.50 | $165.00 | $82.50 |
| 12/15/2009 | JC | Teleconference with Shanton Williams of the UPS store regarding subpoena sent to his office to produce documents; forward letter extending the date to comply | 0.20 | $165.00 | $33.00 |
| 12/15/2009 | JC | Receive package with several thousand pages of legal work from Vincent Aiello; email exchange with Vincent Aiello; review documents evidencing the legal work that he has performed for the defendants | 1.90 | $165.00 | $313.50 |
| 12/15/2009 | JC | Teleconference and email with Hector Lora, attorney for FYI Tech, regarding work he did for defendants and his firm's potential representation of Jason Eyer, and the inclusion of FYI Tech as a Receivership Defendant | 0.40 | $165.00 | $66.00 |
| 12/15/2009 | JC | Teleconference with Kelly Lonas and Julie Carroll to schedule times for their depositions; draft deposition subpoenas for Kelly Lonas and Julie Carroll | 0.60 | $165.00 | $99.00 |
| 12/15/2009 | NO | File lis pendens with Fulton County Superior Court Clerk for High Tide property | 0.20 | $85.00 | $17.00 |
| 12/15/2009 | NO | Continue review of multiple seized computer files of Marvin Cox in preparation of deposition | 2.00 | $85.00 | $170.00 |
| 12/15/2009 | NO | Finalize subpoena, notice, and correspondence to The UPS Store in Towne Lake | 0.50 | $85.00 | $42.50 |
| 12/15/2009 | NO | Attend deposition of Tamara Biederman | 1.50 | $85.00 | $127.50 |
| 12/15/2009 | NO | Attend deposition of Marvin Cox | 4.00 | $85.00 | $340.00 |
| 12/15/2009 | NO | Telephone conference with Nevada Secretary of State regarding document request; begin review of voluminous documents received from Nevada | 0.90 | $85.00 | $76.50 |

Secretary of State

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/15/2009 | PH | Prepare for Tamara Biederman deposition | 0.80 | $215.00 | $172.00 |
| 12/15/2009 | PH | Take deposition of Tamara Biederman | 1.50 | $215.00 | $322.50 |
| 12/15/2009 | PH | Prepare for deposition of Marvin Cox | 1.50 | $215.00 | $322.50 |
| 12/15/2009 | PH | Take deposition of Marvin Cox and access computer programs and email with his assistance following his deposition | 4.50 | $215.00 | $967.50 |
| 12/15/2009 | PH | Telephone conference with Oakwood Property in Manila to confirm location of Defendants Eyer and Adams | 0.20 | $215.00 | $43.00 |
| 12/15/2009 | PH | Telephone conference with office of Emanuel Lombos regarding possible assignment of locating defendants telemarketing operation | 0.20 | $215.00 | $43.00 |
| 12/15/2009 | PH | Confirm likely identity of six Philippino workers in the defendants' current telemarketing operation | 1.20 | $215.00 | $258.00 |
| 12/15/2009 | PH | Direct staff regarding follow up on facts learned in deposition of Marvin Cox and follow up research on location of defendants and identity of defendants' workers | 0.30 | $215.00 | $64.50 |
| 12/16/2009 | JC | Review emails from Marvin Cox and files found on a server at 4230 Arley Court | 0.30 | $165.00 | $49.50 |
| 12/16/2009 | JC | Teleconference with Blake Curtis regarding his relationship with Jason Eyer and Kara Adams; email and teleconference with his attorney, Joe Sanscrainte regarding his relationship with Jason Eyer and Kara Adams | 0.70 | $165.00 | $115.50 |
| 12/16/2009 | JC | Teleconference with JP Morgan Chase regarding the Cook Islands bank account belonging to defendants | 0.20 | $165.00 | $33.00 |
| 12/16/2009 | JC | Email exchange with Jamila Hall, Assistant US Attorney; research background on the St. Kitts and RBC and Belize bank transfers | 0.60 | $165.00 | $99.00 |

| 12/16/2009 | JC | Teleconference with Vincent Aiello regarding the new emails he is sending over and Bryan Cave's relationship with defendants, especially involving businesses in Nevis and the Philippines | 0.20 | $165.00 | $33.00 |
| 12/16/2009 | JC | Review new emails forwarded by Vincent Aiello; continue review of the several thousand pages of material sent by Vincent Aiello | 1.60 | $165.00 | $264.00 |
| 12/16/2009 | JC | Teleconference with Nicole Simonian regarding her work advising Jason Eyer and Kara Adams about the set-up of a call-center in the Philippines | 0.20 | $165.00 | $33.00 |
| 12/16/2009 | JC | Teleconference with ECHO regarding their acceptance of the Order | 0.30 | $165.00 | $49.50 |
| 12/16/2009 | JC | Teleconference with Hector Lora and Andrew Cove regarding funds held overseas and their interactions with Jason Eyer; outline potential settlement regarding their return of overseas funds with the FTC | 0.80 | $165.00 | $132.00 |
| 12/16/2009 | LB | Serve Citibank with TRO | 0.50 | $85.00 | $42.50 |
| 12/16/2009 | NO | Continue review of voluminous Nevada Secretary of State documentation | 1.30 | $85.00 | $110.50 |
| 12/16/2009 | NO | Amend subpoena and correspondence to Towne Lake UPS Store | 0.40 | $85.00 | $34.00 |
| 12/16/2009 | NO | Compile e-mails and information obtained from the deposition of Marvin Cox | 0.70 | $85.00 | $59.50 |
| 12/16/2009 | NO | Finalize correspondence to Hector Lora and Perry Phillips regarding TRO and document requests | 0.40 | $85.00 | $34.00 |
| 12/16/2009 | NO | Review computer files pertaining to Brittany Dunphy secured from server in the Arley Court house garage | 0.40 | $85.00 | $34.00 |
| 12/16/2009 | NO | Telephone conference with Jeff Smith regarding passwords and logins for Marvin Cox 's machines; e-mail exchange with Jeff Smith regarding Marvin Cox's | 0.20 | $85.00 | $17.00 |

information

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/16/2009 | NO | Receive and review correspondence from Verizon Wireless regarding our request for cellular phone records; telephone conference with Angelique Dade regarding our request for cellular records | 0.30 | $85.00 | $25.50 |
| 12/16/2009 | NO | E-mail exchange including attachments with Angelique Dade pertaining to our request for cellular phone records | 0.20 | $85.00 | $17.00 |
| 12/16/2009 | NO | Finalize and serve subpoenas and correspondence on American Express and Perry Phillips | 2.40 | $85.00 | $204.00 |
| 12/16/2009 | NO | E-mail exchange with attachments to Jamila Hall of the Department of Justice regarding pictures of the defendants | 0.20 | $85.00 | $17.00 |
| 12/16/2009 | PH | Travel to FTC office | 0.00 0.60 | $215.00 | No Charge No Charge |
| 12/16/2009 | PH | Meet with AUSA and FTC | 1.20 | $215.00 | $258.00 |
| 12/16/2009 | PH | Return to office | 0.00 0.60 | $215.00 | No Charge No Charge |
| 12/16/2009 | PH | Telephone conference with FTC | 0.30 | $215.00 | $64.50 |
| 12/17/2009 | CE | Email exchange with Emanuel Lombos regarding investigative work in the Philippines | 0.20 | $85.00 | $17.00 |
| 12/17/2009 | CE | Email exchange with Hal DeBecker regarding investigative work in Las Vegas | 0.20 | $85.00 | $17.00 |
| 12/17/2009 | JC | Teleconference with Julie Carroll to re-schedule her deposition | 0.10 | $165.00 | $16.50 |
| 12/17/2009 | JC | Teleconference and email with Allen Pounds of JP Morgan Chase regarding the Capital Security Bank Limited account in the Cook Islands | 0.40 | $165.00 | $66.00 |
| 12/17/2009 | JC | Draft memorandum of interview for interview with Andrew Cove and Hector Lora, former attorneys for Jason Eyer | 0.20 | $165.00 | $33.00 |
| 12/17/2009 | JC | Draft memorandum of interview for Blake | 0.20 | $165.00 | $33.00 |

