Investor's Watchdog
1300 Ridenour Blvd
Suite 200
Kennesaw, GA 30152


Pat Huddleston                                                        Date:   3/09/2010
The Huddleston Law Firm
1300 Ridenour Boulevard
Suite 200
Kennesaw, GA 30152


Regarding:  Economic Relief
Invoice No:  00005

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 12/14/2009 | EH | Update database tracking regarding contact with merchant processors regarding progress in identifying accounts and reserve balances; review Preliminary Injunction Order and email to merchant processors with request for follow-up on additional names identified | 0.00 | $145.00 | No Charge |
| | | | 3.40 | | No Charge |
| 12/14/2009 | EH | Telephone conference with Paul Grossi at Diversified Credit to discuss and clarify target name of merchant account asset freeze | 0.30 | $145.00 | $43.50 |
| 12/14/2009 | EH | Review research on ISO Group International and send asset freeze fax; research and review information received regarding Diversified Capital Services; forward freeze letter to Diversified Capital Services | 0.80 | $145.00 | $116.00 |
| 12/14/2009 | MF | Incorporate known addresses and entities associated with those addresses into document for quick reference | 0.00 | $145.00 | No Charge |
| | | | 6.00 | | No Charge |
| 12/15/2009 | EH | Telephone conference with Chris | 0.80 | $145.00 | $116.00 |

**EXHIBIT B**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Walden at Discover Financial regarding partial account matches found; send email follow up to Chris Walden at Discover after exchanging telephone calls with Patty Kolle regarding email follow up on accounts at Discover |  |  |  |
| 12/15/2009 | EH | Research computer documents and Marvin Cox deposition to identify additional merchant processor information; receive documents produced from Global Payments and record account data received; review possible matching account at Frontline Processing; telephone conference with Has Strickler at Frontline regarding possible account information; review Merchant Warehouse documents produced; review First Data documents produced and send email to Gina Nuzzo at First Data to follow up; confirm freeze letter sent to First National Merchant Solutions | 3.80 | $145.00 | $551.00 |
| 12/15/2009 | EH | Identify Reliable Resources and DM Associates bank account information; receive and review email reply from Gina Nuzzo at First Data; telephone conference with Ramona at American Express to discuss progress in account identification and freeze; review Merchant One documents produced; send follow up email to William Lewis at Merchant One; telephone conference with Crystal at Discover Financial regarding freeze letter documentation request | 2.80 | $145.00 | $406.00 |
| 12/15/2009 | MF | Meet Eagle Vending at Park Brooke office for release vending machines (no charge); meet with manager of UPS store in Towne Lake and request information on known entities; interview David W. Mitchell, Jr., former security guard for Kara and Jason | 3.00 | $145.00 | $435.00 |
| 12/16/2009 | EH | Receive and review email update and reports from Gina Nuzzo at First Data | 0.60 | $145.00 | $87.00 |
| 12/16/2009 | EH | Follow up on merchant processor records requests, including telephone | 2.30 | $145.00 | $333.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | conferences with American Express and Global Payments, updating database tracking information, and exchange emails to secure related merchant account balances | | | |
| 12/16/2009 | EH | Exchange emails with Jeff Smith regarding list of merchant processors discovered in interview with Marvin Cox | 0.20 | $145.00 | $29.00 |
| 12/16/2009 | EH | Continue follow up on potential merchant processor accounts, including telephone conferences with Quickbooks Merchant Services, First Data, Corporation Service Corp, and Frontline Processing, and follow up email exchanges with Global Payments and Orion Payment Systems | 4.30 | $145.00 | $623.50 |
| 12/16/2009 | EH | Review merchant processor records regarding Slate Group | 0.20 | $145.00 | $29.00 |
| 12/17/2009 | EH | Follow up on Intuit merchant processor contact; review First Data reserve balances spreadsheet | 0.40 | $145.00 | $58.00 |
| 12/17/2009 | EH | Review ePayData reserve balances spreadsheet; send email follow up to Adnan Alonto at Intuit; review RMG tax number to confirm proper account identification | 0.00 | $145.00 | No Charge |
| | | | 2.40 | | No Charge |
| 12/17/2009 | EH | Review follow up emails for Intuit and First National Processing | 0.20 | $145.00 | $29.00 |
| 12/17/2009 | EH | Review merchant processor account documents produced by First Data | 0.60 | $145.00 | $87.00 |
| 12/17/2009 | EH | Exchange emails with Janet Moore at Orion Payment Systems regarding Preliminary Injunction Order; review merchant processor accounts identified; update First Data accounts information | 2.10 | $145.00 | $304.50 |
| 12/18/2009 | EH | Review email responses from Process America and First National Merchant Solutions; review merchant account information for data related to RMG, Paul Schroeder, and Darla Leveque | 0.00 | $145.00 | No Charge |
| | | | 2.20 | | No Charge |

