Investor's Watchdog
1300 Ridenour Blvd
Suite 200
Kennesaw, GA 30152

Pat Huddleston
The Huddleston Law Firm
1300 Ridenour Boulevard
Suite 200
Kennesaw, GA 30152

Date: 4/14/2010

Regarding: Economic Relief
Invoice No: 00006

## Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 1/19/2010 | EH | Receive and review account information produced by American Express; update and archive data for cross-referencing to other merchant accounts identified at other processors | 1.60 | $145.00 | $232.00 |
| 1/19/2010 | EH | Exchange confirmation emails with Adnan Alonto at Intuit regarding accounts identified | 0.10 | $145.00 | $14.50 |
| 1/19/2010 | EH | Receive and review Process America documents produced regarding Sotayreeah Services LLC accounts; archive information and send email to request reserve balance data | 0.80 | $145.00 | $116.00 |
| 1/19/2010 | EH | Exchange emails with Gina Nuzzo at First Data regarding access to encrypted documents produced; receive and review encrypted documentation produced by First Data and archive unencrypted version for team review | 1.00 | $145.00 | $145.00 |
| 1/19/2010 | EH | Telephone conference with with Connie Gatz at American Express to follow up on documents promised; receive and review list of identified account names and numbers; update merchant account | 0.50 | $145.00 | $72.50 |

**EXHIBIT B**

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | and reserve balance data | | | |
| 1/19/2010 | EH | Draft and send follow up email to Patty Kolle at Discover Financial to request estimated timing of document production requested | 0.10 | $145.00 | $14.50 |
| 1/19/2010 | EH | Review status of contact with Group ISO regarding merchant accounts; update latest communication details and account data | 0.70 | $145.00 | $101.50 |
| 1/19/2010 | EH | Update account data received from National Processing Company and communications with Pam Perkinson regarding account balances | 0.00 | $145.00 | No Charge |
| | | | 0.30 | | No Charge |
| 1/20/2010 | EH | Review First Data documents produced; update account information and determine follow-up questions; send follow-up email to Gina Nuzzo | 0.00 | $145.00 | No Charge |
| | | | 1.60 | | No Charge |
| 1/20/2010 | EH | Research additional documentation needed to link merchant accounts of 1st Relief, Teamworks Systems, Debt Safe, and Clear Financial Solutions to defendants; send follow-up email to Cynergy Data regarding documents requested; telephone conference with Melanie Ramos at Cynergy Data to discuss timing of documents production | 0.00 | $145.00 | No Charge |
| | | | 1.70 | | No Charge |
| 1/20/2010 | EH | Research merchant account information for filing default judgment; telephone conference with Gina Nuzzo at First Data Merchant Services to discuss documentation produced for 1st Relief, Unlimited Ventures, FYITech Inc, and FYITech Financial merchant accounts; update latest merchant account reserve balance data received | 0.00 | $145.00 | No Charge |
| | | | 3.40 | | No Charge |
| 1/20/2010 | EH | Exchange emails with Alyssa Klausner regarding reserve balances for accounts identified at Process America | 0.20 | $145.00 | $29.00 |
| 1/21/2010 | EH | Telephone conference with Patty Kolle | 0.00 | $145.00 | No Charge |

