TC13

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 1 2 2010

JAMES N. HATTEN, CLERK

Deputy Clerk
S. Brannon

United States District Court
        for the
Northern District of Georgia

Federal Trade Commission, Plaintiff          )
                                             )
v.                                           )          Civil Action No. 1 09-CV-3347
                                             )
James A. Schoenholz, Defendant               )

I, James A. Schoenholz, hereby move to have the Civil Action No. 1 09-CV-3347 removed. The Summons in a Civil Action was filed on November 30, 2009 but was not served upon me until April 20, 2010 at the Roger A. Deyton Detention Facility, located in Lovejoy, Georgia where I am currently being detained for a Criminal Indictment, No. 1 10-CR-006. The information found in both cases is the same.

Date:  May 10, 2010

James A. Schoenholz

This motion has been served on the plaintiff's attorney, Valerie Verduce, Federal Trade Commission, 225 Peachtree Street, Suite 1500, Atlanta, GA 30303 and the United States District Court, Clerk of Court, James N. Hatten.

Please return signed & filed copy to:

James Schoenholz
#44249059
PO Box 730
Lovejoy GA 30250