Investor's Watchdog
1300 Ridenour Blvd
Suite 200
Kennesaw, GA 30152

Pat Huddleston
The Huddleston Law Firm
1300 Ridenour Boulevard
Suite 200
Kennesaw, GA 30152

Date: 4/19/2010

Regarding: Economic Relief
Invoice No: 00006

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 2/18/2010 | MF | Review response from American Express received pursuant to December 16 request; review merchant processor application documents received from Group ISO | 2.00 | $145.00 | $290.00 |
| 2/18/2010 | MF | Outline list of merchant processors to receive request after Receiver's interview with Melody Richardson | 2.00 | $145.00 | $290.00 |
| 2/22/2010 | MF | Receive and review responses from merchant processors regarding new list of names | 3.50 | $145.00 | $507.50 |
| 2/22/2010 | MF | Review documents received from accounting firm Gross Collins | 1.50 | $145.00 | $217.50 |
| 2/23/2010 | MF | Attend team meeting to discuss most effective method to locate merchant processing accounts and freeze accounts | 0.00 | $145.00 | No Charge |
| | | | 1.50 | | No Charge |
| 2/23/2010 | MF | Begin reviewing Proceeo Solutions BB&T statements | 6.00 | $145.00 | $870.00 |
| 2/25/2010 | MF | Continue review of Proceeo's BB&T statements | 2.00 | $145.00 | $290.00 |

**EXHIBIT B**

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/25/2010 | MF | Attend team meeting to outline ways to locate and freeze merchant processor and bank accounts | 0.00 | $145.00 | No Charge |
| | | | 1.00 | | No Charge |
| 2/25/2010 | MF | Research merchant processor account related to Keith Pollins | 1.00 | $145.00 | $145.00 |
| 2/25/2010 | MF | Quick review of bank documents received for Debt Suite, Total Curb Appeal, and VP Marketing | 1.00 | $145.00 | $145.00 |
| 3/01/2010 | MF | Continue review and analysis of Proceeo's BB&T accounts; | 3.50 | $145.00 | $507.50 |
| 3/02/2010 | MF | Attend team meeting to discuss status on locating and freezing merchant processor accounts | 0.00 | $145.00 | No Charge |
| | | | 0.50 | | No Charge |
| 3/02/2010 | MF | Begin reviewing and analyzing Bank Of America statements for Total Curb Appeal, Debt Suite, and Economic Relief Technologies | 6.00 | $145.00 | $870.00 |
| 3/04/2010 | MF | Begin reviewing and analyzing Bank Of American statements for VP Marketing and Economic Relief Technologies | 6.00 | $145.00 | $870.00 |
| 3/09/2010 | MF | Continue working on analysis of Bank Of America deposits | 6.00 | $145.00 | $870.00 |
| 3/09/2010 | MF | Attend team meeting to discuss status of merchant processor accounts | 0.00 | $145.00 | No Charge |
| | | | 1.00 | | No Charge |
| 3/10/2010 | MF | Complete analysis of Bank Of America deposits | 4.00 | $145.00 | $580.00 |
| 3/15/2010 | MF | Reconcile February bank accounts | 0.50 | $145.00 | $72.50 |
| 3/15/2010 | MF | Continue analysis of deposits in Bank of America accounts | 4.00 | $145.00 | $580.00 |

Sub Total: $7,105.00

Total Fees $7,105.00

| | |
|---|---:|
| Total New Charges | $7,105.00 |

**Staff Summary**

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Michelle Fox | 49.00 | $145.00 | $7,105.00 |
| Michelle Fox | 4.0 | $0.00 | $0.00 |