FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 19 2010

JAMES N. HATTEN, CLERK
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NUMBER 1:09-cv-3347-TCB |
| ECONOMIC RELIEF ) | |
| TECHNOLOGIES, LLC; SAFERIDE ) | |
| WARRANTY, LLC; VP MARKETING, ) | |
| LLC; JASON JAMES EYER, KARA ) | |
| SINGLETON ADAMS, and JAMES A. ) | |
| SCHOENHOLZ, ) | |
| ) | |
| Defendants. ) | |

# ORDER

Before the Court is Defendant James A. Schoenholz's motion to dismiss Plaintiff Federal Trade Commission's complaint [78]. It appears that Schoenholz is seeking to have the civil action against him dismissed because he is also a defendant in the criminal action, *United States v. Kara Singleton Adams, Jason James Eyer and James Schoenholz*, 1:10-cr-6-CAP-JFK and he contends that "the information found in both cases is the same." While the cases may be based on the same information, this is

insufficient grounds on which to grant Schoenholz's request. Accordingly, his motion to dismiss is DENIED. Schoenholz shall file his answer to the FTC's complaint within twenty-one days of the date of this order. Schoenholz is warned that his failure comply with this deadline could result in the Clerk entering his default pursuant to Fed. R. Civ. P. 55.

IT IS SO ORDERED this 19th day of May, 2010.

_____
Timothy C. Batten, Sr.
United States District Judge