

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NUMBER 1:09-cv-3347-TCB |
| ECONOMIC RELIEF ) | |
| TECHNOLOGIES, LLC; SAFERIDE ) | |
| WARRANTY, LLC; VP MARKETING,) | |
| LLC; JASON JAMES EYER, KARA ) | |
| SINGLETON ADAMS, and JAMES A. ) | |
| SCHOENHOLZ, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Defendant James Schoenholz's motion to appoint counsel and motion for extension of time to file an answer [85]. In his motion to appoint counsel, Schoenholz seeks to have his criminal action attorney, W. Sander Callahan, appointed and to have his attorney paid from the funds seized by the Receiver, as Schoenholz asserts that he cannot afford to pay Callahan. Schoenholz also seeks a seven-day extension of the deadline for filing his answer. His answer was due June 9, 2010.

Plaintiff Federal Trade Commission and the Receiver both oppose Schoenholz's request that his attorney be paid with assets seized by the Receiver. They assert that equity demands as much money be reserved for the harmed consumers as possible and that there is no proof that the seized assets are Schoenholz's personal funds. The FTC also opposes Schoenholz's request for an extension of the answer deadline.

The Court finds that Schoenholz's attorney should not be paid from the funds seized by the Receiver. A person's right to retain counsel of his choosing does not go beyond "the individual's right to spend his own money to obtain the advice and assistance of counsel." *Caplin & Drysdale, Chartered v. United States*, 491 U.S. 617, 626 (1989) (citation omitted). There is no proof before the Court that the seized funds are Schoenholz's funds nor does Schoenholz cite to case or statutory law that supports his position. Accordingly, Schoenholz's motion to appoint counsel is DENIED.

Schoenholz's motion for an extension of time to file an answer is GRANTED. Schoenholz shall file his answer on or before June 18, 2010.

IT IS SO ORDERED this 11th day of June, 2010.

Timothy C. Batten, Sr.
United States District Judge