The Huddleston Law Firm
1300 Ridenour Blvd., Suite 200
Kennesaw, GA 30152

Valerie Verduce
Federal Trade Commission
225 Peachtree Street
Suite 1500
Atlanta, GA 30303

Date:  7/09/2010

Regarding: Economic Relief
Invoice No:  00019

## Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 3/16/2010 | CE | Email exchange with Opex Communications regarding account opened in the name of Celeb St. John and how it relates to our defendants | 0.20 | $85.00 | $17.00 |
| 3/16/2010 | CE | Email exchange with agent regarding offer on house at Colmer Avenue | 0.20 | $85.00 | $17.00 |
| 3/16/2010 | CE | Attend team meeting to outline information uncovered as to defendants' merchant processors and status of sale of property | 1.00 | $85.00 | $85.00 |
| 3/16/2010 | CE | Finish review of Severnia Nelson's deposition transcript | 0.70 | $85.00 | $59.50 |
| 3/16/2010 | CE | Telephone conference with Desiree Vernold regarding defense attorney for Kara Adams | 0.20 | $85.00 | $17.00 |
| 3/16/2010 | CE | Email exchange with Karen McClelland regarding documents produced and her familiarity with the individuals and entities we have identified | 0.20 | $85.00 | $17.00 |
| 3/16/2010 | JC | Email with counsel for Keith Pollins regarding our document request | 0.20 | $165.00 | $33.00 |
| 3/16/2010 | JC | Receive and review offer for Colmer Avenue property; email with agent | 0.40 | $165.00 | $66.00 |

**EXHIBIT A**

regarding the details of the offer

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 3/16/2010 | JC | Teleconference with Barbara Wilson's attorney | 0.20 | $165.00 | $33.00 |
| 3/16/2010 | JC | Receive and review email from ADN's counsel seeking to quash the subpoena; outline motion to compel arguments | 0.30 | $165.00 | $49.50 |
| 3/16/2010 | JC | Research the possibility of recovery against Bank of America for laundering money for the ERT entities | 1.40 | $165.00 | $231.00 |
| 3/16/2010 | JC | Release storage unit at SpaceMax to avoid paying the rental fees | 0.20 | $165.00 | $33.00 |
| 3/16/2010 | JC | Draft Motion to Compel Production of Documents for American Debt Negotiators | 1.90 | $165.00 | $313.50 |
| 3/16/2010 | JC | Email with Grant Kirby regarding installation of the security system at 1603 Mosaic Way | 0.20 | $165.00 | $33.00 |
| 3/16/2010 | NO | Email exchange with Gina Nuzzo of First Data regarding the status of supplying a list of possible hits for our review | 0.20 | $85.00 | $17.00 |
| 3/16/2010 | NO | Telephone call to Barbara Wilson regarding her involvement with Kara Adams and Jason Eyer | 0.20 | $85.00 | $17.00 |
| 3/16/2010 | NO | Telephone call to Carol Bess McDonald regarding her dealings with Jason Eyer and Kara Adams | 0.20 | $85.00 | $17.00 |
| 3/16/2010 | NO | Review research on other individuals and companies related to defendants in order to narrow list to send to merchant processors and banks | 1.20 | $85.00 | $102.00 |
| 3/16/2010 | NO | Telephone conference with Leslie Lovelace at Wachovia Bank regarding asset freeze status | 0.20 | $85.00 | $17.00 |
| 3/16/2010 | NO | Review multiple merchant processor documents, defendant emails, and incorporation documents relating to | 2.80 | $85.00 | $238.00 |

Chris Rubini and CSTR to eliminate or include the monies to respond to possible motion to release funds

| | | | | | |
|---|---|---|---|---|---|
| 3/16/2010 | PH | Meeting regarding dealing with defendants' return of assets | 0.40 | $215.00 | $86.00 |
| 3/16/2010 | PH | Meet with team to ensure priority action items and that all work is performed at lowest hourly rate possible consistent with continued progress | 0.70 | $215.00 | $150.50 |
| 3/16/2010 | RS | Complete change of address forms for Mosaic Way | 1.20 | $45.00 | $54.00 |
| 3/17/2010 | CE | Telephone call to Jeff Smith regarding potential additional computers at Hannover Park office | 0.20 | $85.00 | $17.00 |
| 3/17/2010 | CE | Email exchange with Network Merchants regarding email exchange with Systel Group relating to chargebacks for defendants | 0.20 | $85.00 | $17.00 |
| 3/17/2010 | CE | Continue review of documents received from Severnia Nelson | 1.50 | $85.00 | $127.50 |
| 3/17/2010 | CE | Email exchange with The Insurance Store regarding coverage on vehicles obtained from defendants | 0.20 | $85.00 | $17.00 |
| 3/17/2010 | CE | Telephone conference with FTC regarding subpoena served on Elavon | 0.20 | $85.00 | $17.00 |
| 3/17/2010 | CE | Telephone conference with Jeff Smith regarding recovery of data | 0.20 | $85.00 | $17.00 |
| 3/17/2010 | JC | Review documents received from Slingshot Consulting | 0.80 | $165.00 | $132.00 |
| 3/17/2010 | JC | Review wiring plans for alarm system forwarded by Roger Watson for the Colmer house | 0.20 | $165.00 | $33.00 |
| 3/17/2010 | JC | Review service of the subpoenas on ADN; teleconference with the ADN counsel; email with ADN counsel regarding the subpoenas and production of documents | 1.00 | $165.00 | $165.00 |

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/17/2010 | JC | Teleconference with Paul Schroeder's attorney, Andrew White | 0.20 | $165.00 | $33.00 |
| 3/17/2010 | JC | Teleconference with Northstar Securities regarding the installation of alarm system at Colmer; review wiring offers and confirm that payment will be made; review the offer on Colmer; email with agent instructing him to bid slightly higher and accept an offer at $262,000; forward the final counter-offer to agent | 1.40 | $165.00 | $231.00 |
| 3/17/2010 | JC | Review bank transfers between Keith Pollins and Proceeo and VP Marketing | 0.20 | $165.00 | $33.00 |
| 3/17/2010 | NO | Telephone conference with ACH Direct regarding hits on merchant asset freeze request and inquiry | 0.30 | $85.00 | $25.50 |
| 3/17/2010 | NO | Receive and review correspondence from Carmela Moreno regarding 90 bank accounts identified at Bank of America associated with the named defendants; review firm list of bank accounts directly tied to defendants from Liggins' exhibits and merchant processor applications to complete list of named accounts and assist in forensic accounting | 0.40 | $85.00 | $34.00 |
| 3/17/2010 | NO | Telephone conference with Nuvox regarding the status and outcome of our request on servers associated with known defendants and their recent addresses | 0.20 | $85.00 | $17.00 |
| 3/17/2010 | NO | Review documents received per our request from Slingshot Consulting regarding potential leads correlating with previous interviews and possible merchant and banking leads | 1.10 | $85.00 | $93.50 |
| 3/17/2010 | NO | Prepare subpoena to Elavon regarding Clear Choice Solutions, LLC and 1st Marketing; email exchange with Deb Brazie regarding subpoena to Elavon; prepare correspondence to Elavon regarding subpoena for the production of documents;  telephone conference with the Federal Trade Commission regarding Elavon subpoena | 1.30 | $85.00 | $110.50 |

