Investor's Watchdog
1300 Ridenour Blvd
Suite 200
Kennesaw, GA 30152

Pat Huddleston
The Huddleston Law Firm
1300 Ridenour Boulevard
Suite 200
Kennesaw, GA 30152

Date:  6/17/2010

Regarding: Economic Relief
Invoice No:  00009

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 3/16/2010 | MF | Complete bank analysis of deposits; prepare final summary | 1.00 | $145.00 | $145.00 |
| 3/16/2010 | MF | Review documents received from Karen McClelland for accounting work done in connection with Gross Collins | 6.00 | $145.00 | $870.00 |
| 3/17/2010 | MF | Update spreadsheet with bank account information received from BOA | 2.00 | $145.00 | $290.00 |
| 3/17/2010 | MF | Attend team meeting | 0.00 / 1.00 | $145.00 | No Charge / No Charge |
| 3/17/2010 | MF | Continue analyzing information received from Karen McClelland; update records with information contained in data from Karen McClelland | 2.00 | $145.00 | $290.00 |
| 3/17/2010 | MF | Update merchant processor spreadsheet with new processors identified in emails and depositions; contact new processors with freeze order | 0.00 / 2.00 | $145.00 | No Charge / No Charge |
| 3/24/2010 | MF | Record responses received from merchant processors | 0.00 | $145.00 | No Charge |

**EXHIBIT B**

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | | 0.50 | | No Charge |
| 3/24/2010 | MF | Attend team meeting | 0.00 | $145.00 | No Charge |
| | | | 1.00 | | No Charge |
| 3/24/2010 | MF | Verify information in Receiver's declaration | 2.00 | $145.00 | $290.00 |
| 3/24/2010 | MF | Telephone conference with IRS to discuss request for missing W-2's of VP Marketing | 0.50 | $145.00 | $72.50 |
| 3/25/2010 | MF | Update Merchant Processor tracking form; send request for information to merchant processors identified in information received from Keith Pollins | 0.00 | $145.00 | No Charge |
| | | | 4.00 | | No Charge |
| 3/25/2010 | MF | Research Israel Credit Cards, Ltd (information provided by Keith Pollins) and send request for information | 1.00 | $145.00 | $145.00 |
| 3/25/2010 | MF | Attend team meeting | 0.00 | $145.00 | No Charge |
| | | | 1.00 | | No Charge |
| 3/25/2010 | MF | Contact AMEX to follow up on their response for merchant account information belonging to Curtis Bayne | 0.50 | $145.00 | $72.50 |
| 3/26/2010 | MF | Review Merchant Processor tracking form to determine which processors need follow up contact | 0.00 | $145.00 | No Charge |
| | | | 2.00 | | No Charge |
| 3/29/2010 | MF | Attend team meeting | 0.00 | $145.00 | No Charge |
| | | | 1.00 | | No Charge |
| 3/29/2010 | MF | Review documents received from Elavon | 1.50 | $145.00 | $217.50 |
| 3/30/2010 | MF | Review documents received from Discover | 1.00 | $145.00 | $145.00 |
| 4/06/2010 | MF | Make inquiries of Janet Moore at Orion regarding merchant processor account balance | 0.50 | $145.00 | $72.50 |
| 4/08/2010 | MF | Reconcile Receivership bank account | 0.50 | $145.00 | $72.50 |
| 4/13/2010 | MF | Update banking information in QuickBooks | 0.50 | $145.00 | $72.50 |

| | |
|---|---:|
| Sub Total: | $2,755.00 |
| Total Fees | $2,755.00 |
| Total New Charges | $2,755.00 |

### Staff Summary

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Michelle Fox | 19.00 | $145.00 | $2,755.00 |
| Michelle Fox | 12.50 | $0.00 | $0.00 |