The Huddleston Law Firm
1300 Ridenour Blvd., Suite 200
Kennesaw, GA 30152

Valerie Verduce
Federal Trade Commission
225 Peachtree Street
Suite 1500
Atlanta, GA 30303

Date: 7/09/2010

Regarding: Economic Relief
Invoice No: 00019

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 4/16/2010 | CE | Attend interview requested by Assistant U.S. Attorney and U.S. Postal Inspector | 2.00 | $85.00 | $170.00 |
| 4/16/2010 | CE | Verify hold on funds at Orion Payment Systems | 0.20 | $85.00 | $17.00 |
| 4/16/2010 | CE | Confirm receipt of wire transfer from American Debt Negotiators | 0.20 | $85.00 | $17.00 |
| 4/16/2010 | JC | Email with Janet Moore regarding Orion's release of receivership funds; update the merchant processor tracking sheet | 0.20 | $165.00 | $33.00 |
| 4/16/2010 | JC | Review receipt of ADN funds; confirm that an additional wire of the March funds will be sent | 0.20 | $165.00 | $33.00 |
| 4/16/2010 | JC | Attend interview requested by Assistant U.S. Attorney and U.S. Postal Inspector | 2.00 | $165.00 | $330.00 |
| 4/16/2010 | JC | Meet with FTC to discuss ADN | 0.20 | $165.00 | $33.00 |
| 4/16/2010 | JC | Email with Anne Morris regarding the title to the Mosaic Way property | 0.20 | $165.00 | $33.00 |
| 4/16/2010 | NO | Attend interview requested by Assistant | 2.00 | $85.00 | $170.00 |

