The Huddleston Law Firm
1300 Ridenour Blvd., Suite 200
Kennesaw, GA 30152

Valerie Verduce
Federal Trade Commission
225 Peachtree Street
Suite 1500
Atlanta, GA 30303

Date: 7/09/2010

Regarding: Economic Relief
Invoice No: 00019

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 5/17/2010 | CE | Telephone conference with Debie Sasser at Hancock Bank regarding check being sent in payment of certificate of deposit | 0.20 | $85.00 | $17.00 |
| 5/17/2010 | CE | Conduct weekly inspection of Arley Court home; obtain specific vehicle identification information to secure insurance on Ford Focus owned by James Schoenholz | 1.50 | $85.00 | $127.50 |
| 5/17/2010 | CE | Process payment for outstanding utilities and other expenses; archive record of all payments | 0.50 | $85.00 | $42.50 |
| 5/17/2010 | CE | Receive and review correspondence from Bank of America regarding mortgage for Arley Court residence | 0.20 | $85.00 | $17.00 |
| 5/17/2010 | CE | Telephone conference with Bank of America regarding outstanding mortgage information on Arley Court residence | 0.20 | $85.00 | $17.00 |
| 5/17/2010 | JC | Teleconference with real estate agent regarding the Arley Court property | 0.20 | $165.00 | $33.00 |
| 5/17/2010 | JC | Review IRS letter and enclosure regarding payroll tax liability for VP Marketing | 0.20 | $165.00 | $33.00 |

**EXHIBIT A**

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/18/2010 | CE | Meet with furniture broker to discuss sale of furniture located at Hannover Park office | 2.00 | $85.00 | $170.00 |
| 5/18/2010 | JC | Email and teleconference with Sandy Callahan | 0.20 | $165.00 | $33.00 |
| 5/19/2010 | CE | Telephone call to Matrix Insurance regarding premium notice received for Total Curb Appeal | 0.20 | $85.00 | $17.00 |
| 5/19/2010 | CE | Conduct online research to determine approximate value of Ford Focus; contact insurance agent regarding providing insurance on vehicle | 0.30 | $85.00 | $25.50 |
| 5/19/2010 | CE | Telephone conference with Stephen Bray regarding theft claim filed by JAKK Group for loss at Crew Street residence | 0.20 | $85.00 | $17.00 |
| 5/19/2010 | JC | Email exchange with Sandy Callahan; email with SpaceMax Storage representative regarding James Schoenholz's belongings there | 0.30 | $165.00 | $49.50 |
| 5/19/2010 | JC | Email with Theresa McDaniels of Troutman Saunders regarding the legal work done for ERT entities | 0.20 | $165.00 | $33.00 |
| 5/19/2010 | JC | Teleconference with real estate agent regarding the Arley Court property | 0.20 | $165.00 | $33.00 |
| 5/20/2010 | CE | Telephone conference with Bank of America regarding mortgage at Arley Court house | 0.20 | $85.00 | $17.00 |
| 5/20/2010 | CE | Prepare letter to Bank of America regarding mortgage on Arley Court house | 0.20 | $85.00 | $17.00 |
| 5/20/2010 | CE | Prepare letter to insurance servicing department at Bank of America regarding insurance receivership holds on residence at Arley Court | 0.20 | $85.00 | $17.00 |
| 5/20/2010 | CE | Prepare letter to McCalla Raymer regarding mortgage for Arley Court house | 0.20 | $85.00 | $17.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/20/2010 | JC | Receive and review invoice from real estate agent regarding cleaning and repairs done to the Mosaic Way property | 0.20 | $165.00 | $33.00 |
| 5/21/2010 | CE | Receive and review check from Hancock Bank for proceeds of Certificate of Deposit; archive and record information for future reference | 0.30 | $85.00 | $25.50 |
| 5/21/2010 | CE | Telephone conference with Charles Bean, personal attorney for Kara Adams regarding lawsuit pending in Florida | 0.20 | $85.00 | $17.00 |
| 5/21/2010 | RS | Inspect vehicles being held in storage | 0.50 | $45.00 | $22.50 |
| 5/24/2010 | CE | Telephone conference with Randy Fischer regarding lawsuit pending in Florida against Kara Adams | 0.20 | $85.00 | $17.00 |
| 5/24/2010 | CE | Second telephone conference with Randy Fischer regarding outcome of trial in automobile litigation against Kara Adams | 0.20 | $85.00 | $17.00 |
| 5/24/2010 | CE | Compile list of items and documents seized from Arley Court and various offices | 0.50 | $85.00 | $42.50 |
| 5/24/2010 | CE | Telephone conference with McCalla Raymer regarding mortgage on Arley Court home | 0.30 | $85.00 | $25.50 |
| 5/24/2010 | CE | Telephone conference with Bank of America regarding mortgage on Arley Court | 0.30 | $85.00 | $25.50 |
| 5/24/2010 | CE | Telephone conference with Charles Bean regarding the lawsuit pending in Florida against Kara Adams | 0.20 | $85.00 | $17.00 |
| 5/24/2010 | JC | Email exchange with Sandy Callahan | 0.20 | $165.00 | $33.00 |
| 5/25/2010 | CE | Telephone conference with Richard Rice | 0.20 | $85.00 | $17.00 |
| 5/25/2010 | CE | Telephone conference with Suzanne Hashimi regarding Kara Adams | 0.20 | $85.00 | $17.00 |
| 5/25/2010 | CE | Email exchange with Cynergy Data | 0.20 | $85.00 | $17.00 |

regarding release of funds held in reserve accounts for Unlimited Ventures and 1st Relief Corp

