Investor's Watchdog
1300 Ridenour Blvd
Suite 200
Kennesaw, GA 30152

Pat Huddleston
The Huddleston Law Firm
1300 Ridenour Boulevard
Suite 200
Kennesaw, GA 30152

Date: 6/17/2010

Regarding: Economic Relief
Invoice No: 00009

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 6/01/2010 | MF | Review IRS notices | 0.50 | $145.00 | $72.50 |
| 6/07/2010 | MF | Reconcile bank accounts | 0.50 | $145.00 | $72.50 |
| | Sub Total: | | | | $145.00 |
| | | | | Total Fees | $145.00 |
| | Total New Charges | | | | $145.00 |

**Staff Summary**

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Michelle Fox | 1.00 | $145.00 | $145.00 |

**EXHIBIT B**