The Huddleston Law Firm
1300 Ridenour Blvd., Suite 200
Kennesaw, GA 30152

Valerie Verduce  
Federal Trade Commission  
225 Peachtree Street  
Suite 1500  
Atlanta, GA 30303

Date: 8/19/2010

Regarding: Economic Relief  
Invoice No: 00019

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 6/16/2010 | CE | Email exchange with Doug Bilotti regarding release of merchant processor funds to receivership | 0.20 | $85.00 | $17.00 |
| 6/17/2010 | CE | Conduct weekly inspection of Arley Court house; meet with Pestban of Georgia to discuss termite inspection and letter that will be needed when house is sold | 1.20 | $85.00 | $102.00 |
| 6/18/2010 | CE | Telephone call to David Green regarding money being held in reserve at Global Payments | 0.20 | $85.00 | $17.00 |
| 6/18/2010 | CE | Telephone call to Janet Conway regarding information on St. Kitts bank so Bryan Bayne can have money released to Receiver | 0.20 | $85.00 | $17.00 |
| 6/18/2010 | CE | Telephone call to Melanie Ramos regarding money being held in reserve account at Cynergy Data | 0.20 | $85.00 | $17.00 |
| 6/18/2010 | JC | Email with Sandy Callahan regarding freeze remaining in place at the storage facility | 0.30 | $165.00 | $49.50 |
| 6/18/2010 | JC | Teleconference with Bill Smith, counsel for Payment Systems Worldwide, regarding the funds still held at the St. | 0.50 | $165.00 | $82.50 |

**EXHIBIT A**

| | | Kitts Bank; review the St. Kitts bank file; forward appropriate documents to Bill Smith | | | |
|---|---|---|---|---|---|
| 6/18/2010 | RS | Inspect vehicles in storage | 0.80 | $85.00 | $68.00 |
| 6/21/2010 | CH | Inspect vehicles in storage | 0.50 | $25.00 | $12.50 |
| 6/21/2010 | JC | Review payments received from ADN | 0.20 | $165.00 | $33.00 |
| 6/21/2010 | JC | Review Premier Payments file regarding the funds held at St. Kitts | 0.20 | $165.00 | $33.00 |
| 6/22/2010 | JC | Email exchange regarding American Debt Negotiators | 0.20 | $165.00 | $33.00 |
| 6/23/2010 | CE | Email exchange with Doug Bilotti at EVO regarding releasing money to Receiver that is being held in reserve | 0.20 | $85.00 | $17.00 |
| 6/23/2010 | CE | Email exchange with Melanie Ramos at Cynergy Data regarding releasing funds held in reserve to Receiver | 0.20 | $85.00 | $17.00 |
| 6/23/2010 | CE | Conduct weekly inspection of Arley Court residence pursuant to insurance requirements | 1.00 | $85.00 | $85.00 |
| 6/23/2010 | CE | Email exchange with Janet Moore at Orion regarding money being held in reserve and releasing that money to Receiver | 0.20 | $85.00 | $17.00 |
| 6/24/2010 | CE | Telephone conference with Georgia Natural Gas regarding service and past due bill for High Tide Drive | 0.20 | $85.00 | $17.00 |
| 6/24/2010 | CE | Telephone conference with Stephen Bray at Matrix Insurance regarding renewal of coverage for Arley Court house | 0.20 | $85.00 | $17.00 |
| 6/24/2010 | CE | Email exchange with Sheryl Bouer regarding registration on G-500 Wagon | 0.20 | $85.00 | $17.00 |
| 6/25/2010 | CE | Receive and review Notice of Renewal for insurance at Arley Court | 0.30 | $85.00 | $25.50 |
| 6/25/2010 | CE | Email exchange with Janet Conway at Premier Payments regarding contact at | 0.20 | $85.00 | $17.00 |

St. Kitts bank in light of Bryan Bayne's willingness to have the money transferred to the Receiver

