The Huddleston Law Firm
1300 Ridenour Blvd., Suite 200
Kennesaw, GA 30152

Valerie Verduce                                    Date:   8/20/2010
Federal Trade Commission
225 Peachtree Street
Suite 1500
Atlanta, GA 30303

Regarding:  Economic Relief
Invoice No:   00019

*Services Rendered*

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 7/22/2010 | CE | Email exchange with Doug Bilotti regarding release of funds being held by EVO | 0.20 | $85.00 | $17.00 |
| 7/22/2010 | CE | Email exchange with Janet Moore at Orion regarding release of funds in Debt Safe's account | 0.20 | $85.00 | $17.00 |
| 7/22/2010 | CE | Respond to alarm code at Arley Court; meet with Dave Brewster who set off alarm regarding house and individuals seen "hanging around" the property | 1.50 | $85.00 | $127.50 |
| 7/22/2010 | CE | Telephone conference with NO regarding change to security code and lockbox in light of security breach at Arley Court residence | 0.20 | $85.00 | $17.00 |
| 7/23/2010 | CH | Inspect cars being held in storage | 0.50 | $25.00 | $12.50 |
| 7/23/2010 | JC | Email with John Guinan regarding his judgments against the ERT entities | 0.20 | $165.00 | $33.00 |
| 7/23/2010 | NO | Coordinate changing lock box and alarm code at Arley Court house in light of recent security breach | 0.70 | $85.00 | $59.50 |
| 7/23/2010 | RS | Reset alarm system at Arley Court in light of security breach; telephone conference with Northstar Security to | 1.70 | $85.00 | $144.50 |

**EXHIBIT A**

verify accuracy of alarm reset sequence

| 7/30/2010 | CH | Inspect cars being held in storage | 0.50 | $25.00 | $12.50 |
|---|---|---|---|---|---|
| 7/30/2010 | RS | Inspect residence at Arley Court for insurance compliance | 1.20 | $85.00 | $102.00 |
| 8/02/2010 | CE | Receive and review check from Global Payments for payout of reserve account of Debt Safe, verify amount received was accurate and account was closed | 0.20 | $85.00 | $17.00 |
| 8/02/2010 | CE | Email exchange with Janet Moore at Global Payments confirming receipt of funds | 0.20 | $85.00 | $17.00 |
| 8/02/2010 | CE | Email exchange with Doug Bilotti to determine when they will release money currently frozen in merchant accounts | 0.20 | $85.00 | $17.00 |
| 8/03/2010 | JC | Meet with IRS representative regarding VP Marketing's payroll tax liabilities | 0.20 | $165.00 | $33.00 |
| 8/05/2010 | CE | Register alarm system online with Cobb County False Alarm Reduction Unit to prevent future charges when responding to alarms | 0.20 | $85.00 | $17.00 |
| 8/05/2010 | CE | Receive and review Motion to Vacate Judgment and Final Order filed by Kara Adams | 0.20 | $85.00 | $17.00 |
| 8/05/2010 | CE | Telephone conference with St. John Cobb regarding fee charged by Cobb County for not registering alarm system | 0.20 | $85.00 | $17.00 |
| 8/05/2010 | JC | Review options to sell Arley Court residence | 0.20 | $165.00 | $33.00 |
| 8/06/2010 | CE | Telephone conference with potential buyer of Arley Court property | 0.20 | $85.00 | $17.00 |
| 8/06/2010 | JC | Receive and review IRS notice that tax funds are owed by VP Marketing; research and draft response | 1.10 | $165.00 | $181.50 |
| 8/06/2010 | RS | Inspect cars being held in storage | 0.60 | $85.00 | $51.00 |
| 8/09/2010 | CE | Begin work on declaration in response to Motion to Vacate filed by Kara | 1.00 | $85.00 | $85.00 |

Adams

| Date | | Description | Hours | Rate | Amount |
|------|-----|-------------|-------|------|--------|
| 8/09/2010 | NO | Verify facts in declaration regarding proof of service on Kara Adams | 0.30 | $85.00 | $25.50 |
| 8/09/2010 | NO | Telephone conference with Matthew Richardson regarding his travel plans and updated contact information | 0.20 | $85.00 | $17.00 |
| 8/10/2010 | CE | Review and revise declaration in response to Kara Adams's motion to vacate | 1.20 | $85.00 | $102.00 |
| 8/10/2010 | JC | Research Georgia law on fraud and constructive trusts regarding consumer fraud cases; draft and finalize letter to the IRS explaining why ERT has no tax liability due to the constructive trust | 2.50 | $165.00 | $412.50 |
| 8/10/2010 | RS | Inspect cars being held in storage | 0.50 | $85.00 | $42.50 |
| 8/11/2010 | CE | Meet potential private buyer and conduct weekly inspection at Arley Court residence | 1.50 | $85.00 | $127.50 |
| 8/12/2010 | NO | Review timeline of events to solidify argument of proper service on Kara Adams | 0.20 | $85.00 | $17.00 |

|  | Total Fees | $1,789.00 |
|--|-----------|-----------|

## Expenses

| Start Date | Description | Quantity | Charges |
|-----------|-------------|----------|---------|
| 7/30/2010 | July Facsimiles | 6.00 | No Charge |
| 7/30/2010 | August Insurance Coverage for Stored Vehicles | 1.00 | $19.00 |

|  | Total Expenses | $19.00 |
|--|---------------|--------|

| Total New Charges | $1,808.00 |
|-------------------|-----------|

## Staff Summary

| Name | Hours | Rate | Fees |
|------|-------|------|------|
| Cherie Eason | 7.20 | $85.00 | $612.00 |
| Colton Houseman | 1.00 | $25.00 | $25.00 |
| Jamie Carroll | 4.20 | $165.00 | $693.00 |
| Nikki Osborne | 1.40 | $85.00 | $119.00 |
| Rosey Sumrall | 4.00 | $85.00 | $340.00 |