Investor's Watchdog
1300 Ridenour Blvd
Suite 200
Kennesaw, GA 30152

Pat Huddleston  
The Huddleston Law Firm  
1300 Ridenour Boulevard  
Suite 200  
Kennesaw, GA 30152

Date: 8/18/2010

Regarding: Economic Relief  
Invoice No: 00009

## Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 8/09/2010 | MF | Reconcile July bank accounts | 0.50 | $145.00 | $72.50 |
| | | | | Total Fees | $72.50 |
| Total New Charges | | | | | $72.50 |

## Staff Summary

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Michelle Fox | 0.50 | $145.00 | $72.50 |

**EXHIBIT B**