The Huddleston Law Firm  
1300 Ridenour Blvd., Suite 200  
Kennesaw, GA 30152

Valerie Verduce  
Federal Trade Commission  
225 Peachtree Street  
Suite 1500  
Atlanta, GA 30303

Date: 10/15/2010

Regarding: Economic Relief  
Invoice No: 00026

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 8/16/2010 | CE | Meet with potential private buyer regarding purchase of residence at 4230 Arley Court; receive buyer's bid to purchase residence outright; conduct weekly inspect required by insurance | 1.50 | $85.00 | $127.50 |
| 8/16/2010 | CE | Telephone conference with Stephen Bray regarding insurance coverage at Arley Court | 0.20 | $85.00 | $17.00 |
| 8/16/2010 | CE | Telephone conference with appraiser to obtain certified appraisal for 4230 Arley Court | 0.20 | $85.00 | $17.00 |
| 8/17/2010 | CE | Meet with real estate agent to review potential sale of house and furnishings | 1.50 | $85.00 | $127.50 |
| 8/17/2010 | CE | Email exchange with potential private buyer regarding his requirements for purchase of home | 0.30 | $85.00 | $25.50 |
| 8/17/2010 | RS | Inspect vehicles held in storage; remove all items from cars for sale at auction | 1.80 | $85.00 | $153.00 |
| 8/18/2010 | PH | Receive and review Eyer motion | 0.40 | $215.00 | $86.00 |
| 8/19/2010 | CE | Receive and review motion to vacate judgment filed by Jason Eyer | 0.20 | $85.00 | $17.00 |

**EXHIBIT A**

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/23/2010 | CE | Telephone conference with auctioneer regarding possibility of selling vehicles at upcoming grand opening event and value of contents of Arley Court residence | 0.20 | $85.00 | $17.00 |
| 8/23/2010 | CE | Telephone conference with FTC regarding response to Jason Eyer's motion to vacate | 0.20 | $85.00 | $17.00 |
| 8/23/2010 | CE | Review documents produced to EVO in an attempt to have money in reserve account forwarded to receivership | 0.20 | $85.00 | $17.00 |
| 8/23/2010 | CE | Review ownership documents for both Mercedes vehicles and Ford Focus to transfer title to Receiver so that vehicles can be sold | 0.20 | $85.00 | $17.00 |
| 8/23/2010 | CE | Conduct research on line to determine exact government documents needed to transfer title of vehicles | 0.20 | $85.00 | $17.00 |
| 8/23/2010 | CE | Meet with appraiser at Arley Court to obtain information regarding market value of house; conduct weekly inspection as required by insurance provisions | 1.00 | $85.00 | $85.00 |
| 8/24/2010 | CE | Meet with officials at DMV office to obtain titles on Mercedes Benz vehicles seized from defendants | 1.10 | $85.00 | $93.50 |
| 8/24/2010 | CE | Telephone conference with auctioneer regarding selling vehicles at upcoming auction | 0.20 | $85.00 | $17.00 |
| 8/24/2010 | JC | Begin drafting motion in response to Jason Eyer's Motion to Vacate the Final Judgment | 1.20 | $165.00 | $198.00 |
| 8/25/2010 | CE | Meet with auctioneer to discuss options regarding sale of house and furnishings | 1.20 | $85.00 | $102.00 |
| 8/25/2010 | JC | Edit and revise motion opposing Defendant Eyer's motion to vacate judgment and final order | 2.50 | $165.00 | $412.50 |
| 8/25/2010 | NO | Email exchange with Sheryl Bouer regarding interview of Geraldine | 0.20 | $85.00 | $17.00 |

