The Huddleston Law Firm
1300 Ridenour Blvd., Suite 200
Kennesaw, GA 30152

Valerie Verduce
Federal Trade Commission
225 Peachtree Street
Suite 1500
Atlanta, GA 30303

Date: 1/07/2011

Regarding: Economic Relief
Invoice No: 00028

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 9/16/2010 | CE | Remove remainder of the computer equipment from Hannover Park office and meet with potential buyer for office furnishings | 2.00 | $85.00 | $170.00 |
| 9/16/2010 | RS | Contact Nuvox to schedule pickup of phone equipment found at the 100 Hannover Park office | 0.50 | $85.00 | $42.50 |
| 9/16/2010 | ZL | Draft purchase and sale contract for sale of Arley Court property | 0.00 | $165.00 | No Charge |
|  |  |  | 2.70 |  | No Charge |
| 9/17/2010 | CE | Conduct research to determine selling price for items on list presented by private buyer | 3.00 | $85.00 | $255.00 |
| 9/17/2010 | CE | Meet with private buyer to discuss options for closing of house, items he wants left with house and items he would like to purchase | 2.50 | $85.00 | $212.50 |
| 9/17/2010 | CE | Conduct weekly inspection of Arley Court house pursuant to insurance requirements; obtain specific information on items private buyer has requested be left with the home | 1.50 | $85.00 | $127.50 |
| 9/17/2010 | ZL | Review and revise purchase and sale contract for sale of real property located | 0.00 | $165.00 | No Charge |

**EXHIBIT A**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | at Arley court | | | |
| | | | 5.40 | | No Charge |
| 9/17/2010 | ZL | Make further revisions to purchase and sale contract | 0.00 | $165.00 | No Charge |
| | | | 0.30 | | No Charge |
| 9/20/2010 | CE | Telephone conference with private buyer regarding financing and contract for house | 0.20 | $85.00 | $17.00 |
| 9/20/2010 | CE | Email exchange with Matrix Insurance regarding insurance coverage for Arley Court house | 0.20 | $85.00 | $17.00 |
| 9/20/2010 | CE | Email exchange with Chase Bank regarding money in Total Curb Appeal account | 0.20 | $85.00 | $17.00 |
| 9/20/2010 | CE | Email exchange with Keller Williams regarding canceling listing on Arley Court house | 0.20 | $85.00 | $17.00 |
| 9/21/2010 | CE | Telephone conference with auctioneer regarding sale of items in Arley Court house | 0.20 | $85.00 | $17.00 |
| 9/21/2010 | CE | Email exchange with insurance agent regarding purchase of thirty day policy to cover Arley Court house and contents | 0.20 | $85.00 | $17.00 |
| 9/21/2010 | CE | Email exchange with Keller Williams requesting form to cancel listing agreement | 0.20 | $85.00 | $17.00 |
| 9/21/2010 | CE | Telephone conference with private buyer regarding sale of Arley Court | 0.20 | $85.00 | $17.00 |
| 9/21/2010 | PH | Team meeting regarding real estate contract and contingency for court approval | 0.50 | $215.00 | $107.50 |
| 9/22/2010 | CE | Review sales contract for Arley Court house and review deed records online | 0.00 | $85.00 | No Charge |
| | | | 1.00 | | No Charge |
| 9/22/2010 | CE | Prepare analysis of sales options for Arley Court house; prepare letter to FTC outlining decision to sell house to private buyer | 0.80 | $85.00 | $68.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/22/2010 | CE | Telephone conference with Bank of America regarding refund of insurance premium for coverage on Arley Court house and requesting new payoff statement | 0.40 | $85.00 | $34.00 |
| 9/22/2010 | CE | Receive and review revised payoff statement from Bank of America | 0.20 | $85.00 | $17.00 |
| 9/22/2010 | JC | Review Arley Court sales agreement | 0.10 | $165.00 | $16.50 |
| 9/23/2010 | CE | Review and finalize sales agreement for Arley Court house | 0.20 | $85.00 | $17.00 |
| 9/23/2010 | CE | Email exchange with Chase Bank regarding account in the name of Total Curb Appeal and forwarding money to Receiver | 0.20 | $85.00 | $17.00 |
| 9/23/2010 | CE | Telephone conference with SpaceMax Storage regarding James Schoenholz's storage unit | 0.20 | $85.00 | $17.00 |
| 9/23/2010 | CE | Review sales agreement to insure all items have been addressed for meeting with private buyer | 0.20 | $85.00 | $17.00 |
| 9/23/2010 | CE | Telephone call to private buyer regarding agreement to sell Arley Court | 0.20 | $85.00 | $17.00 |
| 9/23/2010 | CE | Prepare letter to SpaceMax Storage releasing space leased by James Schoenholz | 0.20 | $85.00 | $17.00 |
| 9/23/2010 | JC | Email with John McGuinan regarding his client's claim against Saferide Warranty | 0.20 | $165.00 | $33.00 |
| 9/23/2010 | PH | Telephone conference with Jamila Hall regarding bank documents on overseas accounts and release of Defendant Schoenholz's personal property in storage unit | 0.40 | $215.00 | $86.00 |
| 9/24/2010 | CE | Meet with private buyer regarding sales agreements | 1.00 | $85.00 | $85.00 |
| 9/24/2010 | CE | Begin gathering information for audit received from FTC Inspector General | 0.80 | $85.00 | $68.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/24/2010 | CE | Prepare motion and exhibits for approval to sell Arley Court | 0.90 | $85.00 | $76.50 |
| 9/24/2010 | CE | Review and revise auction agreement to sell furnishings at Arley Court | 0.70 | $85.00 | $59.50 |
| 9/24/2010 | CE | Telephone conference with auctioneer regarding furnishings at Arley Court | 0.20 | $85.00 | $17.00 |
| 9/24/2010 | CE | Contact local tree removal companies regarding removal of dead trees from Arley Court property | 0.30 | $85.00 | $25.50 |
| 9/24/2010 | CE | Conduct weekly inspection of Arley Court property and gather information regarding particular furnishings and value of same | 1.50 | $85.00 | $127.50 |
| 9/24/2010 | CE | Telephone call to Georgia Department of Revenue regarding tax notice received for Reliable Resources | 0.20 | $85.00 | $17.00 |
| 9/24/2010 | CE | Telephone conference with State Farm regarding notice of cancellation received as to bond in Defendant Adams' name | 0.20 | $85.00 | $17.00 |
| 9/24/2010 | PH | Review and execute lease agreement and sales contract | 0.40 | $215.00 | $86.00 |
| 9/24/2010 | PH | Telephone conference with FTC | 0.10 | $215.00 | $21.50 |
| 9/24/2010 | ZL | Finalize purchase and sale agreement for sale of Arley Court real property | 0.20 | $165.00 | $33.00 |
| 9/24/2010 | ZL | Meet with Dave Brewer to discuss purchase and sale contract | 0.80 | $165.00 | $132.00 |
| 9/27/2010 | CE | Telephone conference with private buyer regarding closing documents and moving into Arley Court | 0.20 | $85.00 | $17.00 |
| 9/27/2010 | CE | Telephone conference with Marietta Tree Service regarding removal of tree on property at Arley Court | 0.20 | $85.00 | $17.00 |
| 9/27/2010 | CE | Email exchange with auctioneer regarding sale of property at Arley Court | 0.20 | $85.00 | $17.00 |
| 9/27/2010 | CE | Conduct research to determine value of | 4.40 | $85.00 | $374.00 |

