Valerie Verduce
Federal Trade Commission
225 Peachtree Street
Suite 1500
Atlanta, GA 30303

Date: 12/27/2010

Regarding: Economic Relief
Invoice No: 00027

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 10/18/2010 | CE | Telephone conference with furniture buyer regarding items in Hannover Park office | 0.20 | $85.00 | $17.00 |
| 10/18/2010 | CE | Telephone conference with RB Management regarding office space leased by defendants | 0.20 | $85.00 | $17.00 |
| 10/18/2010 | JC | Review American Debt Negotiators file for potential settlement | 0.20 | $165.00 | $33.00 |
| 10/19/2010 | CE | Load computer equipment and deliver to auction facility for sale | 0.00 | $85.00 | No Charge |
| | | | 2.00 | | No Charge |
| 10/19/2010 | CE | Review files to determine amount of IOLTA account being held by Howard Rosen | 0.20 | $85.00 | $17.00 |
| 10/19/2010 | CE | Review files from American Debt Negotiators regarding monies paid to defendants since 2007 | 0.30 | $85.00 | $25.50 |
| 10/19/2010 | JC | Review record of payments from American Debt Negotiators to the receivership entities; calculate potential payments going forward and the discount rate necessary for a fair settlement; discuss with the Receiver; teleconference with Scott Silver, | 1.30 | $165.00 | $214.50 |

**EXHIBIT A**

counsel for American Debt Negotiators regarding a potential settlement involving a lump sum payment

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/19/2010 | JC | Review file documents regarding Howard Rosen and receivership funds that he still retains in the name of Jason Eyer and Kara Adams | 0.20 | $165.00 | $33.00 |
| 10/19/2010 | PH | Team meeting regarding options for settlement with American Debt Negotiators | 0.30 | $215.00 | $64.50 |
| 10/19/2010 | PH | Receive and review Order approving sale of Arley Court | 0.10 | $215.00 | $21.50 |
| 10/19/2010 | ZL | Calculate damages for settlement offer in American debt negotiators contract claim | 0.30 | $165.00 | $49.50 |
| 10/19/2010 | ZL | Meet with the Receiver, CE, and JC to discuss settlement offer to American debt solutions | 0.10 | $165.00 | $16.50 |
| 10/20/2010 | CE | Telephone conference with FTC regarding proceeds from American Debt Negotiators | 0.20 | $85.00 | $17.00 |
| 10/20/2010 | CE | Telephone conference with IT Expert regarding wiping servers and assistance with locating a buyer | 0.20 | $85.00 | $17.00 |
| 10/20/2010 | CE | Prepare demand letter to Bank of America for release of funds held in defendants' accounts | 0.30 | $85.00 | $25.50 |
| 10/20/2010 | CE | Prepare demand letter to Hancock Bank for release of funds held in defendants' accounts | 0.30 | $85.00 | $25.50 |
| 10/20/2010 | CE | Sort items taken from Defendant Schoenholz's car for auction and storage | 0.00 | $85.00 | No Charge |
| | | | 2.00 | | No Charge |
| 10/20/2010 | CE | Receive and review notice from IRS regarding taxes due by Saferide Warranty | 0.20 | $85.00 | $17.00 |
| 10/20/2010 | CE | Receive and review notice from IRS regarding taxes due by VP Marketing | 0.20 | $85.00 | $17.00 |

| 10/20/2010 | JC | Review options for sale of the Arley Court property | 0.20 | $165.00 | $33.00 |
|---|---|---|---|---|---|
| 10/20/2010 | JC | Review offer to settle with American Debt Negotiators regarding its payments to the Receiver | 0.20 | $165.00 | $33.00 |
| 10/21/2010 | CE | Telephone conference with auctioneer regarding sale at 4230 Arley Court | 0.20 | $85.00 | $17.00 |
| 10/21/2010 | CE | Telephone conference with private buyer regarding access to Arley Court for auction | 0.20 | $85.00 | $17.00 |
| 10/21/2010 | CE | Email exchange with IT Expert regarding wiping computers and servers for future sale | 0.20 | $85.00 | $17.00 |
| 10/21/2010 | CE | Telephone conference with SpaceMax Storage regarding storage unit leased by James Schoenholz | 0.20 | $85.00 | $17.00 |
| 10/21/2010 | CE | Telephone call to Michael Martin at St. Kitts National Bank regarding release of funds held in Safe Key Corporation account | 0.20 | $85.00 | $17.00 |
| 10/21/2010 | CE | Extensive telephone conference with Michael Martin at St. Kitts National Bank regarding funds being held in Safe Key Corporation account | 0.40 | $85.00 | $34.00 |
| 10/21/2010 | CE | Telephone conference with Bill Smith regarding letter from Bryan Bayne to release information/documents at St. Kitts National Bank | 0.20 | $85.00 | $17.00 |
| 10/21/2010 | CE | Prepare letter to St. Kitts National Bank forwarding international wiring instructions for release of money | 0.20 | $85.00 | $17.00 |
| 10/21/2010 | CE | Prepare letter to Bill Smith regarding language needed in Bryan Bayne's letter for release of information/documents at St. Kitts National Bank | 0.20 | $85.00 | $17.00 |
| 10/21/2010 | JC | Review letter to St. Kitts bank requesting the documentation and funds | 0.20 | $165.00 | $33.00 |

