Investor's Watchdog
1300 Ridenour Blvd
Suite 200
Kennesaw, GA 30152

Pat Huddleston
The Huddleston Law Firm
1300 Ridenour Boulevard
Suite 200
Kennesaw, GA 30152

Date: 12/16/2010

Regarding: Economic Relief
Invoice No:  00017

### Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 10/18/2010 | MF | Reconcile September bank accounts | 0.50 | $145.00 | $72.50 |
| 11/15/2010 | MF | Reconcile October bank statements | 0.50 | $145.00 | $72.50 |
| Sub Total: | | | | | $145.00 |
| | | | | Total Fees | $145.00 |
| Total New Charges | | | | | $145.00 |

### Staff Summary

| Name | Hours | Rate | Fees |
|------|-------|------|------|
| Michelle Fox | 1.00 | $145.00 | $145.00 |

**EXHIBIT B**