The Huddleston Law Firm
1300 Ridenour Blvd., Suite 200
Kennesaw, GA 30152

Valerie Verduce
Federal Trade Commission
225 Peachtree Street
Suite 1500
Atlanta, GA 30303

Date: 12/17/2010

Regarding: Economic Relief
Invoice No: 00026

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 11/16/2010 | CE | Meet with real estate agent regarding listing price of property and provisions of listing agreement | 0.50 | $85.00 | $42.50 |
| 11/16/2010 | CE | Verify receipt of wire transfer from St. Kitts National Bank | 0.20 | $85.00 | $17.00 |
| 11/17/2010 | JC | Email exchange with Lawrence Zimmerman regarding documents in the possession of the Receiver | 0.20 | $165.00 | $33.00 |
| 11/18/2010 | CE | Telephone conference with private buyer declining his new offer and listing house for sale | 0.20 | $85.00 | $17.00 |
| 11/19/2010 | CE | Meet with real estate agent to execute listing agreement, secure residence, and install lock box | 2.50 | $85.00 | $212.50 |
| 11/22/2010 | CE | Verify receipt of wire transfer from American Debt Negotiators | 0.20 | $85.00 | $17.00 |
| 11/22/2010 | CE | Telephone call to Doug Bilotti regarding money being held in Extended Warranties' account | 0.20 | $85.00 | $17.00 |
| 11/23/2010 | CE | Telephone conference with real estate agent regarding showing house at 4230 Arley Court | 0.20 | $85.00 | $17.00 |

**EXHIBIT A**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/24/2010 | CE | Telephone conference with real estate agent regarding showing of house by second agent | 0.20 | $85.00 | $17.00 |
| 11/26/2010 | CE | Telephone conference with real estate agent regarding offer on house | 0.20 | $85.00 | $17.00 |
| 11/26/2010 | CE | Meet with Receiver to discuss current offer on house | 0.20 | $85.00 | $17.00 |
| 11/26/2010 | CE | Second telephone conference with real estate agent regarding counter offer on house | 0.20 | $85.00 | $17.00 |
| 11/29/2010 | CE | Email exchange with Matrix Insurance regarding insurance for Arley Court property | 0.20 | $85.00 | $17.00 |
| 11/30/2010 | CE | Telephone conference with Doug Bilotti at EVO regarding release of funds being held in reserve account | 0.20 | $85.00 | $17.00 |
| 11/30/2010 | CE | Email exchange with Doug Bilotti forwarding wiring instructions so funds can be sent to receivership account | 0.20 | $85.00 | $17.00 |
| 11/30/2010 | CE | Telephone conference with Nuvox regarding pick up of their equipment recovered from Hannover Park office | 0.20 | $85.00 | $17.00 |
| 12/01/2010 | JC | Receive and review emails from the Receiver and Jamila Hall regarding a release form for Kara Adams regarding her overseas accounts | 0.20 | $165.00 | $33.00 |
| 12/02/2010 | CE | Prepare paperwork necessary to open receivership account at Wells Fargo | 0.20 | $85.00 | $17.00 |
| 12/02/2010 | JC | Research foreign banks; review bank transfers; draft releases for Kara Adams to sign | 2.40 | $165.00 | $396.00 |
| 12/03/2010 | JC | Edit and revise foreign bank releases for Kara Adams; research Cook Islands law and past releases used by prosecutors in similar cases; discuss with the Receiver and email Jamila Hall regarding the releases | 1.50 | $165.00 | $247.50 |
| 12/06/2010 | CE | Receive and review bank statements for | 0.20 | $85.00 | $17.00 |

| Date | Staff | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| | | receivership accounts; archive for future reference | | | |
| 12/06/2010 | JC | Teleconference and email with Jamila Hall regarding Ahmed Shoeb release; draft release | 0.50 | $165.00 | $82.50 |
| 12/08/2010 | CE | Telephone conference with real estate agent regarding change to security code | 0.20 | $85.00 | $17.00 |
| 12/09/2010 | JC | Review potential settlement offer to American Debt Negotiators | 0.20 | $165.00 | $33.00 |
| 12/09/2010 | RS | Re-active alarm system and change security code at Arley Court; conduct weekly inspection pursuant to insurance requirements | 1.10 | $85.00 | $93.50 |
| 12/13/2010 | JC | Teleconference with counsel for American Debt Negotiators regarding potential settlement | 0.30 | $165.00 | $49.50 |
| 12/14/2010 | CE | Telephone conference with Cobb County Tax Commissioner Office regarding FIFA filed against defendant | 0.20 | $85.00 | $17.00 |
| 12/14/2010 | JC | Review ADN payments to receivership estate; teleconference with Robbie Burnbaum regarding settlement of contract with defendants | 0.50 | $165.00 | $82.50 |
| 12/15/2010 | CE | Prepare letter to FTC forwarding December 2010 bank statements | 0.20 | $85.00 | $17.00 |

|  |  |
|---|---|
| Total Fees | $1,611.50 |
| Total New Charges | $1,611.50 |

### Staff Summary

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Cherie Eason | 6.60 | $85.00 | $561.00 |
| Jamie Carroll | 5.80 | $165.00 | $957.00 |
| Rosey Sumrall | 1.10 | $85.00 | $93.50 |