Curtis and his attorney, Joseph
Sanscrainte

| 12/17/2009 | JC | Receive email from Alex Kaplan regarding the sale of the High Tide and Crew Street properties on behalf of the JAKK Group by Leiah Watson; review the real estate closing documents; prepare reply email to Alex Kaplan regarding our refusal to pay the real estate commissions | 1.90 | $165.00 | $313.50 |
|---|---|---|---|---|---|
| 12/17/2009 | JC | Teleconference and email with Intuit regarding their compliance with the TRO and the Saferide Warranty account with their merchant processor; receive voicemail from Orion attorney Jerry Hanson regarding the time period before they can release the $173,000 in their Saferide Warranty account | 0.60 | $165.00 | $99.00 |
| 12/17/2009 | JC | Teleconference with the Assistant US Attorney, Jamila Hall, regarding Provident Bank in Belize; research our information on Provident Bank; teleconference with Bank of America regarding bank records; email with Jamila Hall regarding our information on Provident Bank of Belize | 0.90 | $165.00 | $148.50 |
| 12/17/2009 | JC | Email with Kelly Lonas to re-schedule deposition | 0.10 | $165.00 | $16.50 |
| 12/17/2009 | JC | Teleconference with Chris Lawhorn regarding his representation of Debt Suite and transfer of the file | 0.20 | $165.00 | $33.00 |
| 12/17/2009 | LB | Serve Citibank in Philippines with TRO | 1.00 | $85.00 | $85.00 |
| 12/17/2009 | LB | Update all banks by serving Preliminary Injunction | 2.50 | $85.00 | $212.50 |
| 12/17/2009 | LB | Research Citibank in the Philippines for locations close to Oakwood | 1.40 | $85.00 | $119.00 |
| 12/17/2009 | NO | Telephone conference with Citibank regarding record requests | 0.20 | $85.00 | $17.00 |
| 12/17/2009 | NO | Prepare correspondence to Verizon Wireless regarding cellular phone records request | 0.20 | $85.00 | $17.00 |

| 12/17/2009 | NO | Continue review of voluminous Nevada Secretary of State documents; follow up on leads of possible assets from Nevada documents | 2.90 | $85.00 | $246.50 |
|---|---|---|---|---|---|
| 12/17/2009 | NO | Conduct continuing county property search based on documents seized from Arley Court house | 0.40 | $85.00 | $34.00 |
| 12/17/2009 | NO | Finalize memoranda pertaining to employee interviews of Bernard Dorsey and Alicia Bone | 2.10 | $85.00 | $178.50 |
| 12/17/2009 | NO | Compile stamped filed Notices of Receivership to verify completeness of filings in areas where assets have been located | 0.60 | $85.00 | $51.00 |
| 12/17/2009 | NO | Continue to organize multiple Secretary of State documents to populate a timeline of events | 2.90 | $85.00 | $246.50 |
| 12/17/2009 | PH | Telephone conferences with FTC | 0.30 | $215.00 | $64.50 |
| 12/18/2009 | CE | Receive and review numerous filed pleadings and archive for Receiver files | 0.00 | $85.00 | No Charge |
| | | | 1.00 | | No Charge |
| 12/18/2009 | CE | Telephone conference with Julie Carroll regarding surrender of the Mercedes Benz G-500 to the Receiver | 0.20 | $85.00 | $17.00 |
| 12/18/2009 | CE | Schedule and establish conference call with FTC, Mepco and Receiver | 0.20 | $85.00 | $17.00 |
| 12/18/2009 | CE | Review and archive affidavits of Leiah Watson and Roger Watson | 0.50 | $85.00 | $42.50 |
| 12/18/2009 | CE | Email exchange with Receiver and investigator in Las Vegas regarding Barbara Wilson and Christina Gannon | 0.20 | $85.00 | $17.00 |
| 12/18/2009 | CE | Telephone conference with Andrew Stone of Total Merchant Services regarding asset freeze request | 0.20 | $85.00 | $17.00 |
| 12/18/2009 | JC | Teleconference and email with Paul Schroeder; review emails from Marvin Cox and Paul Schroeder; add new names found in emails to demand letters sent to banks and merchant processors; | 1.50 | $165.00 | $247.50 |

research David and Darla Leveque, who
ran the companies Newport Equity and
Systel; teleconference with David Leveque

| | | | | | |
|---|---|---|---|---|---|
| 12/18/2009 | JC | Email exchange with Intuit regarding the transfer of funds from the Saferide Warranty account | 0.20 | $165.00 | $33.00 |
| 12/18/2009 | JC | Email and teleconference with Alex Kaplan regarding the properties sold by Leiah and Roger Watson and the location of the Mercedes G-Class; set up arrangements for picking up the Mercedes G-Class | 0.50 | $165.00 | $82.50 |
| 12/18/2009 | JC | Teleconference with Allen Pounds of JPM Chase regarding the Cook Islands account for Jason and Kara | 0.10 | $165.00 | $16.50 |
| 12/18/2009 | JC | Teleconference and email with Andrew Cove regarding Jason Eyer and Kara Adams | 0.20 | $165.00 | $33.00 |
| 12/18/2009 | JC | Teleconference with Paul Schroeder regarding his relationship with defendants and the merchant processors as well as the offshore accounts; forward the Preliminary Injunction and the TRO to Paul Schroeder via email | 0.60 | $165.00 | $99.00 |
| 12/18/2009 | NO | Finalize asset freeze letters to numerous merchant account processor and banks to blanket contacts with possible new entity names of Newport and Systel | 3.50 | $85.00 | $297.50 |
| 12/18/2009 | NO | Continue work on timeline of case and follow-up on leads generated by Secretary of State research | 1.50 | $85.00 | $127.50 |
| 12/18/2009 | PH | Telephone conference with FTC and Mepco attorney | 1.00 | $215.00 | $215.00 |
| 12/21/2009 | CE | Coordinate establishing receivership accounts at Bank of North Georgia | 0.20 | $85.00 | $17.00 |
| 12/21/2009 | CE | Meet Julie Carroll and take possession of Mercedes Benz G-500 Wagon | 1.50 | $85.00 | $127.50 |
| 12/21/2009 | JC | Review notes on interviews with Kelly Lonas, Sheena Calloway, Diane Ponder, Paris Prater, and Ginsi Stevens; prepare | 1.80 | $165.00 | $297.00 |

memoranda of interview for all of these interviews

| Date | | Description | Hours | Rate | Amount |
|------|---|-------------|-------|------|--------|
| 12/21/2009 | JC | Review the various real estate listings and purchasers of property from the JAKK Group; research sellers to ensure that they are not straw-buyers; email exchange with Alex Kaplan, Roger and Leiah Watson's attorney, regarding more detail on the sales | 1.50 | $165.00 | $247.50 |
| 12/21/2009 | JC | Receive and review tax returns over the last five years for Jason Eyer and Kara Adams and their various corporations | 1.10 | $165.00 | $181.50 |
| 12/21/2009 | JC | Teleconference with JP Morgan Chase regarding the transaction from the Cook Islands | 0.10 | $165.00 | $16.50 |
| 12/21/2009 | JC | Teleconference with Ashley Higgins regarding the location of Jason Eyer and Kara Adams | 0.10 | $165.00 | $16.50 |
| 12/21/2009 | JC | Email exchange with Strombeck Consulting to follow up on request for tax returns of Jason Eyer and Kara Adams | 0.10 | $165.00 | $16.50 |
| 12/21/2009 | JC | Receive and review accounting statements for Saferide Intuit; update contact information for James Erich and James Schoenholz | 0.20 | $165.00 | $33.00 |
| 12/21/2009 | NO | Telephone conference with Chase Paymentech regarding status of additional name requests from merchant processor | 0.10 | $85.00 | $8.50 |
| 12/21/2009 | NO | Receive and review correspondence from Diversified Credit Services regarding search for additional names by merchant processor | 0.20 | $85.00 | $17.00 |
| 12/21/2009 | NO | Telephone conference with Global Payments regarding status of additional name requests from merchant processor | 0.10 | $85.00 | $8.50 |
| 12/21/2009 | NO | Telephone conference with Innovative Merchant Solutions regarding status of additional name requests from merchant processor | 0.10 | $85.00 | $8.50 |