| | | | | | |
|---|---|---|---|---|---|
| 12/18/2009 | EH | Exchange emails with Merchant One regarding identified merchant accounts; update reserve balance spreadsheet for identified accounts; review list of freeze names for further inquiry | 1.20 | $145.00 | $174.00 |
| 12/18/2009 | EH | Update asset freeze name list; exchange emails with Brandon Simpson at First National Merchant Services, Gina Nuzzo at First Data, and David Green at Global Payments regarding release of unrelated accounts; update communications tracking for merchant processors; follow up with Andrew Stone at Total Merchant Solutions regarding identified account | 3.10 | $145.00 | $449.50 |
| 12/18/2009 | EH | Telephone conference with Process America counsel to discuss production of documents requested | 0.30 | $145.00 | $43.50 |
| 12/18/2009 | MF | Apply for Federal Tax ID number online | 0.50 | $145.00 | $72.50 |
| 12/18/2009 | PMH | Review information compiled as to defendants' websites | 0.10 | $145.00 | $14.50 |
| 12/22/2009 | MF | Review tax returns provided by Strombeck Consulting | 4.00 | $145.00 | $580.00 |
| 12/23/2009 | EH | Update communications tracking and account information for merchant processors contacted; telephone conferences with Innovative Merchant Solutions and National Processing; send follow up emails to Process America, Intuit, National Processing, and First National Merchant Solutions; update database information with SafeRide Warranty and James Erich information received in documents produced | 3.80 | $145.00 | $551.00 |
| 12/23/2009 | MF | Complete review of tax returns provided by Strombeck Consulting | 5.00 | $145.00 | $725.00 |
| 12/29/2009 | EH | Exchange emails with Janet Knapp at National Processing Center and David Green at Global Payments to update merchant processing account records; telephone conference with Pam | 0.00 | $145.00 | No Charge |

Perkinson and Kathy Adams at
National Processing Center; review and
update merchant processor
communications tracking, including
account names and tax ID numbers

|  |  |  | 2.00 |  | No Charge |
|---|---|---|---|---|---|
| 12/29/2009 | EH | Review, identify, and update First National Merchant Solutions possible account matches; exchange emails with Brandon Simpson at First National Merchant Solutions | 1.40 | $145.00 | $203.00 |
| 12/29/2009 | EH | Update merchant processor account information in database | 1.10 | $145.00 | $159.50 |
| 12/29/2009 | MF | Review documentation sent from Florida CPA used to prepare prior year tax returns. | 3.00 | $145.00 | $435.00 |
| 12/30/2009 | EH | Review document production request response from American Express | 0.00 | $145.00 | No Charge |
|  |  |  | 0.40 |  | No Charge |
| 12/30/2009 | EH | Review documents from National Processing Company, Discover, and Process America produced in response to documentation request; update database tracking for each processor; send follow-up emails to Patricia Kolle at Discover and Alyssa Klausner regarding Process America | 3.10 | $145.00 | $449.50 |
| 12/31/2009 | EH | Review documents regarding CITM, Teresa Smith, and National Processing Company tax ID numbers | 0.80 | $145.00 | $116.00 |
| 12/31/2009 | EH | Exchange emails with Alyssa Klausner regarding Process America additional account information; email exchange with Janet Knapp at National processing Company regarding communication contact person | 0.30 | $145.00 | $43.50 |
| 12/31/2009 | EH | Update database tracking form with latest information received from merchant processors | 1.80 | $145.00 | $261.00 |
| 12/31/2009 | EH | Exchange emails regarding documents produced with Patricia Kolle at Discover and Alyssa Klausner regarding Process | 0.60 | $145.00 | $87.00 |