| | | | | | |
|---|---|---|---|---|---|
| | | at Discover Financial to discuss status of merchant account documentation requested; discuss Advisor Technologies and Clear Breeze Solutions names identified; send follow up email with additional accounting information | | | |
| | | | 0.70 | | No Charge |
| 1/21/2010 | EH | Telephone conference with Melanie Ramos at Cynergy Data to discuss status of merchant account documentation requested; discuss Debt Safe, Economic Solutions, and Unlimited Ventures accounts identified; confirm need for reserve balance data on list of merchant ID numbers identified by Process America; send follow up email with copy of most recent court orders and requesting additional accounting information | 0.50 | $145.00 | $72.50 |
| 1/21/2010 | EH | Review status of merchant account documentation requested from Intuit, Innovative Merchant Solutions, and ECHO Processing; send email to Adnan Alonto at Intuit with copies of recent court orders and additional accounting information request; exchange emails with LeAnn Jesperson at Innovative Merchant Solutions regarding released TB Associates merchant accounts | 0.00 | $145.00 | No Charge |
| | | | 0.90 | | No Charge |
| 1/21/2010 | EH | Draft and send email to Gina Nuzzo at First Data to request additional merchant account data | 0.30 | $145.00 | $43.50 |
| 1/21/2010 | EH | Review Frontline Processing merchant account information received; send email to request additional accounting data | 0.30 | $145.00 | $43.50 |
| 1/21/2010 | EH | Receive and review merchant account documents produced by Discover Financial; exchange emails with Patty Kohle regarding additional account data required | 0.70 | $145.00 | $101.50 |
| 1/21/2010 | EH | Receive and review documents | 0.00 | $145.00 | No Charge |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | produced by Cynergy Data for Unlimited Ventures, Economic Solutions, and Debtsafe merchant accounts; update Cynergy Data merchant account summary spreadsheet; exchange emails with Melanie Ramos at Cynergy Data regarding additional information required | 1.90 | | No Charge |
| 1/21/2010 | EH | Telephone conference with FTC regarding status of merchant processor accounting data requested | 0.10 | $145.00 | $14.50 |
| 1/21/2010 | EH | Update database with missing merchant account data; prepare and fax asset freeze letter to Brian Soohoo regarding merchant processor accounts at Group ISO | 1.00 | $145.00 | $145.00 |
| 1/21/2010 | EH | Edit database with necessary updates and revisions | 0.00 | $145.00 | No Charge |
| | | | 0.90 | | No Charge |
| 1/21/2010 | EH | Receive and review email from Alyssa Klausner regarding merchant account reserve balances at Process America | 0.00 | $145.00 | No Charge |
| | | | 0.10 | | No Charge |
| 1/22/2010 | EH | Edit database to ensure integrity and completeness of data entered; update information received from First Data Merchant Services, American Express, and Orion Payment Systems | 0.00 | $145.00 | No Charge |
| | | | 3.50 | | No Charge |
| 1/22/2010 | EH | Receive and review Cynergy Data merchant account documents produced for sixteen additional accounts; archive data for future use | 0.00 | $145.00 | No Charge |
| | | | 3.50 | | No Charge |
| 1/22/2010 | EH | Receive and review email from Terry Martinez at Group ISO International regarding Clear Financial merchant account application; telephone conference with ClearUpMyDebt regarding debt relief program; research SecureRights and LeadPoint for additional leads | 0.80 | $145.00 | $116.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/25/2010 | EH | Receive and review list of identified merchant accounts produced by American Express | 0.00 | $145.00 | No Charge |
| | | | 0.10 | | No Charge |
| 1/25/2010 | EH | Review Global Payments file to identify missing documentation requested; telephone call to David Greene at Global Payments to discuss outstanding documentation requests | 0.00 | $145.00 | No Charge |
| | | | 1.00 | | No Charge |
| 1/25/2010 | EH | Review American Express and Frontline Processing merchant account information produced to identify additional data required; update merchant account information for TMF Software, FH and F1, and Financial Health and Fitness accounts; edit merchant processor reserve balance summary and merchant account lists to eliminate duplicate account data | 0.00 | $145.00 | No Charge |