| | | | | | |
|---|---|---|---|---|---|
| 3/17/2010 | PH | Receive and review email from FTC | 0.20 | $215.00 | $43.00 |
| 3/17/2010 | PH | Telephone conference with FTC | 0.20 | $215.00 | $43.00 |
| 3/17/2010 | RS | Review property and obtain price quote on installation of security system for Colmer Avenue | 1.50 | $45.00 | $67.50 |
| 3/17/2010 | RS | Submit address change forms for Mosaic Way to Smyrna Post Office | 0.30 | $45.00 | $13.50 |
| 3/17/2010 | RS | Perform check on vehicles located in public storage | 0.50 | $45.00 | $22.50 |
| 3/18/2010 | CE | Examine computer equipment at Hannover Park to determine if it contains consumer information | 1.00 | $85.00 | $85.00 |
| 3/18/2010 | CE | Telephone conference with Jeff Smith regarding domain services that were being provided to defendant companies | 0.20 | $85.00 | $17.00 |
| 3/18/2010 | CE | Telephone call to Andrea Almeida at The Plant regarding cancellation of service and deletion of information on server | 0.20 | $85.00 | $17.00 |
| 3/18/2010 | CE | Telephone call to Marvin Cox to determine if a back up copy exists of defendant companies' servers | 0.20 | $85.00 | $17.00 |
| 3/18/2010 | CE | Telephone conference with Bank of America regarding reporting requirements for money transfers | 0.20 | $85.00 | $17.00 |
| 3/18/2010 | CE | Telephone conference with Kristie Sywak at HSBC USA regarding account information for defendants | 0.20 | $85.00 | $17.00 |
| 3/18/2010 | CE | Telephone call to Merrick Bank to follow up on request for information pertaining to accounts set up by defendants | 0.20 | $85.00 | $17.00 |
| 3/18/2010 | CE | Telephone conference with FTC regarding situation surrounding The Planet disabling the defendants' registered domains | 0.20 | $85.00 | $17.00 |
| 3/18/2010 | JC | Meet with the Receiver regarding following up with the ERT merchant | 0.60 | $165.00 | $99.00 |

processors

| Date | | Description | Hours | Rate | Amount |
|------|---|-------------|-------|------|--------|
| 3/18/2010 | JC | Teleconference with Jon Saffer, attorney for Keith Pollins, regarding our document request | 0.20 | $165.00 | $33.00 |
| 3/18/2010 | JC | Review merchant records received from Process America for CSTR Solutions | 0.20 | $165.00 | $33.00 |
| 3/18/2010 | JC | Go to Hannover office to review servers to determine if we can get consumer information from them | 1.60 | $165.00 | $264.00 |
| 3/18/2010 | JC | Email and teleconference with Marvin Pastel of Weinstock Scavo regarding the discovery dispute with ADN; resolve the dispute and set a date for teleconference to get the additional documents | 1.00 | $165.00 | $165.00 |
| 3/18/2010 | JC | Review offer on Mosaic Way property; email with agent regarding closing costs and counter-offer; review financing documents for offer on Colmer property and forward signed docs to agent; review overall return from the housing sales | 1.40 | $165.00 | $231.00 |
| 3/18/2010 | NO | Receive and review documents from Process America specifically correlating to new information about Magna Solutions and Express Corp | 0.60 | $85.00 | $51.00 |
| 3/18/2010 | NO | Continue review of research on other individuals and companies related to defendants in order to narrow list to send to merchant processors and banks | 0.90 | $85.00 | $76.50 |
| 3/18/2010 | PH | Telephone conference with FTC | 0.20 | $215.00 | $43.00 |
| 3/18/2010 | PH | Telephone conference with FTC and AUSA | 0.40 | $215.00 | $86.00 |
| 3/18/2010 | PH | Telephone conference with FTC | 0.20 | $215.00 | $43.00 |
| 3/18/2010 | PH | Draft letter to The Planet | 0.40 | $215.00 | $86.00 |
| 3/18/2010 | RS | Make arrangements and facilitate installation of security system at | 1.20 | $45.00 | $54.00 |

Mosaic Way

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/18/2010 | RS | Finalize documents and review installation of security system at Mosaic Way | 1.20 | $45.00 | $54.00 |
| 3/19/2010 | CE | Telephone conference with Clint Shelton regarding ownership of box trailer parked at Arley Court | 0.20 | $85.00 | $17.00 |
| 3/19/2010 | CE | Telephone conference with John Maddox regarding equipment that belongs to him on the property at Arley Court | 0.20 | $85.00 | $17.00 |
| 3/19/2010 | JC | Teleconference with agent regarding alarm system at Colmer Avenue | 0.20 | $165.00 | $33.00 |
| 3/19/2010 | JC | Research Edward Jordan, the attorney who set up trusts for the ERT defendants; draft letter to him demanding the records of the work he did for the ERT entities | 0.50 | $165.00 | $82.50 |
| 3/19/2010 | JC | Teleconference with Marvin Cox regarding his waiver of privilege in the Missouri case | 0.20 | $165.00 | $33.00 |
| 3/19/2010 | JC | Review the offer on Mosaic Way to ensure that the Receiver can receive the funds even though the deed is in the name of JAKK Group | 0.20 | $165.00 | $33.00 |
| 3/19/2010 | PH | Forward declaration to AUSA | 0.20 | $215.00 | $43.00 |
| 3/19/2010 | RS | Attach locks to trailers at Arley Court | 1.30 | $45.00 | $58.50 |
| 3/22/2010 | CE | Receive information from Bank of North Georgia regarding wire transfer received from American Debt Negotiators on March 18 | 0.20 | $85.00 | $17.00 |
| 3/22/2010 | CE | Telephone conference with agent regarding inspection of house on Colmer Avenue | 0.20 | $85.00 | $17.00 |
| 3/22/2010 | CE | Brief review of documents produced by Keith Pollins regarding merchant application and accounts with Meridian Services and Israel Credit Cards | 0.30 | $85.00 | $25.50 |