**EXHIBIT A**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | U.S. Attorney and U.S. Postal Inspector | | | |
| 4/16/2010 | NO | Email exchanges with Sheryl Bouer regarding documentation received from Vincent Aiello; zip multiple large document files for delivery to Sheryl Bouer | 0.40 | $85.00 | $34.00 |
| 4/16/2010 | NO | Telephone conference with Sheri Lutich from Quality Calls, Inc. regarding status of production and documents and recordings to be produced | 0.20 | $85.00 | $17.00 |
| 4/16/2010 | PH | Attend interview requested by Assistant U.S. Attorney and U.S. Postal Inspector | 2.30 | $215.00 | $494.50 |
| 4/16/2010 | RS | Prepare documents for Sheryl Bouer | 1.00 | $45.00 | $45.00 |
| 4/16/2010 | RS | Meet with potential buyers at Arley Court house | 2.50 | $45.00 | $112.50 |
| 4/19/2010 | CE | Compile documents regarding complaints against defendants pursuant to request for documents from federal authorities | 0.50 | $85.00 | $42.50 |
| 4/19/2010 | CE | Confirm receipt of wire transfer from American Debt Negotiators | 0.20 | $85.00 | $17.00 |
| 4/19/2010 | JC | Teleconference with Sheryl Bouer | 0.20 | $165.00 | $33.00 |
| 4/19/2010 | JC | Email with closing attorneys for Colmer property regarding signing the closing documents in advance | 0.10 | $165.00 | $16.50 |
| 4/19/2010 | JC | Teleconference with Anne Morris regarding the title to the Mosaic Way property | 0.20 | $165.00 | $33.00 |
| 4/19/2010 | JC | Email with agent regarding showing, and the potential offer on, the Arley Court property | 0.20 | $165.00 | $33.00 |
| 4/19/2010 | JC | Receive and review estimate for the carpet at Mosaic Way and an extension of the closing time for Mosaic Way; email with agent regarding the extension of time, the carpet removal, | 0.60 | $165.00 | $99.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | and the replacement of the door at Colmer Avenue | | | |
| 4/19/2010 | JC | Review our options on the sale of the furniture at the Colmer Avenue property and regarding the door installation | 0.20 | $165.00 | $33.00 |
| 4/19/2010 | JC | Teleconference with Sandy Callahan | 0.20 | $165.00 | $33.00 |
| 4/19/2010 | PH | Telephone conference with FTC | 0.10 | $215.00 | $21.50 |
| 4/20/2010 | CE | Forward copy of bank statement to Cardsystems to verify that deposit was handled by them | 0.20 | $85.00 | $17.00 |
| 4/20/2010 | CE | Email exchange with Carmela Moreno asking for assistance in deciphering information on bank statement for Debt Suite | 0.20 | $85.00 | $17.00 |
| 4/20/2010 | CE | Telephone conference with Hancock Bank regarding release of funds being held on certificate of deposit | 0.20 | $85.00 | $17.00 |
| 4/20/2010 | CE | Telephone call to Florida Department of Agriculture regarding release of certificate of deposit | 0.20 | $85.00 | $17.00 |
| 4/20/2010 | CE | Review bank statements and emails to verify information to refute statements made by Curtis Bayne's attorney | 1.50 | $85.00 | $127.50 |
| 4/20/2010 | CE | Finish compiling documents pertaining to complaints filed against defendants pursuant to request for documents | 1.20 | $85.00 | $102.00 |
| 4/20/2010 | CE | Telephone conference with Cardsystems regarding wire transfers into Debt Suite account | 0.20 | $85.00 | $17.00 |
| 4/20/2010 | JC | Teleconference with Sandy Callahan | 0.30 | $165.00 | $49.50 |
| 4/20/2010 | JC | Receive and review email and correspondence from Payment Systems Worldwide; review the evidence that we have regarding Payment Systems Worldwide's role in the ERT scheme | 0.40 | $165.00 | $66.00 |
| 4/20/2010 | JC | Email and teleconference with agent | 0.20 | $165.00 | $33.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | regarding the closing on the properties and the sale of the furniture in the Colmer Avenue house | | | |
| 4/20/2010 | JC | Receive and review JAKK Group operating agreement from Anne Morris at Weissmann, Nowack and Curry | 0.20 | $165.00 | $33.00 |
| 4/20/2010 | JC | Review emails and invoices sent from Payment Systems Worldwide to Debt Suite Inc.; draft letter to Jones Day requesting information regarding the Payment Systems accounts | 0.90 | $165.00 | $148.50 |
| 4/20/2010 | JC | Teleconference with Lawrence Zimmerman | 0.20 | $165.00 | $33.00 |
| 4/20/2010 | NO | Review notes and prepare plan of action regarding status of merchant processor account and document requests | 0.30 | $85.00 | $25.50 |
| 4/20/2010 | PH | Receive and review email from FTC | 0.20 | $215.00 | $43.00 |
| 4/20/2010 | PH | Receive and review letter from Jones Day | 0.20 | $215.00 | $43.00 |
| 4/21/2010 | CE | Numerous telephone calls with buyer, real estate agent and contractor to confirm that all punch out items will be taken care of and closing will go forward | 1.30 | $85.00 | $110.50 |
| 4/21/2010 | CE | Telephone conference with Two Men and A Truck and schedule move out of furniture in Colmer Avenue house | 0.20 | $85.00 | $17.00 |
| 4/21/2010 | JC | Email with John Guinan regarding his claim against the receivership estate | 0.20 | $165.00 | $33.00 |
| 4/21/2010 | JC | Teleconference with Anne Morris regarding title to the Mosaic property | 0.30 | $165.00 | $49.50 |
| 4/21/2010 | JC | Teleconference with agent regarding sale of the furniture and the door at Colmer, and the carpet and closing at Mosaic; email with agent regarding the screens at Colmer; email and teleconference with agent regarding the problems that the buyers are having at Mosaic and Colmer, and the termite bond and the Home Warranty; set up visit to Colmer for tomorrow morning to | 1.80 | $165.00 | $297.00 |