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/25/2010 | PH | Receive and review email from DOJ | 0.10 | $215.00 | $21.50 |
| 5/26/2010 | CE | Email exchange with David Green regarding transferring money held in reserve accounts to receivership | 0.20 | $85.00 | $17.00 |
| 5/26/2010 | CE | Email exchange with Janet Moore of Orion Payment Systems regarding money being held in reserve for merchant process accounts | 0.20 | $85.00 | $17.00 |
| 5/26/2010 | CE | Telephone call to Melanie Ramos regarding money held in reserve account | 0.20 | $85.00 | $17.00 |
| 5/26/2010 | CE | Second telephone call to Melanie Ramos at Cynergy regarding money being held in reserve account | 0.20 | $85.00 | $17.00 |
| 5/26/2010 | CE | Prepare letter to Janet Moore at Orion Payment Services requesting release of the funds held in Debt Safe account | 0.20 | $85.00 | $17.00 |
| 5/26/2010 | CE | Telephone conference with John Maddox regarding equipment stored at Arley Court | 0.20 | $85.00 | $17.00 |
| 5/26/2010 | CE | Conduct weekly on-site inspection of Arley Court home pursuant to insurance provisions | 1.00 | $85.00 | $85.00 |
| 5/26/2010 | JC | Email with Jason Eyer's attorney regarding receipt of mail | 0.30 | $165.00 | $49.50 |
| 5/26/2010 | JC | Email with James Schoenholz's attorney regarding the storage unit | 0.20 | $165.00 | $33.00 |
| 5/27/2010 | CE | Email exchange with Janet Moore regarding status of Debt Safe account | 0.20 | $85.00 | $17.00 |
| 5/27/2010 | CE | Review documents produced by Global Payments and Orion regarding Debt Safe account to determine which ISO is holding account | 0.50 | $85.00 | $42.50 |
| 5/27/2010 | CE | Telephone call to David Green at Global | 0.20 | $85.00 | $17.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Payments regarding release of funds being held pursuant to TRO | | | |
| 5/27/2010 | CE | Email exchange with David Green requesting release of funds at Global Payments to receivership | 0.20 | $85.00 | $17.00 |
| 5/27/2010 | CE | Lengthy telephone conference with Pivotal Payments regarding release of funds held at Cynergy Data to receivership | 0.70 | $85.00 | $59.50 |
| 5/27/2010 | CE | Email exchange with David Green providing additional information about accounts that are frozen and requesting release of the funds | 0.20 | $85.00 | $17.00 |
| 5/27/2010 | CE | Telephone conference with Melanie Ramos regarding transfer of funds held in reserve accounts at Cynergy | 0.20 | $85.00 | $17.00 |
| 5/27/2010 | JC | Teleconference with Wilson Covington of SpaceMax storage regarding James Schoenholz's possessions | 0.20 | $165.00 | $33.00 |
| 5/27/2010 | JC | Teleconference with Lawrence Zimmerman | 0.20 | $165.00 | $33.00 |
| 5/28/2010 | CH | Inspect vehicles in storage | 0.50 | $25.00 | $12.50 |
| 5/28/2010 | JC | Teleconference with FTC regarding discovery request of Jason Eyer | 0.20 | $165.00 | $33.00 |
| 5/28/2010 | JC | Teleconference with Lawrence Zimmerman | 0.90 | $165.00 | $148.50 |
| 5/31/2010 | JC | Email exchange with Wilson Covington of SpaceMax Storage regarding the James Schoenholz's storage unit | 0.20 | $165.00 | $33.00 |
| 6/01/2010 | CE | Prepare letters to Suzanne Hashimi and Lawrence Zimmerman forwarding mail for Jason Eyer and Kara Adams | 0.30 | $85.00 | $25.50 |
| 6/01/2010 | CE | Email exchange with David Green at Global Payments regarding forwarding funds to receivership for two merchant processor accounts | 0.20 | $85.00 | $17.00 |
| 6/02/2010 | CE | Telephone conference with Barry | 0.20 | $85.00 | $17.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Levenson regarding release of funds being held by Global Payments | | | |
| 6/02/2010 | CE | Telephone conference with risk department at Pivotal Payments regarding releasing funds held in the Debt Safe account | 0.20 | $85.00 | $17.00 |
| 6/02/2010 | CE | Second telephone call to Pivotal Payments regarding authorization for Cynergy Data to release funds being held in reserve | 0.20 | $85.00 | $17.00 |
| 6/02/2010 | CE | Telephone conference with Melanie Ramos regarding release of funds being held in reserve by Cynergy Data | 0.20 | $85.00 | $17.00 |