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/25/2010 | JC | Review St. Kitts and Nevis bank information; email with Bill Smith, counsel for Curtis Bayne, regarding funds still held at the St. Kitts and Nevis bank | 0.30 | $165.00 | $49.50 |
| 6/28/2010 | CE | Telephone conference with Melanie Ramos at Cynergy Data regarding reserve balance on merchant processing account | 0.20 | $85.00 | $17.00 |
| 6/28/2010 | CE | Receive and review letter from Lawrence Zimmerman regarding mail for Jason Eyer that is being forwarded to us from the Arley Court address | 0.20 | $85.00 | $17.00 |
| 6/28/2010 | CE | Telephone call to Marianne Tawa at Pivotal Payments regarding release of the reserve balance being held | 0.20 | $85.00 | $17.00 |
| 6/28/2010 | CE | Telephone conference with Bank of America regarding mortgage for Arley Court house | 0.20 | $85.00 | $17.00 |
| 6/28/2010 | JC | Review correspondence from Lawrence Zimmerman regarding Jason Eyer's mail | 0.20 | $165.00 | $33.00 |
| 6/29/2010 | JC | Email with Bill Smith, counsel for Curtis Bayne, regarding funds held at St. Kitts | 0.20 | $165.00 | $33.00 |
| 6/29/2010 | RS | Inspect vehicles in storage | 0.50 | $85.00 | $42.50 |
| 6/30/2010 | CE | Conduct weekly inspection of Arley Court residence as required by insurance coverage | 1.00 | $85.00 | $85.00 |
| 6/30/2010 | JC | Draft and revise letter for Bryan Bayne to send to St. Kitts bank | 0.70 | $165.00 | $115.50 |
| 7/01/2010 | CE | Receive and review notice of taxes due for VP Marketing | 0.20 | $85.00 | $17.00 |
| 7/01/2010 | JC | Email with Lawrence Zimmerman, counsel for Jason Eyer, regarding the financial disclosure forms | 0.20 | $165.00 | $33.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/06/2010 | CE | Telephone call to Marianne Tawa at Pivotal Payments regarding release of funds being held in reserve | 0.20 | $85.00 | $17.00 |
| 7/06/2010 | JC | Email with Bill Smith, counsel for Bryan Bayne, attaching letter for his client to send to the St. Kitts bank to retrieve those funds | 0.20 | $165.00 | $33.00 |
| 7/07/2010 | CE | Telephone conference with Marianna Tawa at Pivotal Payments regarding amounts being held in reserve | 0.20 | $85.00 | $17.00 |
| 7/08/2010 | CE | Send follow up email to Janet Moore regarding releasing funds being held by Global Payments | 0.20 | $85.00 | $17.00 |
| 7/08/2010 | CH | Inspect cars being held in storage | 0.50 | $25.00 | $12.50 |
| 7/08/2010 | JC | Teleconference with Bill Smith regarding the letter to St. Kitts | 0.20 | $165.00 | $33.00 |
| 7/09/2010 | CE | Inspect house located at Arley Court as required by insurance | 1.00 | $85.00 | $85.00 |
| 7/09/2010 | CE | Telephone conference with FTC regarding monies received from American Debt Negotiators | 0.20 | $85.00 | $17.00 |
| 7/09/2010 | JC | Teleconference regarding American Debt Negotiators | 0.40 | $165.00 | $66.00 |
| 7/09/2010 | JC | Teleconference and email with Bill Smith, counsel for Bryan Bayne, regarding the funds held at the St. Kitts bank | 0.50 | $165.00 | $82.50 |
| 7/13/2010 | CE | Telephone conference with Lewis Cox at Georgia Department of Labor regarding subpoena served on Unlimited Global Concepts at Parkbrooke office | 0.20 | $85.00 | $17.00 |
| 7/13/2010 | CE | Prepare letter to FTC enclosing bank statements | 0.20 | $85.00 | $17.00 |
| 7/13/2010 | CE | Telephone conference with Cobb County Sheriff's office regarding notice left on door at Arley Court | 0.20 | $85.00 | $17.00 |
| 7/13/2010 | RS | Obtain emissions inspect on Mercedes | 1.90 | $85.00 | $161.50 |

for tag renewal

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/14/2010 | CE | Careful review of final judgment filed by FTC to determine breadth of authority for assistance in obtaining money being held in reserve accounts | 0.30 | $85.00 | $25.50 |
| 7/14/2010 | CE | Receive and review agreement and spreadsheet forwarded by Pivotal Payments regarding amounts being held in reserve and cancellation of contract | 1.00 | $85.00 | $85.00 |
| 7/15/2010 | JC | Teleconference with Suzanne Hashemi regarding Kara Adams' mail and interrogatories sent to defendant | 0.20 | $165.00 | $33.00 |

Total Fees $1,923.50

### Expenses

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 6/18/2010 | Gas for Mercedes Benz in Storage | 1.00 | $5.00 |
| 6/30/2010 | July Insurance Coverage for Store Vehicles | 1.00 | $19.00 |
| 7/01/2010 | June Photocopies | 173.00 | No Charge |
| 7/01/2010 | June Scanned Copies | 696.00 | No Charge |
| 7/01/2010 | June Postage | 1.00 | No Charge |
| 7/01/2010 | June FedEx Charges | 1.00 | No Charge |
| 7/01/2010 | June PACER Charges | 1.00 | No Charge |
| 7/01/2010 | June Scanned Copies | 200.00 | No Charge |

Total Expenses $24.00

Total New Charges $1,947.50

### Staff Summary

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Cherie Eason | 10.40 | $85.00 | $884.00 |
| Colton Houseman | 1.00 | $25.00 | $25.00 |
| Jamie Carroll | 4.50 | $165.00 | $742.50 |
| Rosey Sumrall | 3.20 | $45.00 | $272.00 |