Williams

| Date | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/26/2010 | CE | Telephone conference with appraiser regarding written appraisal on Arley Court property | 0.20 | $85.00 | $17.00 |
| 8/26/2010 | CE | Telephone call to John Johnson regarding auction at Arley Court | 0.20 | $85.00 | $17.00 |
| 8/26/2010 | CE | Receive and review appraisal from Appraisal Partners for Arley Court | 0.30 | $85.00 | $25.50 |
| 8/26/2010 | CE | Forward appraisal to real estate agent and discuss possibility of listing house and selling it | 0.20 | $85.00 | $17.00 |
| 8/26/2010 | CE | Forward appraisal report to auctioneer for review and evaluation for potential auction of property | 0.20 | $85.00 | $17.00 |
| 8/26/2010 | CE | Telephone conference with Georgia Recovery regarding possession of Ford Focus | 0.20 | $85.00 | $17.00 |
| 8/26/2010 | JC | Research and revise Response to Eyer's Motion to Vacate | 1.90 | $165.00 | $313.50 |
| 8/27/2010 | CE | Briefly review contents of James Schoenholz's car | 0.50 | $85.00 | $42.50 |
| 8/27/2010 | CE | Telephone conference with Steve White regarding auctioning house on Arley Court | 0.20 | $85.00 | $17.00 |
| 8/27/2010 | CE | Telephone conference with John Johnson regarding listing for house on Arley Court | 0.20 | $85.00 | $17.00 |
| 8/27/2010 | CE | Telephone conference with private buyer regarding purchasing house on Arley Court | 0.20 | $85.00 | $17.00 |
| 8/27/2010 | CE | Receive and review real estate auction agreement for sale of Arley Court | 0.20 | $85.00 | $17.00 |
| 8/27/2010 | JC | Finalize Motion Opposing Defendant Eyer's Motion to Vacate; discuss with the Receiver | 1.80 | $165.00 | $297.00 |
| 8/27/2010 | NO | Meet with Steve White and John | 2.00 | $85.00 | $170.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Johnson at Arley Court house regarding possible auction of property; meet with Georgia Recovery employee to turn over James Schoenholz's Ford Focus and remove items from the car; inventory contents from James Schoenholz's car for auction | | | |
| 8/27/2010 | RS | Inspect cars being held in storage | 0.60 | $85.00 | $51.00 |
| 8/30/2010 | CE | Telephone conference with Jackie Eaton at The Insurance Store regarding insurance coverage on vehicles | 0.20 | $85.00 | $17.00 |
| 8/30/2010 | CE | Lengthy telephone conference with auctioneer regarding sale of house, furnishings and vehicles | 0.40 | $85.00 | $34.00 |
| 8/30/2010 | JC | Discuss ERT tax liability with MF; teleconference with the Internal Revenue Service regarding ERT's tax liability | 0.20 | $165.00 | $33.00 |
| 8/31/2010 | CE | Receive and review renewal for insurance on Arley Court | 0.30 | $85.00 | $25.50 |
| 8/31/2010 | CE | Meet with private buyer regarding purchasing Arley Court house | 0.70 | $85.00 | $59.50 |
| 9/01/2010 | CE | Meet with private buyer regarding new offer for Arley Court property | 0.80 | $85.00 | $68.00 |
| 9/01/2010 | CE | Telephone conference with The Insurance Store regarding coverage on vehicles for transportation | 0.30 | $85.00 | $25.50 |
| 9/01/2010 | CE | Telephone conference with Public Storage regarding moving vehicles and releasing storage spaces | 0.20 | $85.00 | $17.00 |
| 9/01/2010 | CE | Telephone conference with Marietta Wrecker to arrange for transportation of vehicles to auctioneer | 0.20 | $85.00 | $17.00 |
| 9/01/2010 | CE | Telephone conference with real estate agent regarding strategy for listing house and possible sale price | 0.20 | $85.00 | $17.00 |
| 9/02/2010 | CE | Extensive telephone conference with Bank of America regarding refund of | 0.70 | $85.00 | $59.50 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | money taken in error to pay insurance on Arley Court home | | | |