property inside Arley Court house

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/28/2010 | CE | Complete audit from FTC's Inspector General's office | 2.00 | $85.00 | $170.00 |
| 9/28/2010 | CE | Telephone conference with auctioneer regarding sale of property at Arley Court | 0.20 | $85.00 | $17.00 |
| 9/28/2010 | CE | Receive and review Order from Court approving title transfer of vehicles | 0.20 | $85.00 | $17.00 |
| 9/28/2010 | CE | Review documents from Bank of America regarding closing on Arley Court | 0.40 | $85.00 | $34.00 |
| 9/29/2010 | CE | Receive and review Judge Batten's Order denying defendants' motion to vacate | 0.20 | $85.00 | $17.00 |
| 9/29/2010 | CE | Review and revise Motion to Approve the Sale of the 4230 Arley Court Property | 0.20 | $85.00 | $17.00 |
| 9/29/2010 | CE | Finalize and file Motion to Approve Sale of 4230 Arley Court | 0.20 | $85.00 | $17.00 |
| 9/29/2010 | CE | Forward documents to closing attorney for 4230 Arley Court | 0.20 | $85.00 | $17.00 |
| 9/30/2010 | CE | Finalize Receivership Survey form for filing with Inspector General's office | 0.80 | $85.00 | $68.00 |
| 9/30/2010 | CE | Telephone conference with auctioneer confirming details of October 23 auction | 0.20 | $85.00 | $17.00 |
| 9/30/2010 | CE | Telephone conference with insurance agent regarding coverage at 4230 Arley Court | 0.20 | $85.00 | $17.00 |
| 9/30/2010 | CE | Meet private buyer at Arley Court regarding closing | 1.50 | $85.00 | $127.50 |
| 10/01/2010 | CE | Telephone conference with FTC regarding buyer of Arley Court | 0.20 | $85.00 | $17.00 |
| 10/01/2010 | ZL | Review documents regarding Arley Court closing | 0.30 | $165.00 | $49.50 |
| 10/04/2010 | CE | Telephone conference with Neel and Robinson regarding closing for 4230 | 0.20 | $85.00 | $17.00 |