| 10/21/2010 | JC | Teleconference with American Debt Negotiators regarding payments to the receivership | 0.20 | $165.00 | $33.00 |
|---|---|---|---|---|---|
| 10/25/2010 | CE | Telephone conference with private buyer regarding problems at auction and Kyle Singleton's interference | 0.50 | $85.00 | $42.50 |
| 10/25/2010 | CE | Request wire transfer to Federal Trade Reserve for money held in escrow | 0.20 | $85.00 | $17.00 |
| 10/25/2010 | CE | Contact licensed contractor regarding problem with gas water heaters at Arley Court | 0.20 | $85.00 | $17.00 |
| 10/25/2010 | JC | Teleconference with Robbie Burnbaum regarding a potential settlement of American Debt Negotiator's liability to the Receiver | 0.20 | $165.00 | $33.00 |
| 10/26/2010 | CE | Telephone conference with Doug Bilotti regarding money from Extended Warranties' account at EVO | 0.20 | $85.00 | $17.00 |
| 10/26/2010 | CE | Email exchange with Bank of North Georgia to verify wire transfer to Federal Trade Reserve | 0.20 | $85.00 | $17.00 |
| 10/26/2010 | CE | Telephone conference with Reggie Martin regarding his interest in purchasing the Arley Court house | 0.20 | $85.00 | $17.00 |
| 10/26/2010 | CE | Email exchange with Scott Sailors regarding work needed on servers | 0.20 | $85.00 | $17.00 |
| 10/26/2010 | CE | Prepare letter to JP Morgan Chase to request funds from frozen account | 0.20 | $85.00 | $17.00 |
| 10/26/2010 | CE | Email exchange with Bank of America to follow up on request for release of frozen funds | 0.20 | $85.00 | $17.00 |
| 10/26/2010 | CE | Telephone conference with Hancock Bank regarding request for release of frozen funds | 0.20 | $85.00 | $17.00 |
| 10/26/2010 | CE | Prepare letter to Donlevy-Rosen regarding release of funds held in IOLTA account for defendants | 0.20 | $85.00 | $17.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10/26/2010 | CE | Meet with IT expert regarding preparing a copy of data on servers and preparing them for resale | 0.20 | $85.00 | $17.00 |
| 10/26/2010 | CE | Email exchange with Michael Martin at St. Kitts bank regarding wire transfer to money market account | 0.20 | $85.00 | $17.00 |
| 10/27/2010 | CE | Review documents uncovered in garage at Arley Court to determine if they contain information on any previously undiscovered assets or bank accounts | 1.00 | $85.00 | $85.00 |
| 10/27/2010 | CE | Meet with Receiver to discuss problem with closing on Arley Court by month end | 0.30 | $85.00 | $25.50 |
| 10/27/2010 | CE | Receive letter and check from Bank of America regarding Systel Group accounts; process check for deposit and archive for future reference | 0.30 | $85.00 | $25.50 |
| 10/27/2010 | CE | Email exchange with Bank of North Georgia requesting wire transfer to Federal Reserve | 0.20 | $85.00 | $17.00 |
| 10/27/2010 | CE | Telephone conference with potential second private buyer regarding house at Arley Court | 0.20 | $85.00 | $17.00 |
| 10/27/2010 | CE | Transmit real estate appraisal to second private buyer for Arley Court house | 0.20 | $85.00 | $17.00 |
| 10/27/2010 | PH | Meet with CE and ZL regarding Arley Court house | 0.50 | $215.00 | $107.50 |
| 10/27/2010 | ZL | Meet with the Receiver and with CE to discuss purchase and sale contract for Arley Courthouse | 0.20 | $165.00 | $33.00 |
| 10/28/2010 | CE | Outline strategy regarding expiring contract for sale of Arley Court house | 0.40 | $85.00 | $34.00 |
| 10/28/2010 | CE | Telephone conference with auctioneer regarding keys to house at Arley Court | 0.20 | $85.00 | $17.00 |
| 10/28/2010 | CE | Telephone conference with private buyer regarding financing to purchase house | 0.20 | $85.00 | $17.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10/28/2010 | CE | Meet with IT expert regarding cost of copying data on servers and sale of same | 0.20 | $85.00 | $17.00 |
| 10/28/2010 | CE | Email exchange with Bank of North Georgia regarding transfer of funds to money market account for wiring to Federal Reserve | 0.20 | $85.00 | $17.00 |
| 10/28/2010 | CE | Receive letter and checks from Hancock Bank for Kara Adams's accounts; process check for deposit and archive for future reference | 0.40 | $85.00 | $34.00 |
| 10/28/2010 | JC | Teleconference with Kayla Carroll regarding the sale of vehicle by the Receiver | 0.20 | $165.00 | $33.00 |
| 10/28/2010 | ZL | Meet with CE to discuss potential new buyer for Arley Court house | 0.20 | $165.00 | $33.00 |
| 10/28/2010 | ZL | Research Georgia case law on ability of Receiver to walk away from real property purchase and sale agreement without incurring liability | 0.00 | $165.00 | No Charge |
| | | | 0.40 | | No Charge |
| 10/28/2010 | ZL | Review purchase and sale agreement and lease contract that were executed on September 24 with current prospective buyer | 0.00 | $165.00 | No Charge |
| | | | 0.20 | | No Charge |
| 10/29/2010 | CE | Request transfer of funds from receivership account to federal reserve | 0.20 | $85.00 | $17.00 |
| 10/29/2010 | JC | Receive and review email from Lawrence Zimmerman regarding a discovery request | 0.20 | $165.00 | $33.00 |
| 11/01/2010 | CE | Send request for transfer of funds from Shared MMA to money market account for wiring | 0.20 | $85.00 | $17.00 |
| 11/01/2010 | CE | Send email to private buyer regarding financing for purchase of house | 0.20 | $85.00 | $17.00 |
| 11/01/2010 | JC | Respond to Lawrence Zimmerman's request for documents found in Jason Eyer's home and businesses | 0.30 | $165.00 | $49.50 |