| 12/21/2009 | NO | Prepare correspondence to Adnan Alonto regarding additional names for merchant processor search | 0.20 | $85.00 | $17.00 |
|---|---|---|---|---|---|
| 12/21/2009 | NO | Meet with Julie Carroll and secure Mercedes G-class vehicle | 1.50 | $85.00 | $127.50 |
| 12/21/2009 | NO | Lengthy teleconference with Global Payments regarding freeze on assets under names of Systel or Newport | 0.30 | $85.00 | $25.50 |
| 12/21/2009 | NO | Review freeze letters regarding Newport and Systel for completeness of merchant processors | 0.50 | $85.00 | $42.50 |
| 12/21/2009 | NO | Prepare correspondence to Global Payments regarding merchant processing freeze under the names of Systel and Newport; prepare correspondence to Innovative Merchant Solutions regarding merchant processing freeze under the names of Systel and Newport | 0.40 | $85.00 | $34.00 |
| 12/21/2009 | NO | Conduct additional research regarding properties with connections to Roger Watson in connection with recent affidavit of Roger and Leiah Watson | 0.60 | $85.00 | $51.00 |
| 12/21/2009 | NO | Update asset summary log regarding possible new merchant account names of Systel and Newport | 0.30 | $85.00 | $25.50 |
| 12/22/2009 | CE | Telephone conference with Public Storage to reserve space to store Mercedes Benz G-500 Wagon | 0.20 | $85.00 | $17.00 |
| 12/22/2009 | JC | Teleconference and email exchange with Andrew Cove regarding the transfer of the funds held overseas to the receivership account; outline proper procedure for receiving these funds and drafting letters to the appropriate international banks; research the duress clauses in potential overseas trust accounts | 0.90 | $165.00 | $148.50 |
| 12/22/2009 | JC | Teleconference with Paul Schroeder regarding his involvement in Systel and Newport Equity; email exchange with Paul Schroeder to follow up and obtain contact information for the control persons at Systel and Newport Equity | 0.60 | $165.00 | $99.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/22/2009 | JC | Review defendants' tax returns | 0.20 | $165.00 | $33.00 |
| 12/22/2009 | JC | Teleconference with Chris Lawhorn regarding file held on Versadebt | 0.10 | $165.00 | $16.50 |
| 12/22/2009 | JC | Teleconference with James Schoenholz regarding his receipt of a document request and his knowledge of his son's corporations | 0.10 | $165.00 | $16.50 |
| 12/22/2009 | NO | Continue to develop extensive and detailed timeline of events | 5.10 | $85.00 | $433.50 |
| 12/22/2009 | NO | Follow up on leads generated by timeline of events | 0.80 | $85.00 | $68.00 |
| 12/22/2009 | NO | Receive and review domesticated subpoena requesting IP addresses from Yahoo | 0.10 | $85.00 | $8.50 |
| 12/23/2009 | CE | Lengthy telephone call with Matrix Insurance regarding insurance on G-Wagon and information regarding other insurance written for defendants | 0.50 | $85.00 | $42.50 |
| 12/23/2009 | CE | Prepare formal request for information and documents from Matrix Insurance | 0.20 | $85.00 | $17.00 |
| 12/23/2009 | CE | Search Mercedes Benz G-500 for relevant documents or information | 0.20 | $85.00 | $17.00 |
| 12/23/2009 | NO | Follow up on leads generated from Leiah and Roger Watson's affidavits; receive and review documents from Towne Lake UPS; prepare correspondence to Towne Lake UPS Store regarding future handling of box contents | 3.80 | $85.00 | $323.00 |
| 12/23/2009 | NO | Prepare initial tracking form to monitor bank and subpoena requests and responses | 0.70 | $85.00 | $59.50 |
| 12/23/2009 | NO | Search Mercedes G-wagon for any pertinent documentation in preparation of storing vehicle | 0.20 | $85.00 | $17.00 |
| 12/23/2009 | NO | Continue follow-up on Secretary of State | 1.10 | $85.00 | $93.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | leads; review First National Merchant Solutions documentation for possible name or business matches | | | |
| 12/28/2009 | CE | Receive and review documents from Bank of America pursuant to our records request | 2.00 | $85.00 | $170.00 |
| 12/28/2009 | CE | Telephone conference with Matrix Insurance regarding insurance policies written for named defendants | 0.20 | $85.00 | $17.00 |
| 12/28/2009 | CE | Conduct online research to locate information on Deutsche Bank AG, Bank of the Philippine Islands and Drishti-Soft Solutions | 1.50 | $85.00 | $127.50 |
| 12/28/2009 | CE | Prepare request for documents and freeze instructions to Deutsche Bank AG | 0.50 | $85.00 | $42.50 |
| 12/28/2009 | CE | Prepare request for documents and freeze instructions to Bank of Philippine Islands | 0.50 | $85.00 | $42.50 |
| 12/28/2009 | CE | Telephone conference with Deutsche Bank AG regarding name of individual in legal department who handles freeze requests | 0.20 | $85.00 | $17.00 |
| 12/28/2009 | JC | Review additional Aiello files for information regarding potential merchant processors | 1.70 | $165.00 | $280.50 |
| 12/28/2009 | JC | Teleconference and email with Perry Phillips regarding production of his attorney files on the defendant corporations | 0.30 | $165.00 | $49.50 |
| 12/28/2009 | JC | Teleconference with Ashley Higgins regarding the location of Eyer and Adams | 0.20 | $165.00 | $33.00 |
| 12/28/2009 | JC | Teleconference with attorney for Frontline Processing regarding information on the defendants' accounts with them | 0.10 | $165.00 | $16.50 |
| 12/28/2009 | JC | Email with Strombeck Consulting regarding the documents supporting the tax returns | 0.10 | $165.00 | $16.50 |
| 12/28/2009 | JC | Teleconference with Andrew Cove regarding his communication with Jason | 0.10 | $165.00 | $16.50 |

Eyer in regards to the overseas bank
accounts

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/28/2009 | JC | Review letter from Perry Phillips regarding request to produce legal work; draft response to Perry Phillips | 0.50 | $165.00 | $82.50 |
| 12/28/2009 | NO | Update bank communications database; follow up with Citibank regarding potential accounts in the Philippines and requests pertaining to Systel and Newport | 1.70 | $85.00 | $144.50 |
| 12/28/2009 | NO | Receive and review correspondence from Towne Lake UPS Store regarding status of box 262; telephone conference with Laura Canales at Towne Lake UPS regarding prior and future handling of box 262 | 0.50 | $85.00 | $42.50 |
| 12/28/2009 | NO | Continue work on timeline and follow up on leads generated from same | 4.60 | $85.00 | $391.00 |
| 12/28/2009 | PH | Receive and review email from Perry Phillips | 0.20 | $215.00 | $43.00 |
| 12/28/2009 | PH | Add to list of questions to be conveyed to insurance agent | 0.20 | $215.00 | $43.00 |
| 12/28/2009 | PH | Email Jamila Hall regarding ability of DOJ officials to search offices and secure computer records | 0.60 | $215.00 | $129.00 |
| 12/28/2009 | PH | Direct handling of mail coming to Slate Group UPS box | 0.20 | $215.00 | $43.00 |
| 12/28/2009 | PH | Strategize regarding best course for putting our hands on accounts and assets that the defendants are using in the Philippines | 0.50 | $215.00 | $107.50 |
| 12/29/2009 | CE | Telephone conference with BPI in Los Angeles regarding documents needed to forward to headquarters in Manila | 0.20 | $85.00 | $17.00 |
| 12/29/2009 | CE | Prepare letter to BPI regarding freezing accounts belonging to defendants | 0.20 | $85.00 | $17.00 |
| 12/29/2009 | CE | Telephone conference with American Debt Negotiators regarding business relationship with defendants | 0.20 | $85.00 | $17.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/29/2009 | CE | Prepare comprehensive list of individuals and entities for Deutsche Bank AG regarding freeze on accounts | 0.50 | $85.00 | $42.50 |
| 12/29/2009 | CE | Email exchange with Stephen Bray regarding insurance policies for named defendants | 0.20 | $85.00 | $17.00 |
| 12/29/2009 | JC | Receive and review documentation of tax returns from Strombeck Consulting | 0.50 | $165.00 | $82.50 |
| 12/29/2009 | JS | Review Receiver's request for follow up on money in the Bank of Philippines and money transferred to Deutsche Bank | 0.90 | $165.00 | $148.50 |
| 12/29/2009 | JS | Telephone conference with Patricia Kolle from Discover merchant processors regarding freeze order | 0.20 | $165.00 | $33.00 |
| 12/29/2009 | NO | Continue to follow-up on leads generated by Secretary of State and other research; follow-up with banks regarding additional requests for information | 3.80 | $85.00 | $323.00 |
| 12/29/2009 | PH | Receive and review email from Jamila Hall and consider plans in light of new information | 0.20 | $215.00 | $43.00 |
| 12/30/2009 | CE | Review and archive documents received from NPC pursuant to request for merchant processing account documents | 0.30 | $85.00 | $25.50 |
| 12/30/2009 | CE | Review and archive letter and draft motion from Troutman Sanders produced pursuant to request for production of documents | 0.30 | $85.00 | $25.50 |
| 12/30/2009 | CE | Telephone conference with Wayne at American Debt Negotiators in an attempt to reach Rich Post regarding money they may have for defendants | 0.20 | $85.00 | $17.00 |
| 12/30/2009 | CE | Telephone conference with Melissa Villaflores regarding forwarding documents to Manila | 0.20 | $85.00 | $17.00 |
| 12/30/2009 | CE | Prepare letter to Drishti-Soft Solutions requesting copies of all files pertaining to business relationship with defendants | 0.20 | $85.00 | $17.00 |