America

| 1/04/2010 | EH | Review status of merchant processor responses regarding Systel and Newport; draft and send email follow-up to Alyssa Klausner regarding Process America accounts | 1.40 | $145.00 | $203.00 |
|---|---|---|---|---|---|
| 1/04/2010 | EH | Review merchant processor documents produced to update files and correspondence | 1.70 | $145.00 | $246.50 |
| 1/04/2010 | EH | Review follow up with merchant processors Frontline, Cynergy Data, American Express and MCPS; telephone conference and email exchange with risk department of Cynergy Data; update database tracking for each processor | 2.10 | $145.00 | $304.50 |
| 1/05/2010 | EH | Review status of merchant processor responses regarding Systel and Newport; update database tracking to include communication with Discover, National Processing Company, Global Payments, Cynergy Data, and Frontline Processing | 2.80 | $145.00 | $406.00 |
| 1/05/2010 | EH | Exchange emails with Hans Strickler at Frontline Processing regarding new contact information; review names for additional freeze requests | 1.90 | $145.00 | $275.50 |
| 1/05/2010 | EH | Telephone conferences with Gina Nuzzo at First Data and Cathy Bazal at American Express regarding results of account identification efforts | 0.90 | $145.00 | $130.50 |
| 1/05/2010 | EH | Receive and review Dynamic Solutions and First Marketing documents produced from Brandon Simpson at First National Merchant Solutions; telephone conference with Melanie Ramos at Cynergy Data to discuss status of account identification information; email account follow-up information to Gina Nuzzo at First Data and Melanie Ramos at Cynergy Data; update information tracking sheet and merge banking and merchant account discovery data | 2.80 | $145.00 | $406.00 |

| 1/06/2010 | EH | Review updated Frontline Processing account information | 0.30 | $145.00 | $43.50 |
|---|---|---|---|---|---|
| 1/06/2010 | EH | Review name list for asset freeze; email Systel and Newport identification details to Process America, First Data, Cynergy Data, and National Processing Company for further account identification | 1.00 | $145.00 | $145.00 |
| 1/06/2010 | EH | Research merchant account information related to Newport, Systel, Proceeo, and Quest Financial names; | 3.50 | $145.00 | $507.50 |
| 1/07/2010 | EH | Research First Marketing account information from First National Merchant Services; research Debt Safe as possible merchant account holder; email exchanges with David Green at Global Payments regarding 1st Relief Corp, Debt Safe, Serene Solutions, and Clear Financial names; email exchanges with Pam Perkinson at National Processing Company and Brandon Simpson at First National Merchant Services regarding check for Newport names | 2.30 | $145.00 | $333.50 |
| 1/07/2010 | EH | Telephone conference with Alyssa Klausner regarding Newport name request at Process America | 0.20 | $145.00 | $29.00 |
| 1/07/2010 | EH | Exchange emails with Brandon Simpson at First National Merchant Services regarding clearance and release of Dynamic Solutions and First Marketing merchant accounts; telephone conference with Connie Gatz at American Express regarding Newport and Systel and list of identified and frozen accounts | 1.00 | $145.00 | $145.00 |
| 1/07/2010 | EH | Receive and review Process America documents produced regarding Newport and Systel name search | 0.30 | $145.00 | $43.50 |
| 1/07/2010 | EH | Receive and review confirmation email from Brandon Simpson at First National Merchant Services regarding account release list; conduct research on Shoeb | 0.60 | $145.00 | $87.00 |