| | | | 2.70 | | No Charge |
| 1/25/2010 | EH | Telephone conference with Brad Schechter at Discover Financial to clarify documentation requests and individual cardmembers identified | 0.20 | $145.00 | $29.00 |
| 1/25/2010 | EH | Review status of Group ISO merchant account documentation; draft and send email follow up to Brian Soohoo regarding Group ISO documents requested | 0.30 | $145.00 | $43.50 |
| 1/25/2010 | EH | Draft and send email confirmation to Terry Martinez at Group ISO International regarding Clear Financial account application | 0.10 | $145.00 | $14.50 |
| 1/25/2010 | EH | Exchange messages with Brad Schechter at Discover Financial regarding additional documentation requested; receive and review accounting information produced by Cynergy Data | 0.50 | $145.00 | $72.50 |
| 1/25/2010 | MF | Set up QuickBooks file; record deposits | 0.50 | $145.00 | $72.50 |
| 1/26/2010 | EH | Receive and review Brad Schechter email regarding identified Discover | 0.10 | $145.00 | $14.50 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | cardamom accounts | | | |
| 1/26/2010 | EH | Exchange emails with Brian Soohoo regarding Group ISO merchant account documentation requested | 0.60 | $145.00 | $87.00 |
| 1/26/2010 | EH | Research and locate merchant account and entity documentation received in preparation for Jonathan Blake Curtis deposition | 0.50 | $145.00 | $72.50 |
| 1/26/2010 | EH | Research and locate merchant account documentation in preparation for Severnia Nelson deposition, including Teamworks Systems, Oxford Equity, Newport Equity, Financial Health and Fitness, and Systel Systems accounts | 2.00 | $145.00 | $290.00 |
| 1/26/2010 | EH | Telephone call to David Green at Global Payments to request balance of merchant account documents requested | 0.20 | $145.00 | $29.00 |
| 1/26/2010 | EH | Telephone call to Cathy Bazal at American Express to follow up on balance of documents requested | 0.20 | $145.00 | $29.00 |
| 1/26/2010 | EH | Update merchant processor database with follow up actions for Cynergy Data, Global Payments, Group ISO International and Group ISO | 0.00 | $145.00 | No Charge |
| | | | 0.80 | | No Charge |
| 1/26/2010 | EH | Review status of merchant processor accounting data requests | 0.00 | $145.00 | No Charge |
| | | | 0.20 | | No Charge |
| 1/27/2010 | EH | Send email follow-up to Adnan Alonto at Intuit regarding accounting request | 0.10 | $145.00 | $14.50 |
| 1/27/2010 | EH | Exchange emails with Gina Nuzzo at First Data regarding accounting request | 0.20 | $145.00 | $29.00 |
| 1/27/2010 | EH | Telephone conference with Cathy Bazal at American Express regarding missing merchant account documentation; telephone conferences with Connie Gatz and Donielle Mead at American Express regarding additional merchant account information needed and accounting request | 0.80 | $145.00 | $116.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/27/2010 | EH | Review status of Frontline Processing merchant account documentation received and identify necessary follow up requests | 0.00 | $145.00 | No Charge |
| | | | 0.30 | | No Charge |
| 1/27/2010 | EH | Review status of Cynergy Data documents produced; identify additional information needed for Americare Solutions, Economic solutions, and Paradise Enterprises merchant accounts identified | 0.00 | $145.00 | No Charge |
| | | | 1.00 | | No Charge |
| 1/27/2010 | EH | Prepare addendum to American Express subpoena for accounting request | 0.50 | $145.00 | $72.50 |
| 1/27/2010 | EH | Review and archive Cynergy Data accounting information produced | 0.00 | $145.00 | No Charge |
| | | | 0.60 | | No Charge |
| 1/27/2010 | EH | Prepare suggested wording for release of unrelated Cynergy Data merchant accounts | 0.20 | $145.00 | $29.00 |
| 1/27/2010 | EH | Exchange emails with David Green at Global Payments regarding FTC accounting request | 0.30 | $145.00 | $43.50 |
| 1/28/2010 | EH | Review documents needed from Mepco Finance to identify asset and liability balances | 0.30 | $145.00 | $43.50 |
| 1/29/2010 | EH | Research names 1st Relief and Debt Safe, as well as related addresses and tax ID numbers, for possible merchant accounts | 0.00 | $145.00 | No Charge |
| | | | 1.60 | | No Charge |