| 3/22/2010 | JC | Email with Keith Pollins' attorney regarding document request; receive documents from Keith Pollins | 0.20 | $165.00 | $33.00 |
| 3/22/2010 | JC | Email with Theresa McDaniel of Troutman Sanders regarding her pre-receivership representation of the receivership entities | 0.20 | $165.00 | $33.00 |
| 3/22/2010 | RS | Conduct research online and in archived files gathering social security numbers to send to merchant processors | 1.00 | $45.00 | $45.00 |
| 3/22/2010 | RS | Make arrangements and facilitate installation of security system at Colmer Avenue | 1.50 | $45.00 | $67.50 |
| 3/23/2010 | CE | Contact real estate agent regarding alarm code at Colmer Avenue | 0.20 | $85.00 | $17.00 |
| 3/23/2010 | CE | Complete review of emails recovered on server | 1.00 | $85.00 | $85.00 |
| 3/23/2010 | CE | Telephone conference with FTC regarding role of Centerline Processing documents and freeze requested of Curtis Bayne and Keith Pollins | 0.20 | $85.00 | $17.00 |
| 3/23/2010 | CE | Telephone conference with FTC regarding Jim Giltner declaration | 0.70 | $85.00 | $59.50 |
| 3/23/2010 | NO | Telephone conference with Janet Conway of Premier Payments regarding the status of our request for documentation pertaining to merchant processor accounts opened by Curtis Bayne | 0.30 | $85.00 | $25.50 |
| 3/23/2010 | NO | Initial review of excel spreadsheets regarding Curtis Bayne's Orion accounts from Janet Moore per our request | 0.50 | $85.00 | $42.50 |
| 3/23/2010 | NO | Receive and review correspondence and documents produced by Sherry Ryan of International Payment Methods | 0.40 | $85.00 | $34.00 |
| 3/23/2010 | NO | Telephone conference with Janet Moore regarding information pertaining to | 0.20 | $85.00 | $17.00 |

Curtis Bayne from Orion Payment
Systems and spreadsheets in Orion's
possession that show Curtis Bayne as
the salesman on multiple accounts

| Date | | Description | Hours | Rate | Amount |
|------|------|------|------|------|------|
| 3/23/2010 | NO | Prepare subpoena for the deposition and production of documents to Jim Giltner; conduct research regarding process servers in Apopka, Florida; telephone conference with EBS Investigations regarding service on Jim Giltner;  prepare correspondence to EBS Investigations regarding service on Jim Giltner | 1.70 | $85.00 | $144.50 |
| 3/23/2010 | NO | Continue to review research on other individuals and companies related to defendants to narrow list to send to merchant processors and banks | 0.70 | $85.00 | $59.50 |
| 3/23/2010 | PH | Telephone conference with FTC | 0.30 | $215.00 | $64.50 |
| 3/23/2010 | PH | Receive and review Giltner's declaration | 0.20 | $215.00 | $43.00 |
| 3/23/2010 | PH | Email team directing review of IPM documents | 0.20 | $215.00 | $43.00 |
| 3/23/2010 | PH | Respond to burglar alarm at Colmer avenue property (after hours) | 1.60 | $215.00 | $344.00 |
| 3/23/2010 | PH | Direct preparation of deposition subpoena to Witness Giltner | 0.20 | $215.00 | $43.00 |
| 3/23/2010 | PH | Draft declaration setting forth the total amount of defendants' sales less chargebacks and refunds | 1.00 | $215.00 | $215.00 |
| 3/23/2010 | PH | Receive and review email regarding new information on Curtis Bayne and his counsel and direct follow up | 0.20 | $215.00 | $43.00 |
| 3/23/2010 | RS | Conduct research online and in archived files gathering FEIN and social security numbers to send to merchant processors | 1.20 | $45.00 | $54.00 |
| 3/23/2010 | RS | Review and archive documents obtained from Keith Pollins | 0.50 | $45.00 | $22.50 |
| 3/23/2010 | RS | Review and archive documents obtained | 0.50 | $45.00 | $22.50 |

from Sherry Ryan

| Date | | Description | | | |
|---|---|---|---|---|---|
| 3/24/2010 | JC | Receive and review ADN documents; email with ADN counsel regarding scheduled teleconference | 0.60 | $165.00 | $99.00 |
| 3/24/2010 | JC | Email with Joe Sanscrainte regarding Blake Curtis and his deposition | 0.20 | $165.00 | $33.00 |
| 3/24/2010 | NO | Email exchange with Kelly Lonas regarding additional items to follow-up on after our meeting regarding the voice broadcasting and additional debt rooms | 0.20 | $85.00 | $17.00 |
| 3/24/2010 | NO | Research on Western Union's subpoena and record request requirements; telephone conference with Western Union's legal department | 0.20 | $85.00 | $17.00 |
| 3/24/2010 | NO | Continue to review research on other individuals and companies related to defendants to narrow list to send to merchant processors and banks | 2.40 | $85.00 | $204.00 |
| 3/24/2010 | NO | Email exchange with Leslie Lovelace of Wachovia regarding our request for banking documents related to named defendants | 0.20 | $85.00 | $17.00 |
| 3/24/2010 | NO | Receive and initial review of documents provided by ACH Direct regarding Life Change Solutions, LLC to find any connections to our defendants; email to Challen Steere regarding retrieval of information from disc | 0.70 | $85.00 | $59.50 |
| 3/24/2010 | NO | Receive and review documents received per our request from Sherry Ryan of International Payment Methods; contact Randall Jackson regarding Sherry Ryan's duties to respond to our entire request for documents and information | 1.80 | $85.00 | $153.00 |
| 3/24/2010 | NO | Review banking records regarding Newport account at Bank of America | 0.30 | $85.00 | $25.50 |
| 3/24/2010 | NO | Email exchange with Carmela Moreno at Bank of America regarding account number associated with Newport Equity Group; update bank tracking form regarding the status of the Bank of | 0.30 | $85.00 | $25.50 |