The Huddleston Law Firm
Page No.:   5

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | negotiate the problems | | | |
| 4/21/2010 | JC | Review disclosure by Keller Williams | 0.20 | $165.00 | $33.00 |
| 4/21/2010 | JC | Teleconference with Richard Rice | 0.20 | $165.00 | $33.00 |
| 4/21/2010 | JC | Review the role that Curtis Bayne and Payment Systems Worldwide played in the ERT case; revise letter to Jones Day to encompass a broader range of businesses controlled by Curtis Bayne | 0.50 | $165.00 | $82.50 |
| 4/21/2010 | NO | Continue review of notes and preparation of plan of action regarding status of merchant processor account, Curtis Bayne, and any other outstanding document requests | 0.70 | $85.00 | $59.50 |
| 4/22/2010 | CE | Prepare letter to Hancock Bank requesting that proceeds of Certificate of Deposit be sent to Receiver | 0.20 | $85.00 | $17.00 |
| 4/22/2010 | CE | Telephone conference with contractor regarding cost to replace door at Colmer Avenue | 0.20 | $85.00 | $17.00 |
| 4/22/2010 | CE | Telephone conference with Kimberly Pippin with Florida Department of Agriculture regarding release of certificate of deposit | 0.20 | $85.00 | $17.00 |
| 4/22/2010 | CE | Telephone conference with Debie Sasser at Hancock Bank regarding release of certificate of deposit | 0.20 | $85.00 | $17.00 |
| 4/22/2010 | JC | Email with Barbara Bundy regarding the timeline for the repairs at Mosaic Way; teleconference with agent regarding his negotiating posture on the Mosaic property | 0.30 | $165.00 | $49.50 |
| 4/22/2010 | JC | Email exchange with Lawrence Zimmerman | 0.40 | $165.00 | $66.00 |
| 4/22/2010 | JC | Teleconference with Bill Smith regarding the document request to Payment Systems Worldwide | 0.50 | $165.00 | $82.50 |
| 4/22/2010 | JC | Review contract on Colmer to determine the amount of closing costs paid; email | 0.20 | $165.00 | $33.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | with agent | | | |
| 4/22/2010 | JC | Email with Tyler Hayes regarding judgments against the receivership estate | 0.20 | $165.00 | $33.00 |
| 4/22/2010 | JC | Review the closing documents for Mosaic Way | 1.30 | $165.00 | $214.50 |
| 4/22/2010 | JC | Meet with the real estate agent for the Colmer Avenu buyer to review checklist before closing | 0.90 | $165.00 | $148.50 |
| 4/22/2010 | JC | Teleconference with Anne Morris regarding the title to the Mosaic Way property and the closing documents that the Receiver will sign | 0.50 | $165.00 | $82.50 |
| 4/22/2010 | JC | Teleconference with agent regarding the checklist at Mosaic Way and the meeting with the buyers at Colmer Avenue | 0.20 | $165.00 | $33.00 |
| 4/22/2010 | JC | Review contract for Mosaic property to ensure that the Receiver has signed all the documents | 0.20 | $165.00 | $33.00 |
| 4/22/2010 | JC | Receive and review email proposing our purchase of a door from the Colmer buyers; teleconference with real estate agent for the buyer | 0.20 | $165.00 | $33.00 |
| 4/23/2010 | CE | Make arrangements and move belongings at Arley Court house to make room for storage of furniture from Colmer Avenue | 1.50 | $85.00 | $127.50 |
| 4/23/2010 | CE | Email exchange with real estate agent regarding termite bond for Colmer Avenue house | 0.20 | $85.00 | $17.00 |
| 4/23/2010 | CE | Email exchange with agent regarding potential buyer for Arley Court house | 0.20 | $85.00 | $17.00 |
| 4/23/2010 | CE | Telephone conference with Phil Johnson regarding notice left at Arley Court house for Courtney Robinson | 0.20 | $85.00 | $17.00 |
| 4/23/2010 | CE | Prepare spreadsheets of customers whose charges were processed by | 1.50 | $85.00 | $127.50 |