| 6/02/2010 | CE | Conduct weekly inspection pursuant to insurance provisions of Arley Court house | 1.00 | $85.00 | $85.00 |
| 6/02/2010 | JC | Review records of Premier Payments accounts in St. Kitts; teleconference with Bill Smith, attorney for Payment Systems Worldwide and Curtis Bayne, regarding recovery of these funds | 0.50 | $165.00 | $82.50 |
| 6/03/2010 | CE | Telephone conference with Doug Bilotti at EVO regarding release of funds being held in reserve account for Global Payments | 0.20 | $85.00 | $17.00 |
| 6/03/2010 | CE | Prepare email to Doug Bilotti and forward Preliminary Injunction regarding authority of Receiver to collect funds held in reserve account | 0.20 | $85.00 | $17.00 |
| 6/03/2010 | CE | Transmit certificate of insurance for Arley Court house to Bank of America insurance department | 0.20 | $85.00 | $17.00 |
| 6/03/2010 | CE | Telephone conference with Janet Conway at Premier Payments regarding $73,000 held in reserve account in the name of KNJ Corporation and/or Unlimited Holdings, both defendant companies | 0.20 | $85.00 | $17.00 |
| 6/04/2010 | CE | Prepare email to Doug Bilotti at EVO to provide documentation tying Teamwork Systems and Extended Warranties to | 0.30 | $85.00 | $25.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | our defendants | | | |
| 6/04/2010 | CE | Contact lawn service to arrange for work at Arley Court | 0.20 | $85.00 | $17.00 |
| 6/04/2010 | CH | Inspect vehicles in storage | 0.50 | $25.00 | $12.50 |
| 6/04/2010 | JC | Email exchange with Sheryl Bouer regarding American Debt Negotiators | 0.20 | $165.00 | $33.00 |
| 6/07/2010 | JC | Teleconference and email exchange with Sandy Callahan | 0.30 | $165.00 | $49.50 |
| 6/08/2010 | CE | Telephone conference with Clint Shelton regarding trailer that was parked on empty lot next to Arley Court | 0.30 | $85.00 | $25.50 |
| 6/08/2010 | CE | Meet lawn service to make arrangements for yard work required at Arley Court; conduct weekly inspection of residence pursuant to insurance requirements | 1.00 | $85.00 | $85.00 |
| 6/08/2010 | CE | Telephone conference with Pest Ban of Georgia regarding termite bond for Arley Court | 0.20 | $85.00 | $17.00 |
| 6/08/2010 | CE | Telephone conference with Cobb EMC regarding duplicate payment processing and refunding money owed to receivership | 0.20 | $85.00 | $17.00 |
| 6/10/2010 | CE | Prepare outline of response to motion for attorney fees; review research documents to verify that James Schoenholz is not a managing member of any of the defendant companies | 1.00 | $85.00 | $85.00 |
| 6/10/2010 | CE | Telephone conference with FTC regarding filing response to Defendant Schoenholz's request for attorney fees | 0.20 | $85.00 | $17.00 |
| 6/10/2010 | PH | Prepare response to James Schoenholz's request for attorney fees | 3.40 | $215.00 | $731.00 |
| 6/11/2010 | CE | Email exchange with Stephen Bray at Matrix Insurance regarding insurance on trailers that was purchased by Total Curb Appeal | 0.20 | $85.00 | $17.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/11/2010 | CE | Telephone conference with Clint Shelton regarding trailers parked on lot next to Arley Court | 0.20 | $85.00 | $17.00 |
| 6/14/2010 | CE | Prepare package of documents and check for mortgage to Bank of America for Arley Court house | 0.50 | $85.00 | $42.50 |
| 6/14/2010 | CE | Email exchange with Bank of North Georgia regarding refund from Cobb EMC and certified check for Bank of America | 0.20 | $85.00 | $17.00 |

|  |  |
|---|---|
| Total Fees | $3,385.00 |

### Expenses

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 5/28/2010 | May FedEx Charges | 1.00 | No Charge |
| 5/28/2010 | May Postage | 1.00 | No Charge |
| 5/28/2010 | June Insurance Coverage for Stored Vehicles | 1.00 | $19.00 |

|  |  |
|---|---|
| Total Expenses | $19.00 |

|  |  |
|---|---|
| Total New Charges | $3,404.00 |

### Staff Summary

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Cherie Eason | 20.90 | $85.00 | $1,776.50 |
| Colton Houseman | 1.00 | $25.00 | $25.00 |
| Jamie Carroll | 4.90 | $165.00 | $808.50 |
| Pat Huddleston | 3.50 | $215.00 | $752.50 |
| Rosey Sumrall | .50 | $45.00 | $22.50 |