| 9/02/2010 | CE | Transmit most recent certificate of insurance to Bank of America | 0.20 | $85.00 | $17.00 |
| 9/02/2010 | CE | Telephone conference with Bank of America to determine pay off of mortgage | 0.40 | $85.00 | $34.00 |
| 9/02/2010 | CE | Telephone conference with Matrix Insurance regarding money that bank sent to Travelers for payment of canceled insurance | 0.20 | $85.00 | $17.00 |
| 9/02/2010 | CE | Email exchange with private buyer regarding sale of Arley Court property | 0.20 | $85.00 | $17.00 |
| 9/02/2010 | CE | Thorough review of options available for sale of property to maximize return to receivership | 1.00 | $85.00 | $85.00 |
| 9/02/2010 | CE | Receive and review notices from IRS regarding taxes due by VP Marketing | 0.20 | $85.00 | $17.00 |
| 9/02/2010 | CE | Process and archive monthly payables for Arley Court residence | 0.20 | $85.00 | $17.00 |
| 9/02/2010 | JC | Teleconference with the Internal Revenue Service regarding VP Marketing's tax liability | 0.20 | $165.00 | $33.00 |
| 9/02/2010 | JC | Meet with CE and the Receiver regarding the sale of the Arley Court property | 0.50 | $165.00 | $82.50 |
| 9/02/2010 | PH | Telephone conference with Jamila Hall | 0.30 | $215.00 | $64.50 |
| 9/02/2010 | RS | Meet Marietta Wrecker at Public Storage for towing of vehicles to Four Seasons Auction | 1.90 | $85.00 | $161.50 |
| 9/03/2010 | CE | Email exchange with private buyer regarding sale of Arley Court | 0.20 | $85.00 | $17.00 |
| 9/03/2010 | CE | Email exchange with auctioneer regarding sale of Arley Court | 0.20 | $85.00 | $17.00 |
| 9/03/2010 | CE | Telephone conference with real estate agent regarding sale of Arley Court | 0.20 | $85.00 | $17.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/07/2010 | CE | Meet with Receiver regarding latest offer from private buyer and options available for largest return to receivership | 0.30 | $85.00 | $25.50 |
| 9/07/2010 | CE | Telephone conference with Vintage Girls regarding sale of furnishings in house located at 4230 Arley Court | 0.20 | $85.00 | $17.00 |
| 9/08/2010 | CE | Telephone conference with Bill Smith at Jones Day regarding request for release of funds at St. Kitts bank | 0.20 | $85.00 | $17.00 |
| 9/08/2010 | CE | Telephone conference with Edmund Lawrence at St. Kitts bank regarding letter sent by Bryan Bayne requesting release of funds to receivership estate | 0.20 | $85.00 | $17.00 |
| 9/08/2010 | CE | Compile facts and documents that substantiate overseas funds and accounts held by defendants for Receiver's testimony at hearing as required by United States Attorney's office | 5.50 | $85.00 | $467.50 |
| 9/08/2010 | CE | Telephone conference with private buyer regarding latest offer and research on current houses listed for sale in the area | 0.20 | $85.00 | $17.00 |
| 9/08/2010 | JC | Begin drafting letter to the IRS regarding ERT payroll tax issues | 0.20 | $165.00 | $33.00 |
| 9/08/2010 | JC | Review off-shore account information regarding the ERT accounts in preparation for Receiver's testimony | 0.30 | $165.00 | $49.50 |
| 9/08/2010 | NO | Assist in compiling documentation and information necessary for Receiver's testimony | 1.00 | $85.00 | $85.00 |
| 9/08/2010 | PH | Meet with CE regarding wire transfers to and from foreign accounts | 0.40 | $215.00 | $86.00 |
| 9/08/2010 | PH | Telephone conference with US Attorney's Office | 0.40 | $215.00 | $86.00 |
| 9/09/2010 | CE | Receive and review agreement for sale from Vintage Girls regarding sale of items in Arley Court house | 0.80 | $85.00 | $68.00 |