Arley Court

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/04/2010 | CE | Telephone conference with Marietta Tree Service regarding removal of dead tree from property | 0.20 | $85.00 | $17.00 |
| 10/04/2010 | CE | Prepare Power of Attorney and Title Applications for both Mercedes Benz vehicles | 0.50 | $85.00 | $42.50 |
| 10/04/2010 | NO | Complete and notarize documents necessary for obtaining clear titles on both Mercedes Benz vehicles | 0.20 | $85.00 | $17.00 |
| 10/05/2010 | CE | Telephone call to Edmund Lawrence at St. Kitts bank regarding letter sent by Bryan Bayne authorizing release of funds to receivership | 0.20 | $85.00 | $17.00 |
| 10/05/2010 | CE | Telephone conference with private buyer regarding logistics of closing on house and removal of dead tree | 0.20 | $85.00 | $17.00 |
| 10/05/2010 | CE | Email exchange with auctioneer regarding items for sale at Arley Court | 0.20 | $85.00 | $17.00 |
| 10/05/2010 | CE | Meet with representative at DMV Hapeville office to obtain titles for both Mercedes Benz vehicles so the assets can be sold at auction | 3.50 | $85.00 | $297.50 |
| 10/06/2010 | CE | Meet with buyer and tree service regarding removal of dead trees from property | 1.50 | $85.00 | $127.50 |
| 10/06/2010 | CE | Telephone conference with Bank of America loan processor regarding documents needed for closing on Arley Court | 0.20 | $85.00 | $17.00 |
| 10/06/2010 | CE | Email exchange with Neel and Robinson regarding closing for Arley Court house | 0.20 | $85.00 | $17.00 |
| 10/08/2010 | NO | Telephone conference with FTC regarding contact information for Process America; research and email exchange with FTC regarding same | 0.40 | $85.00 | $34.00 |
| 10/12/2010 | CE | Email exchange with Bank of America | 0.20 | $85.00 | $17.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | requesting documents pertaining to Extended Warranties' account | | | |
| 10/12/2010 | CE | Receive and review documents from Bank of America regarding accounts for Teamwork Systems | 0.30 | $85.00 | $25.50 |
| 10/13/2010 | CE | Telephone conference with Dave Brewer regarding documents needed for closing | 0.20 | $85.00 | $17.00 |
| 10/13/2010 | CE | Prepare letter to FTC forwarding most recent bank statements for receivership accounts | 0.20 | $85.00 | $17.00 |
| 10/13/2010 | CE | Receive and review signature card from Bank of America for account in the name of Extended Warranties | 0.20 | $85.00 | $17.00 |
| 10/13/2010 | CE | Email exchange with Neel and Robinson regarding lis pendens filed on Arley Court property | 0.20 | $85.00 | $17.00 |
| 10/13/2010 | CE | Telephone conference with Bank of America regarding closing for 4230 Arley Court | 0.20 | $85.00 | $17.00 |
| 10/14/2010 | CE | Transmit signature card for Extended Warranties to Global Payments in an attempt to recover money held in reserve account | 0.20 | $85.00 | $17.00 |
| 10/14/2010 | CE | Telephone call to St. Kitts-Nevis-Anguilla Bank regarding money being held for defendant company | 0.20 | $85.00 | $17.00 |
| 10/15/2010 | CE | Telephone conference with RB Management regarding releasing space at Hannover Park | 0.20 | $85.00 | $17.00 |
| 10/15/2010 | CE | Telephone conference with Bank of America regarding pending closing for house at Arley Court | 0.20 | $85.00 | $17.00 |

Total Fees  $4,033.00

**Expenses**

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 9/30/2010 | September Postage | 1.00 | No Charge |

| Date | Description | Amount | |
|---|---|---|---|
| 9/30/2010 | September Photocopies | 120.00 | No Charge |
| 9/30/2010 | September Scanned Copies | 204.00 | No Charge |
| 9/30/2010 | September Facsimiles | 23.00 | No Charge |
| 9/30/2010 | September Lexis/ Smartlinx Charges | 1.00 | No Charge |

Total Expenses $0.00

Total New Charges $4,033.00

**Staff Summary**

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Cherie Eason | 39.70 | $85.00 | $3,374.50 |
| Cherie Eason | 1.00 | $0.00 | $0.00 |
| Jamie Carroll | 0.30 | $165.00 | $49.50 |
| Nikki Osborne | 0.60 | $85.00 | $51.00 |
| Pat Huddleston | 1.40 | $215.00 | $301.00 |
| Rosey Sumrall | 0.50 | $85.00 | $42.50 |
| Zachary Lewis | 1.30 | $165.00 | $214.50 |
| Zachary Lewis | 8.40 | $0.00 | $0.00 |