| 11/02/2010 | CE | Email exchange with Mike Martin at St. Kitts National Bank regarding transfer to receivership account | 0.20 | $85.00 | $17.00 |
|---|---|---|---|---|---|
| 11/02/2010 | CE | Request transfer of funds from money market account to Federal Reserve | 0.20 | $85.00 | $17.00 |
| 11/02/2010 | CE | Telephone call to private buyer regarding Arley Court house | 0.20 | $85.00 | $17.00 |
| 11/02/2010 | CE | Email exchange with Matrix Insurance regarding renewal of coverage on Arley Court property | 0.20 | $85.00 | $17.00 |
| 11/02/2010 | CE | Meet with private buyer regarding offer on house | 1.80 | $85.00 | $153.00 |
| 11/02/2010 | CE | Telephone call to Mike Martin at St. Kitts National Bank regarding transfer to receivership account | 0.20 | $85.00 | $17.00 |
| 11/03/2010 | CE | Telephone conference with security system provider regarding alarm system at Arley Court | 0.20 | $85.00 | $17.00 |
| 11/03/2010 | CE | Telephone call to Mike Martin at St. Kitts National Bank regarding transfer from Safe Key Corporation account | 0.20 | $85.00 | $17.00 |
| 11/03/2010 | CE | Telephone conference with private buyer at Arley Court regarding security system | 0.20 | $85.00 | $17.00 |
| 11/03/2010 | CE | Telephone conference with Matrix Insurance regarding coverage for Arley Court house | 0.20 | $85.00 | $17.00 |
| 11/04/2010 | CE | Email exchange with Nancy Hoadley at Bank of America regarding checks founds at Arley Court and the accounts they were drawn on | 0.20 | $85.00 | $17.00 |
| 11/04/2010 | CE | Email exchange with Mike Martin at St. Kitts National Bank regarding letter from Bryan Bayne | 0.20 | $85.00 | $17.00 |
| 11/04/2010 | CE | Telephone call to Doug Bilotti regarding transferring money from EVO to the receivership estate | 0.20 | $85.00 | $17.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/04/2010 | CE | Telephone call to Bill Smith at Jones Day regarding letter from Bryan Bayne to St. Kitts National Bank | 0.20 | $85.00 | $17.00 |
| 11/04/2010 | CE | Prepare list of defendants, corporations and related entities to forward to St. Kitts National Bank | 0.40 | $85.00 | $34.00 |
| 11/04/2010 | CE | Meet with private buyer regarding financing for house and repairs requested prior to closing | 0.90 | $85.00 | $76.50 |
| 11/04/2010 | CE | Telephone conference with Matrix Insurance to secure insurance for Arley Court | 0.20 | $85.00 | $17.00 |
| 11/04/2010 | CE | Telephone conference with Donlevy-Rosen & Rosen regarding release of the funds held in escrow to the receivership estate | 0.20 | $85.00 | $17.00 |
| 11/05/2010 | CE | Prepare letter to FTC transmitting most recent bank statements | 0.20 | $85.00 | $17.00 |
| 11/05/2010 | CE | Process monthly payables and archive for future reference | 0.30 | $85.00 | $25.50 |
| 11/05/2010 | CE | Email exchange with Bill Smith at Jones Day regarding Bryan Bayne's letter to St. Kitts National Bank | 0.20 | $85.00 | $17.00 |
| 11/05/2010 | CE | Telephone conference with Stephen Bray regarding insurance for Arley Court | 0.20 | $85.00 | $17.00 |
| 11/05/2010 | CE | Receive and review documents to bind insurance for Arley Court; complete application and forward check to pay premium | 0.40 | $85.00 | $34.00 |
| 11/08/2010 | CE | Receive and review insurance application and agreement to pay premium for property at Arley Court | 0.40 | $85.00 | $34.00 |
| 11/09/2010 | CE | Telephone conference with Cobb County Building Permit Department regarding construction in Cheshire Manor Subdivision | 0.20 | $85.00 | $17.00 |
| 11/09/2010 | CE | Telephone call with private buyer | 0.30 | $85.00 | $25.50 |