| 12/30/2009 | CE | Telephone call to BPI in Los Angeles regarding documents needed for headquarters in Manila | 0.20 | $85.00 | $17.00 |
|---|---|---|---|---|---|
| 12/30/2009 | CE | Receive and review email from Carmela Moreno regarding documents received and product of her research | 0.20 | $85.00 | $17.00 |
| 12/30/2009 | CE | Telephone conference with Danielle Stewart in mortgage processing department regarding mortgage information on defendants' home located in Marietta | 0.20 | $85.00 | $17.00 |
| 12/30/2009 | JC | Teleconference with Alex Kaplan regarding the proceeds from the sale of the homes held by JAKK Group | 0.10 | $165.00 | $16.50 |
| 12/30/2009 | JC | Receive and review letter from Troutman Sanders regarding their representation of VP Marketing and DM Associates in assorted employment and consumer disputes; email with Theresa McDaniel, counsel for Troutman Sanders | 0.20 | $165.00 | $33.00 |
| 12/30/2009 | NO | Receive and review correspondence from American Express regarding merchant processor request; update tracking log regarding contact with American Express | 0.20 | $85.00 | $17.00 |
| 12/30/2009 | NO | Telephone call to American Express subpoena compliance department regarding status of request for more information on accounts pertaining to Newport or Systel | 0.10 | $85.00 | $8.50 |
| 12/30/2009 | NO | Lengthy telephone conference with JP Morgan Chase Court Orders and levies department regarding status of request for more information on accounts pertaining to Systel or Newport | 0.40 | $85.00 | $34.00 |
| 12/30/2009 | NO | Prepare request to JP Morgan Chase for additional information request on Newport Equity accounts in California | 0.30 | $85.00 | $25.50 |
| 12/30/2009 | NO | Continue to follow-up on multiple leads generated by Smartlinks and Secretary of State research | 6.20 | $85.00 | $527.00 |

| 12/30/2009 | NO | Telephone conference with Raquel Nino at Flagstar Bank regarding status of information request pertaining to Systel and Newport | 0.10 | $85.00 | $8.50 |
|---|---|---|---|---|---|
| 12/30/2009 | NO | Lengthy telephone conference with Wachovia legal department to follow-up on request for additional information on Systel and Newport | 0.30 | $85.00 | $25.50 |
| 12/30/2009 | NO | Prepare correspondence to Wachovia Legal Department regarding additional information request pertaining to Systel and Newport | 0.20 | $85.00 | $17.00 |
| 12/31/2009 | CE | Telephone call to Wayne at American Debt Negotiators regarding contact with Rick Post | 0.20 | $85.00 | $17.00 |
| 12/31/2009 | CE | Outline strategy to obtain business records from American Debt Negotiators | 0.20 | $85.00 | $17.00 |
| 12/31/2009 | CE | Prepare subpoena and notice to produce to American Debt Negotiators | 0.40 | $85.00 | $34.00 |
| 12/31/2009 | CE | Contact process server in Coral Springs, Florida and make arrangement for service of subpoena on American Debt Negotiators | 0.30 | $85.00 | $25.50 |
| 12/31/2009 | CE | Telephone conference with Robby Birnbaum regarding service of subpoena on American Debt Negotiators and asset freeze | 0.20 | $85.00 | $17.00 |
| 12/31/2009 | JC | Email with Theresa McDaniel of Troutman Sanders regarding the cases she is handling for DM associates and Versadebt | 0.10 | $165.00 | $16.50 |
| 12/31/2009 | NO | Continue to follow-up on multiple leads generated by Smartlinks and Secretary of State research | 2.40 | $85.00 | $204.00 |
| 12/31/2009 | NO | Telephone conference with Verizon, Bank of America, and Cynergy regarding status of request for documentation; prepare correspondence to Bank of America and Cynergy regarding additional information pertaining to Systel and Newport to aid in | 0.90 | $85.00 | $76.50 |

search for accounts

| | | | | | |
|---|---|---|---|---|---|
| 1/04/2010 | CE | Conduct research on Cobb County Tax Assessor's website regarding Kathy Lane and who currently owns the property | 0.20 | $85.00 | $17.00 |
| 1/04/2010 | CE | Conduct online research to verify phone and fax numbers Christina Gannon gave to Matrix Insurance Services | 0.20 | $85.00 | $17.00 |
| 1/04/2010 | CE | Telephone conference with Michael Moore regarding account freeze of Proceeo | 0.20 | $85.00 | $17.00 |
| 1/04/2010 | CE | Receive and review package of insurance information from Matrix Insurance related to businesses of defendants | 1.00 | $85.00 | $85.00 |
| 1/04/2010 | CE | Telephone conference with Stephen Bray of Matrix Insurance regarding information relating to businesses owned by defendants | 0.20 | $85.00 | $17.00 |
| 1/04/2010 | CE | Outline relationship of various entities to determine additional research and/or freezes that need to be put in place | 0.50 | $85.00 | $42.50 |
| 1/04/2010 | CE | Email exchange with Matrix Insurance regarding coverage on the G500 Wagon and location of the remaining vehicle | 0.20 | $85.00 | $17.00 |
| 1/04/2010 | CE | Email exchange with Steven Anthony regarding property located in Park Brooke offices | 0.20 | $85.00 | $17.00 |
| 1/04/2010 | CE | Telephone conference with Public Storage regarding unit being rented to store G500 Wagon | 0.20 | $85.00 | $17.00 |
| 1/04/2010 | CE | Telephone call to Danielle Stewart at Bank of America regarding mortgage held by defendants on Arley Court property | 0.20 | $85.00 | $17.00 |
| 1/04/2010 | CE | Telephone conference with Danielle Stewart in the mortgage department at Bank of America regarding our request for information | 0.20 | $85.00 | $17.00 |
| 1/04/2010 | CE | Email request to Carmela Moreno regarding Bank of America account for A OK Development, one of Kara Adams's | 0.20 | $85.00 | $17.00 |

companies

| 1/04/2010 | CE | Telephone call to Debie Sasser regarding account for FYITech and Certificate of Deposit that is pledged to Florida Department of Agriculture | 0.20 | $85.00 | $17.00 |
|---|---|---|---|---|---|
| 1/04/2010 | CE | Telephone conference with Melissa Villaflores regarding request for freeze of Bank of Philippines accounts of defendants | 0.20 | $85.00 | $17.00 |
| 1/04/2010 | JC | Receive and review voicemail from and teleconference with an attorney from Cobb and Hyre regarding Leiah Watson | 0.10 | $165.00 | $16.50 |
| 1/04/2010 | JC | Teleconference with Alex Kaplan regarding the revenue from the sale of the houses owned by Kara Adams | 0.20 | $165.00 | $33.00 |
| 1/04/2010 | JC | Teleconference with Fritz Pierce regarding the Frontline Processing information | 0.10 | $165.00 | $16.50 |
| 1/04/2010 | JC | Teleconference and email with Karen from Cobb and Hyre regarding the funds held from the proceeds of the sale of 1005 Crew Street | 0.50 | $165.00 | $82.50 |
| 1/04/2010 | JC | Review the Troutman Sanders file regarding the VP Marketing and DM Associates litigation with the EEOC, Georgia Office of Consumer Affairs and various former employees; begin drafting plan to deal with the various litigation items against the ERT entities | 3.90 | $165.00 | $643.50 |
| 1/04/2010 | JC | Teleconference, email and fax with Scott Silver of Greenspoon Marder regarding the subpoena to American Debt Negotiators and American Debt Negotiators' transfers to the receivership entities as well as the receivership funds that they are still holding; research American Debt Negotiators and their role in the ERT case | 0.70 | $165.00 | $115.50 |
| 1/04/2010 | NO | Continue to follow up on multiple leads generated by Secretary of State documents and seized items | 4.80 | $85.00 | $408.00 |
| 1/04/2010 | NO | Telephone conference with Cynergy Data and Bank of America regarding the status | 2.40 | $85.00 | $204.00 |