Ahmed

| | | | | | |
|---|---|---|---|---|---|
| 1/07/2010 | EH | Telephone conference with Imran Siddique at Cynergy Data regarding account documentation to be sent; receive and review Cynergy Data documents produced | 2.00 | $145.00 | $290.00 |
| 1/07/2010 | EH | Review responses from Process America and Cynergy Data regarding documents requested; exchange emails with Mohammad Ahsan and Melanie Ramos at Cynergy Data | 0.30 | $145.00 | $43.50 |
| 1/07/2010 | EH | Review documents produced and exchange emails with David Green at Global Payments regarding Serene Solutions account freeze, and Newport, Systel, 1st Relief, and Debt Safe account identification | 1.30 | $145.00 | $188.50 |
| 1/08/2010 | EH | Exchange emails with David Green at Global Payments regarding reserve balance data received; review, categorize, and archive Cynergy Data documents produced; exchange emails with Cynergy Data regarding additional account questions | 3.60 | $145.00 | $522.00 |
| 1/08/2010 | EH | Update database tracking information with additional information received from Cynergy Data; exchange emails with Brandon Simpson at First National Merchant Services regarding additional name search results | 0.90 | $145.00 | $130.50 |
| 1/08/2010 | EH | Research Paygea as potential merchant account processor; archive additional merchant processor account data for review | 2.30 | $145.00 | $333.50 |
| 1/08/2010 | EH | Receive and review Global Payments reserve balance data; summarize and compare data with Orion Payment Systems balances for same accounts | 0.40 | $145.00 | $58.00 |
| 1/11/2010 | EH | Archive Cynergy Data documents produced, including information on 35 merchant accounts | 2.20 | $145.00 | $319.00 |

| Date | | Description | Hours | Rate | Amount |
|------|--|-------------|-------|------|--------|
| 1/11/2010 | EH | Archive Paygea research; review status of Americare Solutions and Eastbiz entities for freeze purposes; receive and review response from Cynergy Data regarding documents produced questions; receive and review David Green email regarding $74,000 in reserve balances frozen for Extended Warranties Services and Teamworks Systems merchant accounts; receive and review Systel merchant account information identified at Global Payments | 1.40 | $145.00 | $203.00 |
| 1/11/2010 | EH | Review 1st Metro Partners and Roger Watson research; exchange emails with David Green at Labial Payments to confirm freeze of Systel merchant accounts; update format of archived documents | 0.90 | $145.00 | $130.50 |
| 1/12/2010 | EH | Review status of Discover Financial documentation request, including research of individual social security numbers and addresses for account identification and email exchange with Patty Kolle | 0.90 | $145.00 | $130.50 |
| 1/12/2010 | EH | Update status of Diversified Capital, ECHO, First Data Merchant Services, National Processing Company, and Process America documentation requests | 0.40 | $145.00 | $58.00 |
| 1/12/2010 | EH | Review status of Cynergy Data documentation requests, including email exchanges with Melanie Ramos to verify additional reserve balances and release unrelated merchant accounts from asset freeze | 0.90 | $145.00 | $130.50 |
| 1/12/2010 | EH | Follow up with Terry Martinez at Group ISO International regarding merchant account freeze letter and documents requested, including research on possible accounts and telephone conversations and email exchange regarding Teamworks Systems processing statement | 1.00 | $145.00 | $145.00 |
| 1/12/2010 | EH | Review status of American Express documentation request, including | 1.20 | $145.00 | $174.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | research of additional information required and telephone conference with Cathy Bazal and preparation and faxing of confirmation letter | | | |
| 1/12/2010 | EH | Review status of Global Payments documentation request for Systel Systems LLC, including research to respond to David Green request for additional legal authority and confirmation email exchanges | 1.20 | $145.00 | $174.00 |
| 1/12/2010 | EH | Review status of Intuit documentation requested, including email exchange with Adnan Alonto to confirm list of accounts identified | 0.60 | $145.00 | $87.00 |
| 1/12/2010 | EH | Review status of Frontline Processing documentation request for Clear Financial merchant account application | 0.20 | $145.00 | $29.00 |
| 1/12/2010 | EH | Research tax ID numbers for response to Discover Financial question; identify and record discovery information on Americare Solutions, Darla Leveque, and Mario Palombo from Cynergy Data documents produced | 1.10 | $145.00 | $159.50 |
| 1/13/2010 | EH | Telephone conference with attorney Ron DeWaard to discuss status of Mepco Finance documentation already requested, and the need for identifying additional entities and producing additional documents; research additional document needs and exchange emails with Ron DeWaard to provide copies of recent court orders and confirm documents requested | 1.20 | $145.00 | $174.00 |
| 1/13/2010 | EH | Review Merchant identification numbers produced by Process America for comparison with other merchant processors; identify duplicate numbers at Cynergy Data and send email to Melanie Ramos to check reserve balances; telephone conference with Melanie Ramos to confirm frozen accounts and request for additional reserve balance information | 0.80 | $145.00 | $116.00 |
| 1/13/2010 | EH | Review First Data documents produced | 0.90 | $145.00 | $130.50 |