| 2/01/2010 | EH | Exchange emails with Gina Nuzzo at First Data regarding accounting information requested; review documents produced to identify information on related merchant accounts; research additional account names | 0.00 | $145.00 | No Charge |
| | | | 1.10 | | No Charge |
| 2/01/2010 | EH | Receive and review documents | 0.00 | $145.00 | No Charge |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | produced by Global Payments regarding merchant account sales and returns; research additional account names included; exchange emails with David Green to confirm balance of account documents requested | 2.50 | | No Charge |
| 2/01/2010 | EH | Receive and review American Express response to merchant account information request | 0.10 | $145.00 | $14.50 |
| 2/02/2010 | EH | Review status of Intuit merchant account documentation request; draft and send follow up email to Adnan Alonto at Intuit | 0.30 | $145.00 | $43.50 |
| 2/02/2010 | EH | Receive and review documents produced by Global Payments for additional merchant accounts identified; research FP Center, Financial Health and Fitness, and Extended Warranties Services for ties to defendants | 0.00 | $145.00 | No Charge |
| | | | 2.10 | | No Charge |
| 2/02/2010 | EH | Review status of recently-discovered merchant processor Paygea Ltd. | 0.30 | $145.00 | $43.50 |
| 2/02/2010 | EH | Review and update list of identified merchant accounts at American Express, Cynergy Data, Discover, ECHO/Intuit, and Global Payments | 0.40 | $145.00 | $58.00 |
| | | | 0.50 | | No Charge |
| 2/02/2010 | EH | Send follow-up email to Brian Soohoo regarding merchant account documentation requested from Group ISO | 0.10 | $145.00 | $14.50 |
| 2/03/2010 | EH | Review status of research into possible merchant account name matches at Cynergy Data | 0.40 | $145.00 | $58.00 |
| 2/03/2010 | EH | Research status of Global Payments documents produced to confirm remaining documentation needed; telephone call to David Green at Global Payments to discuss | 0.50 | $145.00 | $72.50 |
| 2/03/2010 | EH | Exchange emails with FTC regarding Debt Suite and CardSystems; research | 0.00 | $145.00 | No Charge |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Liggins Declaration and CardSystems name to determine case references and merchant account affiliations; telephone conference with Chandra Spary at CardSystems to discuss merchant account findings; exchange emails with Chandra Spary to confirm no merchant accounts found | 2.40 | | No Charge |
| 2/03/2010 | EH | Telephone conference with Adnan Alonto at Intuit to discuss accounting data requested and password for protected file; receive and review Intuit accounting data produced | 0.50 | $145.00 | $72.50 |
| 2/04/2010 | EH | Research additional merchant account information needed from Cynergy Data; send follow-up email to Melanie Ramos at Cynergy Data; review status of Debt Suite bank account research; telephone conference with Melanie Ramos to confirm Cynergy Data information sought | 0.80 | $145.00 | $116.00 |
| 2/05/2010 | EH | Exchange emails with Brian Soohoo regarding merchant account processing statements produced by Group ISO; prepare subpoena request information for sending to Group ISO | 1.20 | $145.00 | $174.00 |
| 2/08/2010 | EH | Receive and review documents regarding Debt Suite bank accounts and merchant processing connections; research documents produced by merchant processors to cross-reference potential matches | 0.50 | $145.00 | $72.50 |
| 2/08/2010 | EH | Research Liggins declaration to confirm identification of merchant account information for SafeRide Warranty, VP Marketing, Debt Suite, Total Curb Appeal, Extended Warranties Services, Debtworks, and Assured Warranties; send email to Brian Soohoo to confirm receipt of subpoena for Group ISO merchant account documentation | 0.70 | $145.00 | $101.50 |
| | | | 0.60 | | No Charge |
| 2/08/2010 | EH | Telephone conference with Gina Nuzzo at First Data to identify and discuss | 0.70 | $145.00 | $101.50 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | merchant accounts for EZ Works and Client Services | | | |
| 2/08/2010 | EH | Send follow-up email to Brad Schechter at Discover Financial regarding status of requested merchant account documentation; update communications tracking for Cynergy Data and Global Payments merchant account inquiries | 0.80 | $145.00 | $116.00 |