America account requests relating to
the named defendants

| 3/24/2010 | NO | Review current status on merchant processor requests and research directly relating to International Payment Methods, Moneybookers, Curtis and Brian Bayne, and Keith Pollins | 0.60 | $85.00 | $51.00 |
| 3/24/2010 | PH | Meeting with team to discuss new company names identified, to ensure progress to top priority action items, and to ensure that all work is performed at lowest hourly rate possible | 0.60 | $215.00 | $129.00 |
| 3/24/2010 | RS | Conduct research online and in archived files gathering FEIN and social security numbers to send to merchant processors | 3.00 | $45.00 | $135.00 |
| 3/25/2010 | CE | Telephone call to Desiree Vernold regarding interviewing Kara Adams | 0.20 | $85.00 | $17.00 |
| 3/25/2010 | CE | Email exchange with Paygea regarding merchant agreement between Systel, Paygea and Israel Credit Cards and possible reserve account | 0.20 | $85.00 | $17.00 |
| 3/25/2010 | CE | Brief review of documents produced by American Debt Negotiators to determine if additional merchant or bank account information is contained in the documents | 0.50 | $85.00 | $42.50 |
| 3/25/2010 | CE | Review of documents produced by Keith Pollins regarding merchant account set up with Card Flex Systems and possible reserve balance available | 0.50 | $85.00 | $42.50 |
| 3/25/2010 | CE | Telephone conference with John Maddox, business partner of Jimmie Shelton, who claims to own concrete equipment parked at Arley Court | 0.20 | $85.00 | $17.00 |
| 3/25/2010 | CE | Telephone call to Robin Ernstes regarding cash she received when she sold Colmer Avenue property to defendants | 0.20 | $85.00 | $17.00 |

| | | | | | |
|---|---|---|---|---|---|
| 3/25/2010 | CE | Telephone conference with FTC regarding Declaration | 0.20 | $85.00 | $17.00 |
| 3/25/2010 | CE | Receive and briefly review spreadsheets from Network Merchants pertaining to gateways being used by defendant companies | 0.30 | $85.00 | $25.50 |
| 3/25/2010 | CE | Attend strategic team meeting to determine what avenues to follow to recoup money processed by defendants | 1.00 | $85.00 | $85.00 |
| 3/25/2010 | JC | Review the Keith Pollins documents to follow up with his counsel to request additional documents and emails | 0.80 | $165.00 | $132.00 |
| 3/25/2010 | JC | Review stipulations for contract on 1603 Mosaic Way | 0.90 | $165.00 | $148.50 |
| 3/25/2010 | JC | Receive and review correspondence from Edward Jordan regarding the will and trust set up for Kara Adams and Jason Eyer | 0.20 | $165.00 | $33.00 |
| 3/25/2010 | JC | Review the documents produced and the questions for ADN teleconference | 0.60 | $165.00 | $99.00 |
| 3/25/2010 | JC | Teleconference with ADN counsel; review the ADN wires received and fee structure | 0.70 | $165.00 | $115.50 |
| 3/25/2010 | JC | Meet with team regarding ERT case and follow-up on the merchant processor requests | 1.00 | $165.00 | $165.00 |
| 3/25/2010 | JC | Teleconference with Barbara Wilson's attorney | 0.20 | $165.00 | $33.00 |
| 3/25/2010 | JC | Teleconference with Andrew White, counsel for Paul Schroeder | 0.20 | $165.00 | $33.00 |
| 3/25/2010 | JC | Teleconference with Darla Leveque regarding her merchant processing for the ERT entities; review and edit the list of merchant processors to account for her admissions | 0.40 | $165.00 | $66.00 |
| 3/25/2010 | JC | Review the inspection report and suggested amendments to the purchase agreement for the Colmer property; email with agent regarding the | 0.90 | $165.00 | $148.50 |

suggested improvements and a counter
offer for the furniture

| 3/25/2010 | JC | Review and finalize letter to Deborah Heninger requesting ERT documents | 0.20 | $165.00 | $33.00 |
|---|---|---|---|---|---|
| 3/25/2010 | NO | Email exchange with Brandon Simpson at FNMS regarding potential merchant processor hits involving Carol and Mark McDonald | 0.20 | $85.00 | $17.00 |
| 3/25/2010 | NO | Telephone conference with Western Union legal department regarding protocol for requesting money transfer records | 0.20 | $85.00 | $17.00 |
| 3/25/2010 | NO | Email exchange with Leslie Lovelace at Wachovia regarding the status of our request for additional information pertaining to defendant accounts | 0.20 | $85.00 | $17.00 |
| 3/25/2010 | NO | Telephone conference with DDS Legal to confirm service area for Deborah Heninger;  prepare correspondence to Deborah Heninger regarding her duties under the Preliminary Injunction;  prepare correspondence to DDS Legal regarding request for service of process on Deborah Heninger | 0.90 | $85.00 | $76.50 |
| 3/25/2010 | NO | Initial review of thousands of emails between Sherry Ryan and Paul Schroeder setting up merchant gateways involving the named defendants and their businesses | 2.80 | $85.00 | $238.00 |
| 3/25/2010 | NO | Continue review of multiple documents provided by ACH Direct regarding Life Change Solutions, LLC to find any connections to our defendants | 1.10 | $85.00 | $93.50 |
| 3/25/2010 | NO | Email exchange with Deb Brazie regarding the status of our request for merchant processor records to Elavon | 0.20 | $85.00 | $17.00 |
| 3/25/2010 | PH | Review and finalize declaration regarding net sales and number of consumers | 0.40 | $215.00 | $86.00 |
| 3/25/2010 | RS | Inspect cars currently held in storage units | 0.50 | $45.00 | $22.50 |