Network Merchants

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/23/2010 | JC | Finalize closing on Mosaic Way property; email with Anne Morris regarding the closing documents | 1.30 | $165.00 | $214.50 |
| 4/23/2010 | JC | Teleconference with Lawrence Zimmerman | 0.20 | $165.00 | $33.00 |
| 4/23/2010 | JC | Email and teleconference with Colmer Avenue buyer regarding the purchase of furniture and the door | 0.30 | $165.00 | $49.50 |
| 4/23/2010 | JC | Teleconference and email with agent regarding the closing at Mosaic Way | 0.20 | $165.00 | $33.00 |
| 4/23/2010 | RS | Inspect cars being held in storage | 0.50 | $45.00 | $22.50 |
| 4/26/2010 | CE | Telephone conference with Jock West regarding processing that his company did for Debt Suite and Curtis Bayne | 0.20 | $85.00 | $17.00 |
| 4/26/2010 | CE | Telephone conference with contractor regarding work to be completed at Colmer Avenue house | 0.20 | $85.00 | $17.00 |
| 4/26/2010 | CE | Telephone conference with Two Men and A Truck to confirm schedule for moving furnishings out of Colmer Avenue house | 0.20 | $85.00 | $17.00 |
| 4/26/2010 | CE | Email exchange with Orion Payment Systems regarding accounts in the names of Calculated Solutions, Debt Safe and Client Services | 0.20 | $85.00 | $17.00 |
| 4/26/2010 | CE | Telephone conference with Atlanta Gas Light to discontinue service at Mosaic Way | 0.20 | $85.00 | $17.00 |
| 4/26/2010 | CE | Telephone conference with Northstar Security regarding transfer of alarm service from Receiver to new owner at Mosaic Way | 0.20 | $85.00 | $17.00 |
| 4/26/2010 | JC | Email with agent for the Colmer Avenue buyer regarding the furniture and door repairs | 0.20 | $165.00 | $33.00 |
| 4/26/2010 | JC | Email with closing attorney regarding | 0.20 | $165.00 | $33.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | payment of proceeds from the sale of the Mosaic Way property | | | |
| 4/26/2010 | JC | Teleconference with buyer for Colmer Avenue regarding the repairs that remain to be made on the property; email with agent regarding checklist; review list of repairs remaining and contracts to determine which repairs the Receiver is obligated to make | 0.80 | $165.00 | $132.00 |
| 4/26/2010 | JC | Receive and review correspondence from Curtis Bayne regarding his work for the ERT defendants in connection with merchant processors | 0.20 | $165.00 | $33.00 |
| 4/27/2010 | CE | Telephone conference with Two Men and A Truck regarding payment for moving services | 0.20 | $85.00 | $17.00 |
| 4/27/2010 | CE | Prepare all furniture and fixtures for removal from Colmer Avenue; meet with contractor regarding remaining work to be done to meet inspection | 5.00 | $85.00 | $425.00 |
| 4/27/2010 | CE | Email exchange with agent regarding Arley Court house and Colmer Avenue house | 0.20 | $85.00 | $17.00 |
| 4/27/2010 | JC | Teleconference with contractor and the Colmer Avenue agent regarding the replacement of tile in the bathroom to pass inspection | 1.50 | $165.00 | $247.50 |
| 4/27/2010 | JC | Review closing sheet for Mosaic property; review inspection sheet for Colmer property; review termite report for the Colmer property | 0.50 | $165.00 | $82.50 |
| 4/27/2010 | JC | Teleconference with Lawrence Zimmerman and Todd Foster | 0.20 | $165.00 | $33.00 |
| 4/28/2010 | CE | Make arrangements for and assist with removal of items from Colmer Avenue property | 4.00 | $85.00 | $340.00 |
| 4/28/2010 | JC | Email with the Colmer Avenue agent regarding the termite inspection and furniture removal | 0.20 | $165.00 | $33.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/28/2010 | JC | Teleconference with closing attorneys for Colmer Avenue property regarding the documents to sign for the closing | 0.20 | $165.00 | $33.00 |
| 4/28/2010 | JC | Teleconference with agent regarding the Colmer Avenue and Arley Court properties | 0.20 | $165.00 | $33.00 |
| 4/28/2010 | JC | Review closing documents for Colmer Avenue property | 1.50 | $165.00 | $247.50 |
| 4/29/2010 | CE | Telephone conference with Matrix Insurance regarding canceling insurance for Colmer Avenue and Mosaic Way | 0.20 | $85.00 | $17.00 |
| 4/29/2010 | CE | Briefly review documents from Wells Fargo | 0.20 | $85.00 | $17.00 |
| 4/29/2010 | CE | Telephone conference with selling agent regarding potential buyer viewing Arley Court house | 0.00 | $85.00 | $0.00 |
| 4/29/2010 | CE | Telephone conference with John Maddox regarding removing construction equipment from Arley Court lot | 0.20 | $85.00 | $17.00 |
| 4/29/2010 | CE | Receive and review jury summons for Jason Eyer and forward to his attorney for handling | 0.20 | $85.00 | $17.00 |
| 4/29/2010 | CE | Email exchange with selling agent regarding details of closing for Colmer Avenue | 0.20 | $85.00 | $17.00 |
| 4/29/2010 | CE | Telephone conference with contractor regarding final work being done at Colmer Avenue | 0.20 | $85.00 | $17.00 |
| 4/29/2010 | CE | Telephone conference with Hancock Bank regarding release of funds from certificate of deposit | 0.20 | $85.00 | $17.00 |
| 4/29/2010 | CE | Telephone conference with Janet Conway at Premier Payments regarding status of documents we requested regarding Debt Suite's merchant processing accounts | 0.20 | $85.00 | $17.00 |
| 4/29/2010 | CE | Telephone conference with Georgia | 0.20 | $85.00 | $17.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Power regarding service at Arley Court house | | | |