| Date | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/09/2010 | CE | Telephone conference with Carla Bell at RB Management regarding office space at Hannover Park complex | 0.20 | $85.00 | $17.00 |
| 9/09/2010 | CE | Prepare letter to JP Morgan Chase regarding funds held in Total Curb Appeal account | 0.20 | $85.00 | $17.00 |
| 9/09/2010 | CE | Prepare letter to FTC forward August 2010 bank statements | 0.20 | $85.00 | $17.00 |
| 9/09/2010 | CE | Telephone conference with NFL Officeworks regarding removing furnishings from office at Hannover Park | 0.20 | $85.00 | $17.00 |
| 9/09/2010 | CE | Telephone conference with Ashley Wheeler of Vintage Girls regarding selling items in Arley Court house | 0.20 | $85.00 | $17.00 |
| 9/10/2010 | CE | Telephone conference with Steve White regarding sale of Arley Court house and its contents | 0.20 | $85.00 | $17.00 |
| 9/10/2010 | CE | Remove computers and telephone equipment from Hannover Park office for storage at Receiver's office | 3.50 | $85.00 | $297.50 |
| 9/10/2010 | CE | Telephone conference with Vintage Girls regarding sale of items at Arley Court | 0.20 | $85.00 | $17.00 |
| 9/10/2010 | CE | Telephone conference with Steve White regarding sale of Arley Court | 0.20 | $85.00 | $17.00 |
| 9/10/2010 | CE | Second telephone conference with private buyer regarding house and items for sale | 0.20 | $85.00 | $17.00 |
| 9/10/2010 | CE | Telephone conference with private buyer regarding offer to buy Arley Court house | 0.20 | $85.00 | $17.00 |
| 9/10/2010 | PH | Prepare for testimony | 2.00 | $215.00 | $430.00 |
| 9/10/2010 | PH | Attend and testify at Defendant Adams's detention hearing | 3.10 | $215.00 | $666.50 |
| 9/10/2010 | PH | Telephone conference with Jamila Hall | 0.30 | $215.00 | $64.50 |
| 9/14/2010 | CE | Meet with personal property appraiser | 2.00 | $85.00 | $170.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | regarding sale of items at Arley Court house | | | |
| 9/14/2010 | CE | Prepare letter to owner of Colmer Avenue house forwarding outstanding bill for gas service | 0.20 | $85.00 | $17.00 |
| 9/14/2010 | CE | Prepare letter to FTC forwarding latest statement for shared money market account | 0.20 | $85.00 | $17.00 |
| 9/14/2010 | CE | Prepare letter to RB Management terminating lease at Hannover Park and releasing space to landlord | 0.20 | $85.00 | $17.00 |
| 9/15/2010 | CE | Meet potential buyer for furnishings at Hannover Park office; complete removal of computer equipment from office for future sale | 1.50 | $85.00 | $127.50 |

Total Fees     $6,548.00

**Expenses**

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 8/31/2010 | August Smartlinx/ Lexis Charges | 1.00 | No Charge |
| 8/31/2010 | August Postage | 1.00 | No Charge |
| 8/31/2010 | August Photocopies | 150.00 | No Charge |
| 8/31/2010 | August Scanned Copies | 252.00 | No Charge |
| 8/31/2010 | August Facsimiles | 1.00 | No Charge |
| 8/31/2010 | September Insurance Coverage for stored vehicles | 1.00 | $19.00 |

Total Expenses     $19.00

Total New Charges     $6,567.00

**Staff Summary**

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Cherie Eason | 35.00 | $85.00 | $2,975.00 |
| Jamie Carroll | 8.80 | $165.00 | $1,452.00 |
| Nikki Osborne | 3.20 | $85.00 | $272.00 |
| Pat Huddleston | 6.90 | $215.00 | $1,483.50 |
| Rosey Sumrall | 4.30 | $85.00 | $365.50 |