regarding financing and offer on house

| | | | | | |
|---|---|---|---|---|---|
| 11/09/2010 | CE | Telephone call to real estate agent regarding listing Arley Court | 0.20 | $85.00 | $17.00 |
| 11/10/2010 | CE | Meet with Receiver regarding best option for selling Arley Court | 0.50 | $85.00 | $42.50 |
| 11/10/2010 | CE | Telephone conference with Doug Bilotti at EVO regarding releasing money in Extended Warranties account | 0.20 | $85.00 | $17.00 |
| 11/10/2010 | CE | Telephone call to Mike Martin at St. Kitts National Bank regarding money in Safe Key Corporation account | 0.20 | $85.00 | $17.00 |
| 11/10/2010 | CE | Telephone conference with Bank of America insurance department regarding insurance on Arley Court | 0.50 | $85.00 | $42.50 |
| 11/10/2010 | CE | Email exchange with Bank of North Georgia regarding confirmation of wire transfers | 0.20 | $85.00 | $17.00 |
| 11/10/2010 | CE | Email exchange with FTC regarding wire transfer confirmations | 0.00 | $85.00 | $0.00 |
| 11/10/2010 | CE | Telephone conference with real estate agent regarding Arley Court house | 0.20 | $85.00 | $17.00 |
| 11/11/2010 | CE | Telephone conference with Mike Martin regarding wire transfer being sent to receivership account | 0.20 | $85.00 | $17.00 |
| 11/11/2010 | CE | Telephone conference with Four Seasons Auction regarding settlement statement and proceeds from auction | 0.20 | $85.00 | $17.00 |
| 11/11/2010 | CE | Receive and review settlement statement and forward signed copy to auctioneer for release of proceeds | 0.20 | $85.00 | $17.00 |
| 11/12/2010 | NO | Email exchanges with the Bank of North Georgia regarding transfers to the Federal Reserve; prepare correspondence to FTC regarding same | 0.40 | $85.00 | $34.00 |

Total Fees    $2,833.00

## *Expenses*

| Start Date | Description | Quantity | Charges |
|------------|-------------|----------|---------|
| 10/31/2010 | October Photocopies | 268.00 | No Charge |
| 10/31/2010 | October Scanned Copies | 495.00 | No Charge |
| 10/31/2010 | October Facsimiles | 222.00 | No Charge |
| 10/31/2010 | October Smartlinx/ Lexis charges | 1.00 | No Charge |
| 10/31/2010 | October Postage | 1.00 | No Charge |

|  | Total Expenses | $0.00 |
|--|----------------|-------|
|  | Total New Charges | $2,833.00 |

## *Staff Summary*

| Name | Hours | Rate | Fees |
|------|-------|------|------|
| Cherie Eason | 22.50 | $85.00 | $1,912.50 |
| Cherie Eason | 4.00 | $0.00 | $0.00 |
| Jamie Carroll | 3.40 | $165.00 | $561.00 |
| Nikki Osborne | 0.40 | $85.00 | $34.00 |
| Pat Huddleston | 0.90 | $215.00 | $193.50 |
| Zachary Lewis | 0.80 | $165.00 | $132.00 |
| Zachary Lewis | 0.60 | $0.00 | $0.00 |