of our requests for information pertaining
to Newport and Systel; follow-up with
multiple banks and merchant processors
regarding ongoing requests for
documents; prepare updated
correspondence
to banks and merchant processors
requesting additional information

| Date | | Description | | | |
|---|---|---|---|---|---|
| 1/05/2010 | CE | Prepare formal request to People's First Community Bank for documents pertaining to certificate of deposit and transfer of funds | 0.30 | $85.00 | $25.50 |
| 1/05/2010 | CE | Prepare formal request to JP Morgan Chase to transfer funds to Receiver | 0.30 | $85.00 | $25.50 |
| 1/05/2010 | CE | Telephone conference with Michael Moore, attorney for Severnia Nelson, regarding frozen accounts at Bank of America; forward Court Orders regarding Receiver's authority to freeze related accounts | 0.40 | $85.00 | $34.00 |
| 1/05/2010 | CE | Forward documents to Postmaster regarding forwarding mail from both Woodstock offices | 0.20 | $85.00 | $17.00 |
| 1/05/2010 | CE | Meet with Postmaster at Woodstock Post Office regarding forwarding of mail from both offices | 0.50 | $85.00 | $42.50 |
| 1/05/2010 | CE | Telephone call to Debie Sasser regarding accounts at People's First Community Bank | 0.20 | $85.00 | $17.00 |
| 1/05/2010 | CE | Email exchange with Scott Silver regarding funds being held by American Debt Negotiators | 0.20 | $85.00 | $17.00 |
| 1/05/2010 | CE | Continue process of organizing materials and information obtained in investigation | 0.00 / 1.00 | $85.00 | No Charge / No Charge |
| 1/05/2010 | CE | Prepare request for account records from Opex Communications as it relates to account for Celeb St. John whose mail was being received at UPS box being held by defendants | 0.50 | $85.00 | $42.50 |

| | | | | | |
|---|---|---|---|---|---|
| 1/05/2010 | CE | Telephone conference with Debie Sasser regarding transfer of funds from People's First Community Bank | 0.20 | $85.00 | $17.00 |
| 1/05/2010 | JC | Teleconference with Fritz Pierce regarding Frontline Processing's account information regarding Clear Financial Solutions | 0.10 | $165.00 | $16.50 |
| 1/05/2010 | JC | Research Paul Schroeder and his connection to Systel and Newport Equity | 0.20 | $165.00 | $33.00 |
| 1/05/2010 | JC | Email and fax with Scott Silver of Greenspoon Marder regarding the funds held by American Debt Negotiators | 0.30 | $165.00 | $49.50 |
| 1/05/2010 | JC | Teleconference with Theresa McDaniel of Troutman Sanders regarding her withdrawal from representation of VP Marketing and DM Associates, as well as the status of litigation in those cases | 0.20 | $165.00 | $33.00 |
| 1/05/2010 | JC | Complete research on the ongoing litigation against the ERT entities; prepare emails to plaintiff's counsel in the Bennett v. DM Associates action and to the Governor's Office of Consumer Affairs; prepare a letter to the EEOC regarding the current EEOC action against Saferide Warranty | 3.20 | $165.00 | $528.00 |
| 1/05/2010 | NO | Update relevant addresses pertaining to known individuals and entities for future reference; update information pertaining specifically to Newport and Systel and enter into database | 1.40 | $85.00 | $119.00 |
| 1/05/2010 | NO | Organize bank and merchant processor communications for future handling and follow up for request of documents and receipt of funds | 1.80 | $85.00 | $153.00 |
| 1/05/2010 | NO | Review possible matches pertaining to The Leveques and Severnia Nelson; explore how Leveques and Severnia Nelson may relate to defendants; participate in telephone conference with Michael Moore regarding Severnia Nelson's frozen accounts at Bank of America | 2.80 | $85.00 | $238.00 |

| 1/05/2010 | NO | E-mail exchanges and telephone conferences with multiple merchant processors regarding additional information on any entities named Newport or Systel; update database pertaining to contact with banks and merchant processors; receive and review correspondence from merchant processors | 0.80 | $85.00 | $68.00 |
|---|---|---|---|---|---|
| 1/05/2010 | PH | Direct approach to Merchant Processors | 0.20 | $215.00 | $43.00 |
| 1/06/2010 | CE | Telephone conference with Brian Cooney regarding forwarding funds to receiver from defendant accounts | 0.20 | $85.00 | $17.00 |
| 1/06/2010 | CE | Email exchange with Brian Cooney regarding our outstanding request for statements from JP Morgan Chase | 0.20 | $85.00 | $17.00 |
| 1/06/2010 | CE | Email exchange with Carmela Moreno regarding contact information for mortgage department at Bank of America | 0.20 | $85.00 | $17.00 |
| 1/06/2010 | CE | Conduct online research regarding Odis Kyle Singleton to determine current address | 0.30 | $85.00 | $25.50 |
| 1/06/2010 | CE | Email exchange with Michael Jordan regarding forwarding of mail from both Woodstock locations | 0.20 | $85.00 | $17.00 |
| 1/06/2010 | CE | Telephone conference with Stephen Bray of Matrix Insurance regarding coverages for defendants | 0.20 | $85.00 | $17.00 |
| 1/06/2010 | CE | Telephone call to Michael Moore, attorney for Severnia Nelson, regarding frozen account | 0.20 | $85.00 | $17.00 |
| 1/06/2010 | CE | Prepare email to Michael Moore reiterating asset freeze and requesting that copies of statements be faxed immediately | 0.30 | $85.00 | $25.50 |
| 1/06/2010 | CE | Telephone conference with Bob Kirby of USPS regarding mail being forwarded for Park Brooke Place and Molly Lane offices | 0.20 | $85.00 | $17.00 |
| 1/06/2010 | JC | Teleconference with Karen from Cobb and | 0.20 | $165.00 | $33.00 |

Hyre regarding her transfer of funds from
the proceeds of the sale of 1005 Crew
Street

| 1/06/2010 | JC | Teleconference and email with Crowley Fleck regarding Clear Financial Solutions, a processing account held with Frontline Processing that holds over $200,000 in reserve | 0.40 | $165.00 | $66.00 |
| --- | --- | --- | --- | --- | --- |
| 1/06/2010 | JC | Email with Scott Silver regarding his client, American Debt Negotiators, and their transfers to Personal Data Systems | 0.10 | $165.00 | $16.50 |
| 1/06/2010 | NO | Continue to update database regarding Newport and Systel for follow up pertaining to merchant processors | 1.60 | $85.00 | $136.00 |
| 1/06/2010 | NO | Telephone conference with The UPS Store in Woodstock regarding any additional mail for or contact with defendants | 0.20 | $85.00 | $17.00 |
| 1/06/2010 | NO | Log all addresses associated directly with defendants into database; continue to follow-up on leads pertaining to defendants and Severnia Nelson; add additional information found on Florida Secretary of State website to timeline | 4.60 | $85.00 | $391.00 |
| 1/06/2010 | NO | Telephone conference with Angelique Dade regarding status of Verizon cell phone record request | 0.20 | $85.00 | $17.00 |
| 1/06/2010 | NO | Compare data regarding Odis and Kyle Singleton; participate in teleconference with Michael Moore | 0.50 | $85.00 | $42.50 |
| 1/06/2010 | NO | Make contact with Jamila Hall with the US Attorney's office regarding current information on defendants' operation in the Philippines | 0.40 | $85.00 | $34.00 |
| 1/06/2010 | PH | Telephone conference with Jamila Hall regarding indictment and plans | 0.30 | $215.00 | $64.50 |
| 1/06/2010 | PH | Telephone conference with FTC | 0.30 | $215.00 | $64.50 |
| 1/07/2010 | CE | Telephone conference with Michael Moore regarding funds being held in Proceeo | 0.20 | $85.00 | $17.00 |