for completeness; draft and send follow-up email to Gina Nuzzo to confirm remaining documents requested

| Date | | Description | Hours | Rate | Amount |
|------|---|-------------|-------|------|--------|
| 1/13/2010 | EH | Review Global Payments documents produced for completeness; exchange emails with David Green at Global Payments regarding documentation requested for Systel Systems LLC merchant accounts | 0.90 | $145.00 | $130.50 |
| 1/13/2010 | EH | Review Mepco Finance information from earlier Receiver contact with Mepco counsel; identify additional information needed to locate amount of reserves held | 1.00 | $145.00 | $145.00 |
| 1/14/2010 | EH | Exchange emails with Gina Nuzzo at First Data to confirm reserve balances of frozen merchant accounts and remaining documentation to be produced. | 0.40 | $145.00 | $58.00 |
| 1/14/2010 | EH | Reconcile merchant account information, including account numbers and reserve balances noted by First Data Merchant Services, Cynergy Data, Process America, and Global Payments | 1.40 | $145.00 | $203.00 |
| 1/14/2010 | EH | Telephone conference with Gina Nuzzo at First Data regarding searches on Newport and Systel names and addresses; receive and review Gina Nuzzo email confirmation regarding Vyco Direct account; exchange emails with Gina Nuzzo regarding document production and encrypted email protocol | 0.70 | $145.00 | $101.50 |
| 1/14/2010 | EH | Receive and review Ron DeWaard email regarding Mepco Finance documents requested | 0.30 | $145.00 | $43.50 |
| 1/14/2010 | EH | Review status of Clear Financial Solutions documents requested of Frontline Processing; research Chris Rubini name for relevance to case | 0.90 | $145.00 | $130.50 |
| 1/14/2010 | EH | Telephone conference with newly-identified merchant processor Group ISO to discuss case filings and asset | 2.10 | $145.00 | $304.50 |

freeze; prepare updated freeze list for sending to Group ISO; exchange emails with Brian Soohoo at Group ISO regarding case information

| | | | | | |
|---|---|---|---|---|---|
| 1/14/2010 | EH | Consolidate and parse discovery information and research data to cull list of names subject to asset freeze | 0.50 | $145.00 | $72.50 |
| 1/14/2010 | EH | Receive and review Terry Martinez email regarding Group ISO International documents produced; review Dynamic Financial Group application for relevance; send Dynamic Financial account release confirmation email to Terry Martinez; receive and review Terry Martinez email to confirm no relation to Group ISO | 0.80 | $145.00 | $116.00 |
| 1/15/2010 | EH | Review status of document request to Group ISO and Mepco Finance; update freeze name list to be included | 0.90 | $145.00 | $130.50 |
| 1/15/2010 | EH | Exchange emails with Ron DeWaard regarding Mepco Finance documentation request | 0.30 | $145.00 | $43.50 |
| 1/15/2010 | EH | Exchange emails regarding Quest Financial account freeze at Global Payments | 0.20 | $145.00 | $29.00 |
| 1/15/2010 | EH | Exchange emails with Gina Nuzzo and Kellee Burgett at First Data to resolve problem in accessing encrypted account documentation produced and received | 0.70 | $145.00 | $101.50 |
| 1/15/2010 | EH | Consolidate data on all merchant processor reserve balances identified to date; summarize and archive for future updating | 1.60 | $145.00 | $232.00 |

Sub Total: $16,486.50

Total Fees $16,486.50

Total New Charges $16,486.50

Previous Balance $0.00

Balance Due                                                    $16,486.50

### *Staff Summary*

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Eric Henningson | 98.10 | $145.00 | $14,224.50 |
| Eric Henningson | 10.40 | $0.00 | $0.00 |
| Michelle Fox | 15.50 | $145.00 | $2,247.50 |
| Porter Huddleston | .10 | $145.00 | $14.50 |