| 2/08/2010 | EH | Receive and review Brian Soohoo email response regarding merchant accounts identified for EZ Works and Client Services; review First Data documents produced for confirmation of identified accounts and merchant ID number; exchange emails with Gina Nuzzo at First Data to identify account details and documentation | 0.00 | $145.00 | No Charge |
| | | | 0.90 | | No Charge |
| 2/08/2010 | MF | Reconcile January Bank accounts in QuickBooks | 0.50 | $145.00 | $72.50 |
| 2/09/2010 | EH | Review status of merchant account requests at RBSWorldpay and Process America | 0.30 | $145.00 | $43.50 |
| 2/09/2010 | EH | Exchange emails with Gina Nuzzo at First Data regarding Client Services and EZ Works merchant accounts and contacts at Group ISO | 0.20 | $145.00 | $29.00 |
| 2/09/2010 | EH | Update Process America merchant account information, including reserve balances, and sales volume figures | 0.50 | $145.00 | $72.50 |
| 2/09/2010 | EH | Receive and review documents produced from Discover Financial; record and archive merchant account data and records; update reserve balance information | 0.00 | $145.00 | No Charge |
| | | | 1.70 | | No Charge |
| 2/09/2010 | EH | Research Alexandra Stephens' relationship to defendants and merchant accounts | 0.60 | $145.00 | $87.00 |
| 2/09/2010 | EH | Exchange emails with Brad Schechter at Discover Financial regarding status of merchant account documentation | 0.10 | $145.00 | $14.50 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | requested | | | |
| 2/09/2010 | MF | Complete and mail IRS Form 56 for VP Marketing and SafeRide Warranty | 1.50 | $145.00 | $217.50 |
| 2/10/2010 | EH | Update merchant account records with information obtained from documents produced by Discover | 1.20 | $145.00 | $174.00 |
| 2/10/2010 | EH | Update records for Financial Protection Center, FP Center, and Extended Warranties Services merchant accounts with information produced by Global Payments | 0.00 | $145.00 | No Charge |
| | | | 1.40 | | No Charge |
| 2/10/2010 | EH | Review status of sales data requests for merchant accounts at American Express, Intuit, Cynergy Data, and Global Payments; update database with latest data received ; draft and send follow-up emails to Melanie Ramos at Cynergy Data and David Green at Global Payments | 0.00 | $145.00 | No Charge |
| | | | 2.20 | | No Charge |
| 2/10/2010 | EH | Research contact details for merchant processor Optimal Payments | 0.10 | $145.00 | $14.50 |
| 2/10/2010 | EH | Receive and review charge card documents produced by American Express; research missing documents requested; telephone call to Donielle Mead at American Express | 0.60 | $145.00 | $87.00 |
| 2/11/2010 | EH | Telephone conferences with Donielle Mead, Cathy Bazal, and Toni at American Express to follow up on request for accounting records | 1.00 | $145.00 | $145.00 |
| 2/11/2010 | EH | Research names and numbers to be added or removed from freeze list | 0.00 | $145.00 | No Charge |
| | | | 1.80 | | No Charge |
| 2/11/2010 | EH | Research contact details for merchant account processor Optimal Payments; draft and fax merchant account freeze letter to Optimal Payments with copy of updated freeze list | 1.00 | $145.00 | $145.00 |
| 2/11/2010 | EH | Receive and review notices about | 0.30 | $145.00 | $43.50 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | contact with Robert McCallan at Intellidebt | | | |
| 2/11/2010 | EH | Determine additional accounting information needed from Discover and American Express merchant accounts; review status of contact with Optimal Payments regarding possible merchant accounts | 0.60 | $145.00 | $87.00 |
| 2/11/2010 | MF | Review bank statement received from Bank of America for Triumph Resources | 0.20 | $145.00 | $29.00 |
| 2/12/2010 | EH | Update freeze name and number list for Orion Payment Systems; email updated spreadsheet to Janet Moore for merchant account database search | 0.90 | $145.00 | $130.50 |
| | | | 1.00 | | No Charge |
| 2/12/2010 | EH | Receive and review sales data for Newport and Oxford merchant accounts from Melanie Ramos at Cynergy Data | 0.20 | $145.00 | $29.00 |

Sub Total: $4,843.00

Total Fees $4,843.00

Total New Charges $4,843.00

### Staff Summary

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Eric Henningson | 30.70 | $145.00 | $4,451.50 |
| Eric Henningson | 45.00 | $0.00 | $0.00 |
| Michelle Fox | 2.70 | $145.00 | $391.50 |