| | | | | | |
|---|---|---|---|---|---|
| 3/25/2010 | RS | Review and archive emails produced regarding Paul Schroeder | 1.00 | $45.00 | $45.00 |
| 3/25/2010 | RS | Coordinate gas meter setting for Colmer Avenue with Atlanta Gas Light and Georgia Natural Gas | 0.30 | $45.00 | $13.50 |
| 3/25/2010 | RS | Conduct research online and in archived files gathering FEIN and social security numbers to send to merchant processors | 2.50 | $45.00 | $112.50 |
| 3/26/2010 | CE | Finalize and file Declaration of Receiver | 0.20 | $85.00 | $17.00 |
| 3/26/2010 | CE | Telephone conference with Ted Cucci at Network Merchants regarding gateways being used by defendant companies for their merchant processing | 0.30 | $85.00 | $25.50 |
| 3/26/2010 | JC | Review the Orion Curtis Bayne documents to determine which merchant accounts we need to request further information on | 0.60 | $165.00 | $99.00 |
| 3/26/2010 | JC | Review merchant processor tracking sheet and update with newly discovered information | 0.20 | $165.00 | $33.00 |
| 3/26/2010 | JC | Review the inspection reports and proposed repair amendments for Mosaic and Colmer; locate a contractor to complete all repairs | 0.80 | $165.00 | $132.00 |
| 3/26/2010 | JC | Email and teleconference with Scott Silver regarding the funds owed to the receivership entities by ADN | 0.30 | $165.00 | $49.50 |
| 3/26/2010 | JC | Review the Keith Pollins and Paul Schroeder emails; email with Jon Saffer requesting additional documents | 1.90 | $165.00 | $313.50 |
| 3/26/2010 | JC | Teleconference with Marvin Cox regarding his waiver of privilege in the Missouri case | 0.20 | $165.00 | $33.00 |
| 3/26/2010 | NO | Telephone call to Michael Harris regarding his involvement with merchant processing in conjunction with Kara and Jason Eyer through Paul Schroeder; | 0.40 | $85.00 | $34.00 |

prepare correspondence to Michael Harris regarding contacting and providing documentation to the Receiver evidencing his involvement with the named defendants

| 3/26/2010 | NO | Telephone conference with Yolanda Graham regarding contact for the buyer of the Mosaic Way property | 0.20 | $85.00 | $17.00 |
|---|---|---|---|---|---|
| 3/26/2010 | NO | Email exchange with Leslie Lovelace regarding information on ISO merchant accounts run through Wells Fargo/Wachovia | 0.20 | $85.00 | $17.00 |
| 3/26/2010 | NO | Telephone conference with Darrin Dee regarding Bank Card Liberty and how it interfaces with the merchant processor Cynergy Data; send detailed email to Darrin Dee and Brian Cleland regarding their duties under the Preliminary Injunction | 0.50 | $85.00 | $42.50 |
| 3/26/2010 | NO | Continue review of thousands of emails between Sherry Ryan and Paul Schroeder | 4.90 | $85.00 | $416.50 |
| 3/26/2010 | RS | Make arrangements for power to be turned on at Mosaic Way property | 1.70 | $45.00 | $76.50 |
| 3/26/2010 | RS | Conduct research online and in archived files gathering FEIN numbers on companies to send to merchant processors | 4.00 | $45.00 | $180.00 |
| 3/28/2010 | PH | Respond to burglar alarm at Colmer Avenue property | 1.50 | $215.00 | $322.50 |
| 3/29/2010 | CE | Telephone conference with Michelle Smith at Neel Robinson regarding closing for Colmer Avenue house | 0.20 | $85.00 | $17.00 |
| 3/29/2010 | CE | Attend team meeting to determine best possible system to track merchant processors for recovery of funds | 1.00 | $85.00 | $85.00 |
| 3/29/2010 | CE | Telephone conference with HSBC Bank regarding account number uncovered in Network Merchants information | 0.20 | $85.00 | $17.00 |

| | | | | | |
|---|---|---|---|---|---|
| 3/29/2010 | CE | Prepare letter and list of entities/individuals and forward to Cutter LLC regarding accounts that were being handled for defendants | 0.30 | $85.00 | $25.50 |
| 3/29/2010 | CE | Prepare letter and list of entities/individuals and forward to Bankcard Services Worldwide to determine if merchant processing exists to recover receivership assets | 0.30 | $85.00 | $25.50 |
| 3/29/2010 | CE | Receive and review mail from Arley Court and process utility bills for payment | 0.20 | $85.00 | $17.00 |
| 3/29/2010 | JC | Attend team meeting to discuss the sale of the properties and following up on the merchant processor accounts | 1.10 | $165.00 | $181.50 |
| 3/29/2010 | JC | Teleconference and email with agent regarding extending the due diligence and inspection date for the Colmer property, and the proposed repairs for the two properties | 0.30 | $165.00 | $49.50 |
| 3/29/2010 | NO | Continue review of thousands of emails between Sherry Ryan and Paul Schroeder | 2.60 | $85.00 | $221.00 |
| 3/29/2010 | NO | Prepare subpoena for the production of documents to Wachovia Bank; email exchange with Leslie Lovelace from Wachovia regarding hits on inquiry list of potential signatories on defendant accounts and possible ISO account names | 0.70 | $85.00 | $59.50 |
| 3/29/2010 | NO | Internet research on Bank Card Liberty, Darrin Dee, and Brian Cleland to establish further ties to defendants' merchant processing activities | 0.80 | $85.00 | $68.00 |
| 3/29/2010 | NO | Telephone conferences with Sheri Lutich regarding role of Quality Calls, Inc. in defendants' companies; email exchange with Sheri Lutich regarding her duties under the Preliminary Injunction | 0.60 | $85.00 | $51.00 |
| 3/29/2010 | NO | Internet research on Quality Calls, Inc. and Evo Dialer to determine role they | 0.50 | $85.00 | $42.50 |

played in defendants' operations

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/29/2010 | RS | Conduct research online and in archived files gathering FEIN and social security numbers to send to merchant processors | 3.00 | $45.00 | $135.00 |
| 3/30/2010 | CE | Telephone conference with FTC regarding Wachovia subpoena | 0.20 | $85.00 | $17.00 |
| 3/30/2010 | CE | Telephone conference with Bank of America regarding documents we requested in February pertaining to mortgage at Mosaic Way | 0.20 | $85.00 | $17.00 |
| 3/30/2010 | CE | Telephone conference with Cutter LLC regarding merchant processing relationship they had with defendants | 0.20 | $85.00 | $17.00 |
| 3/30/2010 | JC | Meet with Receiver to discuss the new track for the ERT case, including follow-up on Curtis Bayne and Keith Pollins | 0.50 | $165.00 | $82.50 |
| 3/30/2010 | JC | Review potential costs of repairs to the Mosaic Way and Colmer Avenue properties; email and teleconference with agent regarding the sale of these properties | 2.20 | $165.00 | $363.00 |
| 3/30/2010 | JC | Teleconference with Art Leach | 0.30 | $165.00 | $49.50 |
| 3/30/2010 | JC | Teleconference with Jon Saffer, Keith Pollins' attorney, regarding the document request | 0.60 | $165.00 | $99.00 |
| 3/30/2010 | JC | Download documents from Chris Rubini, review and archive documents for future reference | 0.20 | $165.00 | $33.00 |
| 3/30/2010 | NO | Telephone conferences with clerk of court regarding withdrawal of subpoena for production of documents to Wachovia Bank; prepare Notice of withdrawal of subpoena to Wachovia Bank for filing | 0.60 | $85.00 | $51.00 |
| 3/30/2010 | NO | Receive and review response from Cynergy Data regarding possible matches for Mark Hamilton, Arnold Bagabaldo, Carolyn and Mark | 0.60 | $85.00 | $51.00 |