| 4/29/2010 | JC | Teleconference and email with the buyer's agent for Colmer Avenue regarding the timeline for the repairs and the shower door; draft agreement to finish shower door after closing; revise repair agreement; finish reviewing closing documents | 4.00 | $165.00 | $660.00 |
| 4/29/2010 | RS | Inspect cars being held in storage | 0.50 | $45.00 | $22.50 |
| 4/30/2010 | JC | Teleconference with buyer's agent for Colmer Avenue; email with closing attorneys regarding the closing; review warranty purchased by buyer | 0.90 | $165.00 | $148.50 |
| 5/03/2010 | CE | Authorize transfer of funds received from Bank of North Georgia account to stay below FDIC insurance levels | 0.20 | $85.00 | $17.00 |
| 5/03/2010 | JC | Receive voicemail from Janet Moore of Orion Payment Systems regarding funds held for the receivership estate; teleconference with Janet Moore regarding transfer of these funds and the application for Calculated Solutions, a business controlled by Jason Eyer | 0.20 | $165.00 | $33.00 |
| 5/03/2010 | JC | Teleconference with Julie Coward of Harry Norman realtors regarding the final repairs at the Colmer Avenue property; teleconference with Bonnie Puckett regarding the work still to be done | 0.40 | $165.00 | $66.00 |
| 5/03/2010 | JC | Teleconference with Sheryl Bouer | 0.20 | $165.00 | $33.00 |
| 5/04/2010 | JC | Teleconference and email with Julie Coward regarding repairs at the Colmer property | 0.30 | $165.00 | $49.50 |
| 5/04/2010 | PH | Telephone conference with security company regarding system test on alarm at Arley Court | 0.20 | $215.00 | $43.00 |
| 5/05/2010 | CE | Telephone conference with contractor regarding status of final repairs to Colmer Avenue house | 0.20 | $85.00 | $17.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/05/2010 | JC | Teleconference with agent regarding the Colmer Avenue repairs and the potential offer for Arley Court | 0.20 | $165.00 | $33.00 |
| 5/05/2010 | JC | Receive and review letter from Curtis Bayne regarding the bank accounts that the ERT defendants made payments from | 0.20 | $165.00 | $33.00 |
| 5/06/2010 | JC | Teleconference and email with Janet Moore of Orion Payment Systems regarding the Calculated Solutions account and the payments coming to the receivership; receive and review Calculated Solutions application | 0.20 | $165.00 | $33.00 |
| 5/07/2010 | CE | Conduct weekly inspection of Arley Court residence as required by insurance; trouble shoot problem with alarm system to insure that it is working properly | 1.50 | $85.00 | $127.50 |
| 5/07/2010 | JC | Email with Colmer Avenue agent regarding repairs | 0.20 | $165.00 | $33.00 |
| 5/07/2010 | JC | Teleconference with Sandy Callahan | 0.30 | $165.00 | $49.50 |
| 5/07/2010 | RS | Inspect cars being held in storage | 0.50 | $45.00 | $22.50 |
| 5/10/2010 | CE | Telephone call to Kimberly Pippin with Florida Department of Agriculture regarding release of certificate of deposit | 0.20 | $85.00 | $17.00 |
| 5/10/2010 | CE | Prepare and record deposit for check received from Global Payments; telephone conference with Bank of North Georgia regarding check from Global Payments and release of those funds | 0.20 | $85.00 | $17.00 |
| 5/10/2010 | CE | Telephone call to Cynergy Data regarding account that is frozen in the name of 1st Relief Corp d/b/a Debt Safe | 0.20 | $85.00 | $17.00 |
| 5/10/2010 | CE | Review information from Orion/Global Payments regarding reserve balances frozen and compare that information provided on check stub remitting payment to Receiver | 0.20 | $85.00 | $17.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/10/2010 | CE | Telephone conference with Debie Sasser at Hancock Bank regarding release of $50,000 certificate of deposit | 0.20 | $85.00 | $17.00 |
| 5/10/2010 | JC | Review IRS demands for payroll taxes of VP Marketing; respond with letter explaining the Receiver's position on the payroll taxes | 0.20 | $165.00 | $33.00 |
| 5/10/2010 | JC | Email exchange with Sandy Callahan | 0.30 | $165.00 | $49.50 |
| 5/10/2010 | JC | Receive and review payment from Orion Payment Systems; compare to existing information regarding the account info we hold on Orion Payment Systems; teleconference with Janet Moore regarding the difference held back in reserve for chargebacks | 0.70 | $165.00 | $115.50 |
| 5/10/2010 | PH | Execute IRS forms | 0.30 | $215.00 | $64.50 |
| 5/10/2010 | PH | Telephone conference with FTC | 0.20 | $215.00 | $43.00 |
| 5/13/2010 | CE | Complete cancellation notices to Matrix Insurance for insurance on Colmer Avenue and Mosaic Way | 0.20 | $85.00 | $17.00 |
| 5/13/2010 | CE | Receive and review IRS Tax Notice regarding SafeRide's 2009 filings | 0.20 | $85.00 | $17.00 |
| 5/13/2010 | JC | Email exchange with Lawrence Zimmerman | 0.20 | $165.00 | $33.00 |
| 5/14/2010 | CE | Telephone conference with Hanover Bank regarding release of $50,000 certificate of deposit | 0.20 | $85.00 | $17.00 |
| 5/14/2010 | CE | Telephone conference with Florida Department of Agriculture regarding letter that Hancock Bank needs so that they will release $50,000 certificate of deposit to Receiver | 0.20 | $85.00 | $17.00 |
| 5/14/2010 | CE | Telephone call to furniture broker regarding purchasing furniture in Hannover Park office | 0.20 | $85.00 | $17.00 |
| 5/14/2010 | JC | Review email from James Schoenholz's storage unit and respond | 0.20 | $165.00 | $33.00 |