account

| 1/07/2010 | CE | Brief review of Vincent Aiello's files regarding potential lead and Shoeb Ahmed | 0.50 | $85.00 | $42.50 |
|---|---|---|---|---|---|
| 1/07/2010 | CE | Attend team meeting regarding current status of investigation | 0.00 | $85.00 | No Charge |
| | | | 1.00 | | No Charge |
| 1/07/2010 | CE | Telephone conference with Steven Anthony regarding furnishings in Park Brooke Place and Molly Lane | 0.20 | $85.00 | $17.00 |
| 1/07/2010 | CE | Telephone conference with Carmela Moreno regarding Systel account at Bank of America that is frozen | 0.20 | $85.00 | $17.00 |
| 1/07/2010 | CE | Telephone conference with FTC regarding vehicles registered to Odis Kyle Singleton | 0.20 | $85.00 | $17.00 |
| 1/07/2010 | CE | Telephone call to Michael Moore regarding information requested from Severnia Nelson | 0.20 | $85.00 | $17.00 |
| 1/07/2010 | CE | Telephone conference with Scott Silver regarding information from American Debt Negotiators as to current business relationship with defendants | 0.20 | $85.00 | $17.00 |
| 1/07/2010 | CE | Telephone conference with furniture broker regarding purchasing furniture in Molly Lane office | 0.20 | $85.00 | $17.00 |
| 1/07/2010 | CE | Transmit bank information and Marvin Cox's emails to FTC | 0.20 | $85.00 | $17.00 |
| 1/07/2010 | CE | Telephone conference with Debie Sasser at People's First Community Bank regarding requested information on CD and information on Judith Davis who holds safe deposit box with Kara Adams | 0.20 | $85.00 | $17.00 |
| 1/07/2010 | CE | Second telephone conference with Scott Silver regarding extension for his client to produce documents pursuant to subpoena and setting up wire transfer of funds his client is holding | 0.20 | $85.00 | $17.00 |
| 1/07/2010 | JC | Email with Alex Kaplan regarding a decrease in price for the High Tide | 0.40 | $165.00 | $66.00 |

property

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/07/2010 | JC | Email and teleconference with Chris Lawhorn and Michael Ford of Bryan Cave regarding Bryan Cave's representation of Debtsafe and Versadebt | 0.30 | $165.00 | $49.50 |
| 1/07/2010 | JC | Email with Theresa McDaniel of Troutman Sanders regarding her firm's representation of Saferide Warranty, VP Marketing, and DM Associates | 0.20 | $165.00 | $33.00 |
| 1/07/2010 | JC | Email and teleconference with Allen Pounds of JP Morgan regarding the Capital Security Bank Limited account | 0.20 | $165.00 | $33.00 |
| 1/07/2010 | JC | Outline strategy for tracking down assets | 1.00 | $165.00 | $165.00 |
| 1/07/2010 | JC | Compile information on the Cook Islands bank account; forward information to FTC | 0.10 | $165.00 | $16.50 |
| 1/07/2010 | NO | Continue to follow-up on leads generated by previous research; continue to review voluminous documents produced by Vincent Aiello for current connections to defendants and any further lead generation | 4.30 | $85.00 | $365.50 |
| 1/07/2010 | NO | Strategic team meeting regarding status of case and follow up | 1.00 | $85.00 | $85.00 |
| 1/07/2010 | NO | Receive and review telephone records from Verizon Wireless; research new leads generated from telephone records; place calls to targeted numbers listed in records produced by Verizon Wireless | 1.70 | $85.00 | $144.50 |
| 1/07/2010 | NO | Telephone conference with Vivien Dalton regarding Shoeb Ahmed; research and attempt to make contact with Shoeb Ahmed | 0.70 | $85.00 | $59.50 |
| 1/07/2010 | PH | Meet to give direction to team regarding following the defendants fictitious companies to freeze of related bank accounts and merchant processing accounts and process for determining which assets may be released as not being related to the receivership | 1.00 | $215.00 | $215.00 |

| | | | | | |
|---|---|---|---|---|---|
| 1/07/2010 | PH | Receive and review email from attorney for American Debt Negotiators regarding extension of time for production of documents | 0.10 | $215.00 | $21.50 |
| 1/07/2010 | PH | Direct action regarding American Debt Negotiators | 0.20 | $215.00 | $43.00 |
| 1/07/2010 | PH | Telephone conference with FTC | 0.30 | $215.00 | $64.50 |
| 1/07/2010 | PH | Receive and review arrest warrants and indictment | 0.20 | $215.00 | $43.00 |
| 1/08/2010 | CE | Compile list of suspicious transactions in Proceeo's Bank of America's accounts | 0.40 | $85.00 | $34.00 |
| 1/08/2010 | CE | Conduct online research of companies and individuals who conducted business with Proceeo Solutions | 1.00 | $85.00 | $85.00 |
| 1/08/2010 | CE | Telephone conference with Michael Moore regarding money currently in accounts of Proceeo | 0.50 | $85.00 | $42.50 |
| 1/08/2010 | CE | Review of bank statements for three Bank of America accounts provided by Proceeo | 4.50 | $85.00 | $382.50 |
| 1/08/2010 | CE | Email exchange with Carmela Moreno regarding transactions with Proceeo and Bank of America branch on Windy Hill Road | 0.20 | $85.00 | $17.00 |
| 1/08/2010 | CE | Email exchange with Jeff Smith regarding copying two computers obtained from Bryan Biederman | 0.20 | $85.00 | $17.00 |
| 1/08/2010 | CE | Outline strategy to obtain information on Paygea who transacted large volume of business with Proceeo | 0.20 | $85.00 | $17.00 |
| 1/08/2010 | CE | Conduct research to locate legal department of BB&T; telephone conference with legal department of BB&T regarding sending asset freeze request | 0.20 | $85.00 | $17.00 |
| 1/08/2010 | CE | Conduct research to find contact information for BB&T branch closest to System Group to place freeze on accounts | 0.20 | $85.00 | $17.00 |
| 1/08/2010 | JC | Draft letter to go to Consumer Law Group | 0.30 | $165.00 | $49.50 |

regarding their representation of
receivership entities

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/08/2010 | JC | Research Marvin Cox's role in the Versadebt and Debtsafe litigation in Missouri; teleconference with Marvin Cox regarding his waiver of privilege so that we can get the necessary files from Bryan Cave | 0.20 | $165.00 | $33.00 |
| 1/08/2010 | JC | Draft subpoena for deposition of Blake Curtis | 0.40 | $165.00 | $66.00 |
| 1/08/2010 | JC | Review Aiello emails to determine if there are any new sources or attorneys that we can gather information from | 0.70 | $165.00 | $115.50 |
| 1/08/2010 | NO | Prepare request to main office and Lake Mary branches of BB&T regarding Systel in order to perfect asset freeze | 0.60 | $85.00 | $51.00 |
| 1/08/2010 | NO | Continue to review voluminous documentation produced by Vincent Aiello for future lead follow-up | 3.50 | $85.00 | $297.50 |
| 1/08/2010 | NO | Continue to update database with pertinent information for future connections to defendants | 2.40 | $85.00 | $204.00 |
| 1/11/2010 | CE | Telephone call to Michael Moore regarding freeze on accounts | 0.20 | $85.00 | $17.00 |
| 1/11/2010 | CE | Telephone conference with Debie Sasser with People's First Bank regarding letter from Receiver about sending funds from FYITECH account and paying out the Certificate of Deposit | 0.20 | $85.00 | $17.00 |
| 1/11/2010 | CE | Receive and review letter from JP Morgan Chase regarding our request to freeze accounts belonging to Newport Equity | 0.20 | $85.00 | $17.00 |
| 1/11/2010 | CE | Review additional emails from Marvin Cox regarding Systel and Newport Equity and relationship with defendants | 0.60 | $85.00 | $51.00 |
| 1/11/2010 | CE | Receive and review Motion to Withdraw as Counsel in Bennett v. DM Associates case | 0.20 | $85.00 | $17.00 |