McDonald

| | | | | | |
|---|---|---|---|---|---|
| 3/30/2010 | NO | Review, revise, redact, file, and serve subpoena for the production of documents to Wachovia; prepare correspondence to Leslie Lovelace regarding our request for production of documents to Wachovia | 0.80 | $85.00 | $68.00 |
| 3/31/2010 | JC | Email with agent regarding the Colmer and Mosaic Way properties; discuss sale with Receiver | 0.30 | $165.00 | $49.50 |
| 3/31/2010 | JC | Email with Chris Rubini regarding the release of funds in response to his $11,076 payment to the Receiver | 0.20 | $165.00 | $33.00 |
| 3/31/2010 | NO | Email exchange with DDS Legal Services regarding the status of service on Deborah Heninger | 0.20 | $85.00 | $17.00 |
| 3/31/2010 | NO | Receive and review correspondence from Nuvox regarding our request for information on defendants' IP addresses and billing status | 0.20 | $85.00 | $17.00 |
| 3/31/2010 | NO | Email exchange with Janet Moore regarding request for documents from Orion pertaining to Curtis Bayne | 0.20 | $85.00 | $17.00 |
| 3/31/2010 | PH | Telephone conference with FTC | 0.20 | $215.00 | $43.00 |
| 3/31/2010 | RS | Check on cars currently held in storage units | 0.50 | $45.00 | $22.50 |
| 4/01/2010 | JC | Receive and review email from Frontline Processing regarding document request | 0.20 | $165.00 | $33.00 |
| 4/01/2010 | JC | Teleconference with Quality Calls Inc. regarding payments that she received from the ERT defendants | 0.30 | $165.00 | $49.50 |
| 4/01/2010 | JC | Teleconference with Carolyn Bess regarding MCR Associates and their work for the ERT entities | 0.20 | $165.00 | $33.00 |
| 4/01/2010 | JC | Receive and review estimates regarding the repairs that are necessary for the Mosaic and Colmer properties; email with agent regarding negotiating the | 0.70 | $165.00 | $115.50 |

buyers down to lower the repair costs
for both properties; seek a second
opinion on estimates

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/01/2010 | RS | Meet with Atlanta Gas Light at Colmer Avenue to set meter for gas service | 3.00 | $45.00 | $135.00 |
| 4/02/2010 | CE | Telephone conference with Matrix Insurance regarding coverage for vacant residences | 0.20 | $85.00 | $17.00 |
| 4/02/2010 | CE | Telephone conference with building contractor to arrange for repairs at Colmer Avenue to pass FHA inspection for closing | 0.30 | $85.00 | $25.50 |
| 4/02/2010 | JC | Receive and review emails from agent regarding repairs on Mosaic and Colmer; obtain second quote on the repair costs; teleconference with agent regarding repairs at Colmer | 0.90 | $165.00 | $148.50 |
| 4/02/2010 | JC | Teleconference with Carolyn Bess regarding MCR | 0.20 | $165.00 | $33.00 |
| 4/03/2010 | CE | Telephone conference with building contractor to review list of repairs that need to be made at Colmer Avenue and Mosaic Way | 0.30 | $85.00 | $25.50 |
| 4/05/2010 | CE | Telephone conference with IRS regarding payroll documents for DM Associates | 0.20 | $85.00 | $17.00 |
| 4/05/2010 | CE | Telephone conference with Matrix Insurance regarding corrections to insurance binder for vacant residences | 0.20 | $85.00 | $17.00 |
| 4/05/2010 | CE | Telephone call to IRS regarding DM Associates | 0.20 | $85.00 | $17.00 |
| 4/05/2010 | CE | Telephone conference with HSBC Bank regarding our pending request for information | 0.20 | $85.00 | $17.00 |
| 4/05/2010 | CE | Continue organizing and archiving investigative documents in ERT | 5.00 | $85.00 | $425.00 |
| 4/05/2010 | JC | Teleconference with Deborah Heninger regarding merchant processing for Paul | 0.20 | $165.00 | $33.00 |

Schroeder

| | | | | | |
|---|---|---|---|---|---|
| 4/05/2010 | JC | Teleconference with Marvin Cox regarding his waiver of privilege | 0.20 | $165.00 | $33.00 |
| 4/05/2010 | JC | Review the proposed repairs to the Colmer Avenue property; email with agent regarding the schedule for repairs for the Mosaic Way property and the minimum necessary to move forward with sales | 0.80 | $165.00 | $132.00 |
| 4/05/2010 | JC | Teleconference with Scott Silver, attorney for American Debt Negotiators, regarding the additional payments owed to the receivership by American Debt Negotiators | 0.20 | $165.00 | $33.00 |
| 4/05/2010 | JC | Receive call from Carolyn Bess regarding her work for Jason and Kara at MCR Associates | 0.20 | $165.00 | $33.00 |
| 4/05/2010 | JC | Teleconference with Edward Jordan regarding the estate planning of Jason Eyer and Kara Adams | 0.20 | $165.00 | $33.00 |
| 4/05/2010 | NO | Telephone conference with Janet Moore regarding status of documentation pertaining to defendant merchant accounts including Economic Relief Technologies dba Client Services | 0.20 | $85.00 | $17.00 |
| 4/06/2010 | CE | Telephone conference with William Smith of Jones Day regarding his representation of Curtis Bayne | 0.20 | $85.00 | $17.00 |
| 4/06/2010 | CE | Telephone conference with Linda Goldstein's office regarding the fact that they have Curtis Bayne's responsive documents and that they are no longer representing him | 0.20 | $85.00 | $17.00 |
| 4/06/2010 | CE | Prepare letter to Neel and Robinson regarding closing for Colmer Avenue | 0.20 | $85.00 | $17.00 |
| 4/06/2010 | CE | Telephone call to Auto Owners regarding pending claim for JAKK Group for loss at Crew Street property | 0.20 | $85.00 | $17.00 |
| 4/06/2010 | CE | Receive and review notice of cancellation of homeowners insurance | 0.20 | $85.00 | $17.00 |