| Date | | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 5/14/2010 | RS | Inspect cars being held in storage | 0.50 | $45.00 | $22.50 |

|  |  |
|---|---|
| Total Fees | $8,919.00 |

**Expenses**

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 4/30/2010 | May Bailee's Coverage | 1.00 | $19.00 |
| 4/30/2010 | April FedEx Charges | 1.00 | No Charge |
| 4/30/2010 | April PACER Charges | 1.00 | No Charge |
| 4/30/2010 | April Printer Charges | 3,732.00 | No Charge |
| 4/30/2010 | April Postage | 1.00 | No Charge |
| 4/30/2010 | April Photocopies | 1,712.00 | No Charge |
| 4/30/2010 | April Scanned Copies | 2,387.00 | No Charge |
| 4/30/2010 | April Facsimiles | 18.00 | No Charge |

|  |  |
|---|---|
| Total Expenses | $19.00 |
| Total New Charges | $8,938.00 |

**Staff Summary**

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Cherie Eason | 29.00 | $85.00 | $2,465.00 |
| Jamie Carroll | 31.20 | $165.00 | $5,148.00 |
| Nikki Osborne | 3.60 | $85.00 | $306.00 |
| Pat Huddleston | 3.50 | $215.00 | $752.50 |
| Rosey Sumrall | 5.50 | $45.00 | $247.50 |