| | | | | | |
|---|---|---|---|---|---|
| 1/11/2010 | CE | Outline investigation to date and strategy regarding connection between Proceeo, Systel, Newport and defendants | 0.70 | $85.00 | $59.50 |
| 1/11/2010 | JC | Review information on Roger Watson and 1st Metro regarding their sale of property on 1009 Dill Avenue; compare to previously obtained information | 0.30 | $165.00 | $49.50 |
| 1/11/2010 | JC | Email with Karen from Cobb and Hyre regarding the proceeds of the sale of the 1005 Crews Street Property and the loan documents for the closing | 0.30 | $165.00 | $49.50 |
| 1/11/2010 | NO | Continue to update database with pertinent information for future connections to defendants | 4.60 | $85.00 | $391.00 |
| 1/11/2010 | NO | Research 1st Metro Realty and telephone conference with Roger Watson regarding purchase the 1009 Dill Avenue property | 0.80 | $85.00 | $68.00 |
| 1/11/2010 | NO | Continue to review voluminous documentation produced by Vincent Aiello for future lead follow-up | 3.40 | $85.00 | $289.00 |
| 1/11/2010 | PH | Review link to BOA accounts of Systel and Newport Equities | 0.50 | $215.00 | $107.50 |
| 1/11/2010 | PH | Review evidence regarding 1st Metro Realty and give direction regarding asset freeze | 0.20 | $215.00 | $43.00 |
| 1/11/2010 | PH | Review newly discovered evidence regarding Systel and Newport Equities | 0.20 | $215.00 | $43.00 |
| 1/11/2010 | PH | Email to FTC | 0.10 | $215.00 | $21.50 |
| 1/12/2010 | CE | Three telephone conferences with Michael Moore regarding his client's business relationship with defendants | 0.60 | $85.00 | $51.00 |
| 1/12/2010 | CE | Outline strategy for pursuing potential assets in the possession of Systel Group in Florida | 0.50 | $85.00 | $42.50 |
| 1/12/2010 | CE | Continue investigation into business relationship between Systel Group and defendants | 0.50 | $85.00 | $42.50 |

| 1/12/2010 | CE | Email exchange with Carmela Moreno regarding information in Proceeo account | 0.20 | $85.00 | $17.00 |
|---|---|---|---|---|---|
| 1/12/2010 | JC | Email with JPM Chase regarding the Capital Bank Security Limited account; review RSJ Consulting records and other Bank of America accounts that could be related to the Cook Islands account | 0.50 | $165.00 | $82.50 |
| 1/12/2010 | JC | Outline strategy for deposition of Jonathan Blake Curtis; email attorney regarding service of a deposition subpoena and setting up the deposition time and place; draft subpoena for deposition | 0.50 | $165.00 | $82.50 |
| 1/12/2010 | JC | Teleconference with Karen of Cobb and Hyre regarding the deeds to the property that are held in the Philippines | 0.10 | $165.00 | $16.50 |
| 1/12/2010 | JC | Review information tying Proceeo and Systel Group to defendants | 0.30 | $165.00 | $49.50 |
| 1/12/2010 | JC | Teleconference with the attorney for Frontline Processing regarding the merchant processing account there held in the name of Clear Financial Solutions | 0.20 | $165.00 | $33.00 |
| 1/12/2010 | NO | E-mail exchange with Shoeb Ahmed; telephone conference with Shoeb Ahmed regarding his employment with defendants and current operations in the Philippines | 0.70 | $85.00 | $59.50 |
| 1/12/2010 | NO | Continue to review voluminous documents produced by Vincent Aiello | 7.10 | $85.00 | $603.50 |
| 1/12/2010 | PH | Exchange emails with FTC | 0.10 | $215.00 | $21.50 |
| 1/12/2010 | PH | Direct action on priority action items including depositions to be scheduled | 0.50 | $215.00 | $107.50 |
| 1/12/2010 | PH | Interview Shoeb Ahmed who came to the Philippines to work for the defendants | 0.50 | $215.00 | $107.50 |
| 1/12/2010 | PH | Telephone conference with FTC regarding Paul Schroeder | 0.30 | $215.00 | $64.50 |
| 1/12/2010 | PH | Email to FTC regarding Schroeder emails | 0.20 | $215.00 | $43.00 |
| 1/13/2010 | CE | Telephone conference with Liz Tucci at FTC regarding Paul Schroeder information | 0.20 | $85.00 | $17.00 |

and deposition in Maryland

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/13/2010 | CE | Telephone conference with Hartford County clerk's office regarding reserving conference room for deposition | 0.20 | $85.00 | $17.00 |
| 1/13/2010 | CE | Email exchange with Carmela Moreno regarding transfers out of Bank of America account of Proceeo Solutions | 0.20 | $85.00 | $17.00 |
| 1/13/2010 | CE | Email exchange with FTC regarding purchase agreements and furniture and fixtures at Park Brooke Place and Molly Lane offices | 0.20 | $85.00 | $17.00 |
| 1/13/2010 | CE | Telephone conference with FTC regarding depositions in Florida and Maryland | 0.20 | $85.00 | $17.00 |
| 1/13/2010 | JC | Review NMO notes on the Aiello documents; research and compare with information regarding these corporations and their role in the ERT scheme | 0.90 | $165.00 | $148.50 |
| 1/13/2010 | JC | Teleconference and email with Karen of Cobb and Hyre regarding recovering the deed from the Philippines and setting up a process where the properties can be sold without waiting on the deeds from the Philippines | 0.20 | $165.00 | $33.00 |
| 1/13/2010 | JC | Teleconference with Allen Pounds of JP Morgan Chase regarding the receipt of the documents involving the Cook Islands account | 0.20 | $165.00 | $33.00 |
| 1/13/2010 | JC | Teleconference and email with Crowley Fleck regarding their representation of Frontline Processing and the Clear Financial Solutions account | 0.30 | $165.00 | $49.50 |
| 1/13/2010 | NO | Telephone conference with Verizon Wireless subpoena department regarding text message content; telephone conference with Verizon Wireless Court Orders department regarding request for text message content | 0.30 | $85.00 | $25.50 |
| 1/13/2010 | NO | Prepare correspondence to Verizon Wireless Court Order department regarding our request for text message content pertaining to two cell phone | 0.20 | $85.00 | $17.00 |

numbers found in the Arley Court residence

| 1/13/2010 | NO | Lengthy e-mail exchange with Shoeb Ahmed regarding his duties as a third party in this case | 0.40 | $85.00 | $34.00 |
|---|---|---|---|---|---|
| 1/13/2010 | NO | Continue to review voluminous documents produced by Vincent Aiello | 3.70 | $85.00 | $314.50 |
| 1/13/2010 | NO | Continue to update database with pertinent information for future connections to defendants | 3.30 | $85.00 | $280.50 |
| 1/13/2010 | PH | Telephone conference with FTC | 0.30 | $215.00 | $64.50 |
| 1/14/2010 | CE | Forward to FTC documents uncovered tying Paul Schroeder and other companies to defendants | 0.20 | $85.00 | $17.00 |
| 1/14/2010 | CE | Attend strategic team meeting to outline further investigation steps to locate assets and corporations of defendants | 0.00 | $85.00 | No Charge |
| | | | 1.10 | | No Charge |
| 1/14/2010 | JC | Teleconference with Karen from Cobb and Hyre regarding the sale of the properties and the deeds from the Philippines; teleconference with Alex Kaplan regarding his representation of Leiah Watson and her sale of these properties | 0.50 | $165.00 | $82.50 |
| 1/14/2010 | JC | Email with Joseph Sanscrainte regarding the deposition of Blake Curtis | 0.10 | $165.00 | $16.50 |
| 1/14/2010 | JC | Teleconference with Allen Pounds of JPM Chase regarding the Cook Islands account | 0.10 | $165.00 | $16.50 |
| 1/14/2010 | JC | Teleconference with attorney for Frontline Solutions regarding Clear Financial Solutions; research our corporate records and review past declarations to determine if this is a receivership account | 0.60 | $165.00 | $99.00 |
| 1/14/2010 | JC | Teleconference with Ashley Higgins regarding the location of Jason and Kara in the Philippines | 0.10 | $165.00 | $16.50 |
| 1/14/2010 | JC | Meet with the Receiver and other members of the receivership team | 0.00 | $165.00 | No Charge |