from Travelers for property located on
Arley Court

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/06/2010 | CE | Review applications for insurance coverage on all three residences | 0.20 | $85.00 | $17.00 |
| 4/06/2010 | CE | Telephone conference with Neel and Robinson regarding outstanding property taxes due to DeKalb County for Colmer Avenue property | 0.20 | $85.00 | $17.00 |
| 4/06/2010 | CE | Telephone conference with Stephen Bray with Matrix Insurance to correct coverage limits on property and change effective date of insurance on Arley Court property | 0.20 | $85.00 | $17.00 |
| 4/06/2010 | CE | Telephone conference with Michelle Smith at Neel and Robinson regarding closing for Colmer Avenue | 0.20 | $85.00 | $17.00 |
| 4/06/2010 | JC | Teleconference with Deborah Heninger regarding her merchant processing for Paul Schroeder | 0.20 | $165.00 | $33.00 |
| 4/06/2010 | JC | Review the estimate of the repairs necessary to satisfy the FHA inspection at Colmer; email and teleconference with agent regarding the repairs amendment; forward signed repairs amendment to agent | 0.40 | $165.00 | $66.00 |
| 4/06/2010 | JC | Review ERT accounts frozen by Rob Evans, the Receiver in FTC v. Grant Connect; teleconference with Rob Evans' office regarding these accounts | 0.20 | $165.00 | $33.00 |
| 4/06/2010 | JC | Email with Michelle Smith regarding the Receiver's authority to sell the Colmer property under the Preliminary Injunction | 0.20 | $165.00 | $33.00 |
| 4/06/2010 | PH | Review and sign insurance documents on seized properties | 0.20 | $215.00 | $43.00 |
| 4/07/2010 | CE | Telephone conference with contractor regarding work that needs to be done at Colmer Avenue and Mosaic Way to proceed with closing | 0.20 | $85.00 | $17.00 |

| 4/07/2010 | JC | Review the new estimates of repairs on Mosaic Way and Colmer Avenue; teleconference with agent regarding negotiating down the repairs requested by the buyers | 0.60 | $165.00 | $99.00 |
| 4/07/2010 | JC | Teleconference with Grant Kirby from Northstar Security regarding the alarm at Colmer Avenue | 0.20 | $165.00 | $33.00 |
| 4/08/2010 | CE | Telephone conference with contractor regarding work to be completed at Mosaic Way and Colmer Avenue | 0.20 | $85.00 | $17.00 |
| 4/08/2010 | CE | Telephone conference with Ann Morris regarding closing and documents needed for closing on Mosaic Way property | 0.20 | $85.00 | $17.00 |
| 4/08/2010 | JC | Teleconference with Scott Silver, attorney for American Debt Negotiators, regarding the missing payments from ADN to the receivership entities | 0.20 | $165.00 | $33.00 |
| 4/08/2010 | JC | Teleconference with Grant Kirby from Northstar Security regarding adjusting the door alarm at the Colmer property to accommodate the new door | 0.20 | $165.00 | $33.00 |
| 4/08/2010 | JC | Review the TRO regarding the Receiver's authority to sell the properties; teleconference and email with Michelle Smith, the closing attorney in the sale, regarding the Receiver's authority to sell the Colmer property | 0.60 | $165.00 | $99.00 |
| 4/08/2010 | JC | Review the estimates to repair Mosaic Way and the Repair Amendment; email with agent regarding signing the Repair Amendment and when the appraiser can come visit the Colmer Avenue property; finalize the Repair Amendment for Mosaic Way and forward to agent, along with suggestions for a punch-out sheet to extend the time to do repairs on Mosaic Way | 1.10 | $165.00 | $181.50 |
| 4/08/2010 | JC | Email and teleconference with Lillian Lee of Robb Evans and Associates regarding the ERT accounts that Robb | 0.70 | $165.00 | $115.50 |

Evans froze at Orion; review the details of the ERT accounts at Orion; email with Janet Moore of Orion Payment Systems to get those accounts released

| 4/08/2010 | JC | Teleconference with Edward Jordan, regarding his work on trusts and wills for Jason Eyer and Kara Adams | 0.20 | $165.00 | $33.00 |
|---|---|---|---|---|---|
| 4/08/2010 | JC | Teleconference with Art Leach | 0.20 | $165.00 | $33.00 |
| 4/09/2010 | CE | Telephone conference with contractor to approve work on punch out list for Mosaic Way and Colmer Avenue | 0.20 | $85.00 | $17.00 |
| 4/09/2010 | CE | Telephone conference with People's First Community Bank regarding release of CD held in the name of FYI Tech Financial | 0.20 | $85.00 | $17.00 |
| 4/09/2010 | JC | Email with agent regarding the termite inspection; teleconference with the termite inspector to make payment over the phone so that the inspection can take place today | 0.20 | $165.00 | $33.00 |
| 4/09/2010 | JC | Email with Jamila Hall regarding the attorneys for Jason Eyer and James Schoenholz; teleconference and email with Lawrence Zimmerman | 1.00 | $165.00 | $165.00 |
| 4/09/2010 | JC | Email and teleconference with Anne Morris of Weissman, Nowack and Curry regarding the Receiver's authority to sell the Mosaic Property | 0.20 | $165.00 | $33.00 |
| 4/09/2010 | JC | Receive and review response from American Debt Negotiators regarding our questions | 0.20 | $165.00 | $33.00 |
| 4/09/2010 | JC | Email and teleconference with Janet Moore of Orion Payment Services regarding the Economic Relief Technology accounts held by Orion; draft a letter to Janet Moore requesting release of the accounts | 0.60 | $165.00 | $99.00 |
| 4/09/2010 | RS | Inspect cars currently held in storage units | 0.50 | $45.00 | $22.50 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/12/2010 | CE | Telephone conference with contractor regarding replacing carpet in master bedroom at Mosaic Way | 0.20 | $85.00 | $17.00 |
| 4/12/2010 | CE | Telephone conference with contractor regarding work that needs to be done at Mosaic Way and Colmer Avenue | 0.20 | $85.00 | $17.00 |
| 4/12/2010 | JC | Email with agent regarding moving back the due diligence date on the Colmer Avenue property and the timeline of the repairs both pieces of property | 0.40 | $165.00 | $66.00 |
| 4/12/2010 | JC | Review the Will and Trust documents for Jason Eyer and Kara Adams that were produced by Edward Jordan | 0.50 | $165.00 | $82.50 |
| 4/12/2010 | JC | Teleconference with Lawrence Zimmerman | 0.40 | $165.00 | $66.00 |
| 4/12/2010 | JC | Review Special Stipulation and Offering Amendment for the Mosaic property | 0.40 | $165.00 | $66.00 |
| 4/12/2010 | NO | Receive and review correspondence from Suntrust Bank regarding records pertaining to Unlimited Ventures | 0.20 | $85.00 | $17.00 |
| 4/13/2010 | CE | Telephone conference with contractor regarding work to be completed at Mosaic Way and Colmer Avenue prior to closing | 0.20 | $85.00 | $17.00 |
| 4/13/2010 | JC | Email with Michelle Smith regarding the title to the Colmer property | 0.20 | $165.00 | $33.00 |
| 4/13/2010 | JC | Review work done on Colmer Avenue and Mosaic Way properties; connect our contractor, Robert Beasley, with real estate agent, so that he can be more responsive to the buyers | 0.20 | $165.00 | $33.00 |
| 4/13/2010 | JC | Teleconference with Sandy Callahan | 0.20 | $165.00 | $33.00 |
| 4/13/2010 | JC | Receive and review IRS letter demanding payment of VP Marketing's payroll taxes; complete required forms; review the research regarding the receivership's potential liability for the payroll taxes; draft a letter to the IRS explaining that the Receiver is not liable | 2.20 | $165.00 | $363.00 |