|  |  | regarding narrowing the list of corporations and individuals to send to the banks and merchant processors, and discuss the next steps in interviewing and deposing individuals and following assets |  |  |  |
|---|---|---|---|---|---|
|  |  |  | 1.10 |  | No Charge |
| 1/14/2010 | NO | Continue to update database and timeline with pertinent information for future connections to defendants | 7.10 | $85.00 | $603.50 |
| 1/14/2010 | NO | Review and revise memorandum of interview with Shoeb Ahmed | 0.20 | $85.00 | $17.00 |
| 1/14/2010 | PH | Receive and review email from Mepco | 0.10 | $215.00 | $21.50 |
| 1/15/2010 | CE | Receive and review letter from Michael Moore regarding actions against Severnia Nelson | 0.20 | $85.00 | $17.00 |
| 1/15/2010 | CE | Prepare letter to Michael Moore regarding his client's involvement with defendants | 0.30 | $85.00 | $25.50 |
| 1/15/2010 | CE | Prepare subpoena for deposition and documents to Severnia Nelson; serve subpoena on Michael Moore | 1.20 | $85.00 | $102.00 |
| 1/15/2010 | CE | Arrange for service on Severnia Nelson via process server in Florida on January 18 | 0.50 | $85.00 | $42.50 |
| 1/15/2010 | CE | Telephone conference with Department of Motor Vehicles regarding obtaining name on vehicle registration for vehicles registered in  Georgia | 0.70 | $85.00 | $59.50 |
| 1/15/2010 | CE | Telephone conference with FTC regarding depositions and future handling of investigation | 0.30 | $85.00 | $25.50 |
| 1/15/2010 | CE | Telephone conference with Michael Moore, attorney for Severnia Nelson, regarding date for deposing his client | 0.20 | $85.00 | $17.00 |
| 1/15/2010 | CE | Prepare request for mortgage documents to Bank of America | 0.30 | $85.00 | $25.50 |
| 1/15/2010 | JC | Conduct research regarding the 28 USC 754 statutory requirement; research and draft a memo explaining how 754 notices establish personal jurisdiction for the receivership court over receivership | 0.00 | $165.00 | No Charge |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | property, and what the alternatives to 754 notices are for the Receiver; email memo to the FTC |  |  |  |
|  |  |  | 1.60 |  | No Charge |
| 1/15/2010 | JC | Teleconference and email with the Consumer Law Group regarding their work with defendants; research the emails produced by Vincent Aiello to determine the exact role played by Consumer Law Group in the ERT scheme | 0.70 | $165.00 | $115.50 |
| 1/15/2010 | JC | Email with Alex Kaplan regarding the Philippine deeds for the properties for sale in Georgia | 0.10 | $165.00 | $16.50 |
| 1/15/2010 | JC | Review evidence that Chris Rubini was involved in merchant processing for ERT entities; email with the counsel for Frontline Processing to freeze the account and transfer the funds over to the Receiver | 0.40 | $165.00 | $66.00 |
| 1/15/2010 | JC | Teleconference with Marvin Cox and his wife regarding his role in setting up the processors; schedule an interview | 0.20 | $165.00 | $33.00 |
| 1/15/2010 | JC | Email and teleconference with Joe Sanscrainte regarding re-scheduling the deposition of Blake Curtis; draft document request for Blake Curtis | 0.40 | $165.00 | $66.00 |
| 1/15/2010 | NO | Continue to update detailed asset summary sheet and timeline with pertinent information for future connections to defendants, detailing individuals and their connections to the defendants | 6.50 | $85.00 | $552.50 |
| 1/15/2010 | NO | Detailed review of employee questionnaires in order to extract additional names and research their relationship with the defendants | 1.10 | $85.00 | $93.50 |
| 1/15/2010 | NO | Review and download transcripts of the deposition testimony of Tamara Biederman and Marvin Cox | 0.40 | $85.00 | $34.00 |
| 1/15/2010 | NO | Review and finalize Notice and subpoena pertaining to Severnia Nelson's upcoming deposition | 0.30 | $85.00 | $25.50 |

Total Fees    $31,064.50

## Expenses

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 12/16/2009 | U.S. District Court Notice of Receivership Filing Fee-Florida, Southern District | 1.00 | $39.00 |
| 12/16/2009 | U.S. District Court Notice of Receivership Filing Fee-Florida, Southern District | 1.00 | $39.00 |
| 12/16/2009 | Southern District of New York Clerk Charge | 1.00 | $39.00 |
| 12/16/2009 | Eastern District of Virginia Clerk Charges | 1.00 | $39.00 |
| 12/16/2009 | Western District of North Carolina Charges | 1.00 | $39.00 |
| 12/16/2009 | Middle District of Florida Clerk Charges | 1.00 | $39.00 |
| 12/16/2009 | Parking Expenses | 1.00 | $7.00 |
| 12/16/2009 | U.S. District Court Notice of Receivership Filing Fees-MO, Western District | 1.00 | $39.00 |
| 12/16/2009 | Deposition Fee for Marvin Cox | 1.00 | $47.70 |
| 12/16/2009 | Deposition Fee for Tamara Biederman | 1.00 | $52.10 |
| 12/16/2009 | U.S. District Court Notice of Receivership Filing Fee-MO, Eastern District | 1.00 | $39.00 |
| 12/16/2009 | U.S. District Court Notice of Receivership Filing Fee-Maryland | 1.00 | $39.00 |
| 12/16/2009 | U.S. District Court Notice of Receivership Filing Fee-California, Central District | 1.00 | $39.00 |
| 12/16/2009 | U.S. District Court Notice of Receivership Filing Fee-Delaware | 1.00 | $39.00 |
| 12/16/2009 | U.S. District Court Notice of Receivership Filing Fee-IL, Southern District | 1.00 | $39.00 |
| 12/16/2009 | U.S. District Court Notice of Receivership Filing Fee-IL, Northern District | 1.00 | $39.00 |

| | | | |
|---|---|---|---|
| 12/16/2009 | U.S. District Court Notice of Receivership Filing Fee-KY, Western District | 1.00 | $39.00 |
| 12/16/2009 | U.S. District Court Notice of Receivership Filing Fee-LA, Middle District | 1.00 | $39.00 |
| 12/16/2009 | U.S. District Court Notice of Receivership Filing Fee-MA, Boston Division | 1.00 | $39.00 |
| 12/16/2009 | U.S. District Court Notice of Receivership Filing Fee-Montana | 1.00 | $39.00 |
| 12/16/2009 | U.S. District Court Notice of Receivership Filing Fee-Nebraska | 1.00 | $39.00 |
| 12/16/2009 | U.S. District Court Notice of Receivership Filing Fee-PA, Eastern Division | 1.00 | $39.00 |
| 12/16/2009 | U.S. District Court Notice of Receivership Filing Fee-TX, Northern District | 1.00 | $39.00 |
| 12/17/2009 | Notice of Receivership- GA Middle District | 1.00 | $39.00 |
| 12/17/2009 | Filing Fee- Yahoo Subpoena | 1.00 | $39.00 |
| 1/04/2010 | Subpoena Service Fee | 1.00 | $70.00 |
| 1/04/2010 | Gas for Mercedes seized | 1.00 | $5.01 |
| 1/04/2010 | Storage Rental Fees | 1.00 | $31.83 |
| 1/04/2010 | Storage Rental Fees | 1.00 | $31.00 |
| 1/11/2010 | December Photocopies | 8,528.00 | No Charge |
| 1/11/2010 | December Scanned Copies | 1,303.00 | No Charge |
| 1/11/2010 | December Facsimiles | 3,639.00 | No Charge |
| 1/11/2010 | U.S. District Court Notice of Receivership Filing Fee-Arizona, Phoenix District | 1.00 | $39.00 |
| 1/11/2010 | December Postage | 1.00 | No Charge |
| 1/11/2010 | December PACER Charges | 1.00 | No Charge |
| 1/11/2010 | December Lexis/ Smartlinx Charges | 1.00 | No Charge |

| 1/11/2010 | December FedEx Charges | 1.00 | No Charge |
| 1/14/2010 | December Locateplus Charges | 1.00 | No Charge |

Total Expenses $1,141.64

Total New Charges $32,206.14

## *Staff Summary*

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Cherie Eason | 42.80 | $85.00 | $3,638.00 |
| Cherie Eason | 4.10 | $0.00 | $0.00 |
| Jamie Carroll | 55.40 | $165.00 | $9,141.00 |
| Jamie Carroll | 2.70 | $0.00 | $0.00 |
| Jennifer Snow | 1.10 | $165.00 | $181.50 |
| Lauren Bowman | 7.40 | $85.00 | $629.00 |
| Nikki Osborne | 150.70 | $85.00 | $12,809.50 |
| Pat Huddleston | 21.70 | $215.00 | $4,665.50 |
| Pat Huddleston | 2.60 | $0.00 | $0.00 |