for defendant's failure to pay payroll
taxes that they withheld

| | | | | | |
|---|---|---|---|---|---|
| 4/13/2010 | NO | Update banking log regarding receipt of requested records from Suntrust Bank | 0.20 | $85.00 | $17.00 |
| 4/13/2010 | NO | Receive and review confirmation of service of the order freezing assets on Deborah Heninger | 0.20 | $85.00 | $17.00 |
| 4/13/2010 | PH | Exchange emails with US Postal Inspector | 0.20 | $215.00 | $43.00 |
| 4/14/2010 | CE | Finalize letter and enclosures to IRS regarding unpaid payroll taxes of VP Marketing | 0.20 | $85.00 | $17.00 |
| 4/14/2010 | CE | Telephone conference with Bryan Biederman regarding TB Associates account at Flagstar Bank | 0.20 | $85.00 | $17.00 |
| 4/14/2010 | CE | Prepare letter to Flagstar Bank releasing freeze on TB Associates account | 0.20 | $85.00 | $17.00 |
| 4/14/2010 | JC | Research JAKK's title and attempts to sell the Mosaic property; email with Anne Morris regarding the Receiver's authority to sell the Mosaic property | 0.30 | $165.00 | $49.50 |
| 4/14/2010 | JC | Email with ADN counsel regarding the December and April wires into the receivership account | 0.20 | $165.00 | $33.00 |
| 4/14/2010 | JC | Teleconference with Sandy Callahan | 0.20 | $165.00 | $33.00 |
| 4/14/2010 | JC | Review and finalize response to IRS demand for payroll taxes | 0.20 | $165.00 | $33.00 |
| 4/14/2010 | JC | Teleconference and email with Richard Rice | 0.30 | $165.00 | $49.50 |
| 4/14/2010 | JC | Teleconference with Lawrence Zimmerman | 0.30 | $165.00 | $49.50 |
| 4/14/2010 | PH | Telephone conference with FTC | 0.20 | $215.00 | $43.00 |
| 4/15/2010 | CE | Telephone conference with contractor regarding repairs at Mosaic Way and Colmer Avenue prior to closing | 0.20 | $85.00 | $17.00 |

| | | | | | |
|---|---|---|---|---|---|
| 4/15/2010 | CE | Telephone conference with agent regarding potential buyer for Arley Court house | 0.20 | $85.00 | $17.00 |
| 4/15/2010 | JC | Review the funds that we have recovered from the merchant processors; email with Lawrence Zimmerman | 0.50 | $165.00 | $82.50 |
| 4/15/2010 | JC | Review the documentation of Kara Adams' control of JAKK Group; email with Anne Morris regarding the Receiver's right to the title | 0.80 | $165.00 | $132.00 |
| 4/15/2010 | JC | Email with ADN regarding the receipt of the wire transfers from December | 0.20 | $165.00 | $33.00 |
| 4/15/2010 | JC | Teleconference with Sandy Callahan | 0.20 | $165.00 | $33.00 |
| 4/15/2010 | JC | Email with title insurance company regarding the Receiver's affidavit verifying that taxes have been paid on the Colmer property | 0.20 | $165.00 | $33.00 |
| 4/15/2010 | JC | Review progress on repairs at Mosaic Way and Colmer Avenue; review options for selling the Colmer Avenue furniture; teleconference with agent regarding option to sell the furniture | 0.40 | $165.00 | $66.00 |
| 4/15/2010 | RS | Inspect cars being held in storage | 0.50 | $45.00 | $22.50 |

Total Fees     $17,923.50

**Expenses**

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 3/18/2010 | ERT Mileage | 137.10 | No Charge |
| 3/31/2010 | March Postage | 1.00 | No Charge |
| 3/31/2010 | Insurance coverage for stored vehicles | 1.00 | $19.00 |
| 3/31/2010 | March FedEx Charges | 1.00 | No Charge |
| 3/31/2010 | March Printer Charges | 4,850.00 | No Charge |
| 3/31/2010 | March PACER Charges | 1.00 | No Charge |

| 3/31/2010 | March Smartlinx/ Lexis Charges | 1.00 | No Charge |
|---|---|---|---|
| 3/31/2010 | March Photocopies | 746.00 | No Charge |
| 3/31/2010 | March Scanned Copies | 2,268.00 | No Charge |
| 3/31/2010 | March Facsimiles | 325.00 | No Charge |
| 3/31/2010 | March LocatePlus Charges | 1.00 | No Charge |

|  |  | Total Expenses | $19.00 |
|---|---|---|---|

| Total New Charges |  |  | $17,942.50 |
|---|---|---|---|

### Staff Summary

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Cherie Eason | 28.20 | $85.00 | $2,397.00 |
| Jamie Carroll | 51.50 | $165.00 | $8,497.50 |
| Nikki Osborne | 40.50 | $85.00 | $3,442.50 |
| Pat Huddleston | 9.90 | $215.00 | $2,128.50 |
| Rosey Sumrall | 32.40 | $45.00 | $1,458.00 |