The Huddleston Law Firm
1300 Ridenour Blvd., Suite 200
Kennesaw, GA 30152

Valerie Verduce
Federal Trade Commission
225 Peachtree Street
Suite 1500
Atlanta, GA 30303

Date: 4/06/2011

Regarding: Economic Relief
Invoice No: 00033

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 12/16/2010 | CE | Telephone conference with Doug Bilotti regarding release of funds held in reserve account | 0.20 | $85.00 | $17.00 |
| 12/16/2010 | CE | Telephone conference with Mike Martin at St. Kitts National Bank regarding documents pertaining to defendant's merchant account | 0.20 | $85.00 | $17.00 |
| 12/22/2010 | CE | Email exchange with Bank of America regarding balances in accounts and releasing money to receivership | 0.20 | $85.00 | $17.00 |
| 12/22/2010 | CE | Email exchange with Mike Martin at St. Kitts National Bank regarding documents from Safe Key Corporation account | 0.20 | $85.00 | $17.00 |
| 12/22/2010 | CE | Email exchange with Doug Bilotti regarding release of money held in reserve account | 0.20 | $85.00 | $17.00 |
| 12/24/2010 | CE | Meet with real estate agent regarding recent showing of house and strategy going forward | 0.30 | $85.00 | $25.50 |
| 12/29/2010 | JC | Email and teleconference with Stephanie Visser regarding the default judgment that her client has against Saferide Warranty | 0.30 | $165.00 | $49.50 |

**EXHIBIT A**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/04/2011 | JC | Email with counsel for American Debt Negotiators regarding settlement negotiations; review the American Debt Negotiators file; review settlement calculation of amount owed | 1.20 | $165.00 | $198.00 |
| 1/05/2011 | JC | Calculate approximate amounts owed by American Debt Negotiators to the receivership; email exchange with American Debt Negotiators' counsel regarding settlement | 0.50 | $165.00 | $82.50 |
| 1/06/2011 | CE | Telephone call to Doug Bilotti regarding money held in reserve account at EVO | 0.20 | $85.00 | $17.00 |
| 1/06/2011 | CE | Receive and review email and spreadsheet from St. Kitts National Bank regarding wire transfers from Safe Key Corporation account | 0.90 | $85.00 | $76.50 |
| 1/06/2011 | JC | Review Marvin Cox deposition; email with Lawrence Zimmerman, defense counsel, regarding that deposition | 0.00 | $165.00 | No Charge |
| | | | 0.20 | | No Charge |
| 1/06/2011 | JC | Receive and review email from American Debt Negotiators regarding settlement negotiations | 0.20 | $165.00 | $33.00 |
| 1/07/2011 | CE | Telephone conference with Doug Bilotti regarding money in reserve account at EVO | 0.20 | $85.00 | $17.00 |
| 1/07/2011 | JC | Email and teleconference with Lawrence Zimmerman regarding servers we hold for the ERT entities and contact information for Marvin Cox | 0.00 | $165.00 | No Charge |
| | | | 0.40 | | No Charge |
| 1/07/2011 | JC | Review American Debt Negotiator correspondence and our options for settlement; email with Robby Birnbaum, counsel for American Debt Negotiators | 0.40 | $165.00 | $66.00 |
| 1/10/2011 | CE | Telephone call to FTC regarding fee application | 0.20 | $85.00 | $17.00 |
| 1/10/2011 | CE | Telephone conference with real estate agent regarding showing of house on Arley Court | 0.20 | $85.00 | $17.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/10/2011 | JC | Receive and review settlement offer from EVO regarding funds held for receivership entities; email with the Receiver regarding the terms of the settlement | 0.30 | $165.00 | $49.50 |
| 1/10/2011 | JC | Receive and review email from American Debt Negotiators counsel regarding the settlement negotiations | 0.10 | $165.00 | $16.50 |
| 1/12/2011 | CE | Email exchange with Jamila Hall regarding release of Kara Adams and current address of record | 0.20 | $85.00 | $17.00 |
| 1/13/2011 | CE | Telephone conference with FTC regarding American Debt Negotiators | 0.20 | $85.00 | $17.00 |
| 1/13/2011 | JC | Email with the Receiver regarding release of EVO in exchange for the funds received from them | 0.20 | $165.00 | $33.00 |
| 1/13/2011 | JC | Email exchange with American Debt Negotiators counsel regarding deposition; outline documents and information to obtain during 30(b)(6) deposition | 0.80 | $165.00 | $132.00 |
| 1/14/2011 | JC | Draft 30(b)(6) deposition for American Debt Negotiators; email exchange with American Debt Negotiators counsel regarding deposition | 1.50 | $165.00 | $247.50 |
| 1/18/2011 | CE | Telephone conference with real estate agent regarding offer received on Arley Court house | 0.20 | $85.00 | $17.00 |
| 1/18/2011 | CE | Receive and review Purchase and Sale Agreement for offer on Arley Court house | 0.20 | $85.00 | $17.00 |
| 1/18/2011 | CE | Email exchange with Jamila Hall regarding current contact information for Kara Adams and whereabouts of James Schoenholz | 0.20 | $85.00 | $17.00 |
| 1/18/2011 | JC | Email with American Debt Negotiator counsel regarding information about American Debt Negotiators' relationship with receivership entities | 0.20 | $165.00 | $33.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/19/2011 | CE | Complete and archive documents to open money market account at Suntrust Bank for receivership estate | 0.70 | $85.00 | $59.50 |
| 1/20/2011 | RS | Receive and archive counter offer and additional offer from real estate agent; telephone conference with real estate agent regarding multiple offers | 0.40 | $85.00 | $34.00 |
| 1/21/2011 | JC | Teleconference with counsel for American Debt Negotiators | 0.20 | $165.00 | $33.00 |
| 1/21/2011 | RS | Receive and archive offer and multiple offer forms from real estate agent | 0.20 | $85.00 | $17.00 |
| 1/21/2011 | RS | Telephone call to real estate agent regarding the multiple offer notification form being sent to all parties | 0.10 | $85.00 | $8.50 |
| 1/22/2011 | RS | Telephone conference with real estate agent regarding multiple offers on Arley Court house | 0.20 | $85.00 | $17.00 |
| 1/24/2011 | PH | Receive and review counteroffer and new offer on Arley Court house | 1.00 | $215.00 | $215.00 |
| 1/24/2011 | PH | Telephone conference with real estate agent regarding new offer and special stipulation | 0.30 | $215.00 | $64.50 |
| 1/25/2011 | JC | Teleconference with Suzanne Hashimi regarding the computers held by the Receiver | 0.00 | $165.00 | No Charge |
| | | | 0.20 | | No Charge |
| 1/26/2011 | CE | Telephone conference with FTC regarding information contained on servers and future handling of them | 0.20 | $85.00 | $17.00 |
| 1/26/2011 | CE | Process bills for monthly maintenance of Arley Court | 0.20 | $85.00 | $17.00 |
| 1/26/2011 | CE | Receive check from Bank of America regarding refund of escrow account; process for deposit and archive | 0.20 | $85.00 | $17.00 |
| 1/26/2011 | JC | Teleconference with Robby Birnbaum, counsel for American Debt Negotiators regarding deposition | 0.20 | $165.00 | $33.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/27/2011 | CE | Telephone conference with real estate agent regarding stipulation page to sales agreement | 0.20 | $85.00 | $17.00 |
| 1/27/2011 | CE | Meet with IT expert regarding imaging servers to make them available to defendants' counsel | 0.30 | $85.00 | $25.50 |
| 1/27/2011 | JC | Teleconference and email with Suzanne Hashimi regarding the servers and her requests to examine them | 0.00 | $165.00 | No Charge |
| | | | 0.30 | | No Charge |
| 1/28/2011 | CE | Prepare letter to Bank of America returning original checks so funds can be disbursed to receivership | 0.20 | $85.00 | $17.00 |
| 1/28/2011 | CE | Telephone conference with closing attorney's office regarding documents needed to prepare final documents | 0.20 | $85.00 | $17.00 |
| 1/28/2011 | CE | Compile documents and cite to specific pages for closing attorney to use for finalization of closing | 0.40 | $85.00 | $34.00 |
| 1/28/2011 | CE | Email exchange with Bank of America regarding outstanding checks for individual accounts | 0.20 | $85.00 | $17.00 |
| 2/07/2011 | JC | Teleconference with counsel for American Debt Negotiators | 0.20 | $165.00 | $33.00 |
| 2/08/2011 | CE | Email exchange with closing attorneys regarding additional documents needed before closing | 0.20 | $85.00 | $17.00 |
| 2/08/2011 | JC | Teleconference with American Debt Negotiators; revise 30(b)(6) subpoena and notice of deposition; review records of Personal Data System's interactions with American Debt Negotiators | 1.80 | $165.00 | $297.00 |
| 2/09/2011 | CE | Telephone conference with real estate agent regarding appraisal for Arley Court | 0.20 | $85.00 | $17.00 |
| 2/09/2011 | CE | Telephone conference with closing attorney regarding title insurance company | 0.20 | $85.00 | $17.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/09/2011 | CE | Email exchange with closing attorney regarding information needed for closing documents | 0.20 | $85.00 | $17.00 |
| 2/09/2011 | CE | Prepare letter to FTC with January bank statements | 0.20 | $85.00 | $17.00 |
| 2/09/2011 | JC | Teleconference with attorney for Leiah Watson regarding deposition of Marvin Cox; email with the attorney | 0.00 | $165.00 | No Charge |
| | | | 0.20 | | No Charge |
| 2/10/2011 | CE | Telephone conference with real estate agent regarding update on contingency agreement for sale of Arley Court house | 0.20 | $85.00 | $17.00 |
| 2/10/2011 | JC | Email with attorney for Leiah Watson regarding deposition of Marvin Cox | 0.00 | $165.00 | No Charge |
| | | | 0.20 | | No Charge |
| 2/14/2011 | JC | Email with American Debt Negotiators counsel regarding 30(b)(6) deposition | 0.20 | $165.00 | $33.00 |
| 2/15/2011 | JC | Receive and review correspondence from Stephanie Visser regarding claims against receivership entities | 0.20 | $165.00 | $33.00 |
| 2/16/2011 | CE | Telephone call to closing attorney regarding Arley Court property | 0.20 | $85.00 | $17.00 |
| 2/16/2011 | CE | Telephone conference with real estate agent regarding closing set for February 28 | 0.20 | $85.00 | $17.00 |
| 2/16/2011 | CE | Email exchange with David Perrie & Associates regarding closing | 0.20 | $85.00 | $17.00 |
| 2/17/2011 | CE | Telephone conference with real estate regarding inspection of house | 0.20 | $85.00 | $17.00 |
| 2/17/2011 | CE | Telephone call to closing attorney regarding postponement of closing | 0.20 | $85.00 | $17.00 |
| 2/21/2011 | CE | Telephone call to David Perrie & Associates regarding closing | 0.20 | $85.00 | $17.00 |
| 2/21/2011 | JC | Email with PH, CE and counsel for American Debt Negotiators regarding dates for the 30(b)(6) deposition | 0.20 | $165.00 | $33.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/21/2011 | JC | Draft letters to Cook Islands and Belize Banks to go along with the releases signed by Kara Adams authorizing these banks to transfer the funds to the Receiver | 0.70 | $165.00 | $115.50 |
| 2/22/2011 | CE | Finalize and archive letters to Capital Security Bank and Provident Bank enclosing release signed by Kara Adams | 0.30 | $85.00 | $25.50 |
| 2/22/2011 | JC | Email with Lawrence Zimmerman regarding depositions | 0.00 | $165.00 | No Charge |
| | | | 0.20 | | No Charge |
| 2/22/2011 | JC | Review and sign letters to banks demanding funds held on behalf of defendants | 0.20 | $165.00 | $33.00 |
| 2/23/2011 | JC | Review 30(b)(6) deposition notice for American Debt Negotiators | 0.20 | $165.00 | $33.00 |
| 3/01/2011 | ZL | Review closing documents for Arley Court house | 0.50 | $165.00 | $82.50 |
| 3/02/2011 | CE | Finalize and archive closing documents for Arley Court property | 0.20 | $85.00 | $17.00 |
| 3/03/2011 | CE | Contact utility companies, security company and insurance company to cancel coverage and services for Arley Court house | 0.40 | $85.00 | $34.00 |
| 3/03/2011 | JC | Email with American Debt Negotiator counsel regarding dates of the 30(b)(6) deposition | 0.20 | $165.00 | $33.00 |
| 3/03/2011 | JC | Confirm dates of American Debt Negotiators 30(b)(6) deposition with opposing counsel; finalize 30(b)(6) deposition notice; confirm travel plans | 0.60 | $165.00 | $99.00 |
| 3/04/2011 | JC | Email with counsel for American Debt Negotiators regarding deposition | 0.20 | $165.00 | $33.00 |
| 3/07/2011 | CE | Finalize, serve and archive Receiver's 30(b)(6) Notice of Deposition to American Debt Negotiators | 0.30 | $85.00 | $25.50 |
| 3/10/2011 | CE | Schedule court reporter for American | 0.30 | $85.00 | $25.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | Debt Negotiators deposition and provide information necessary for recording deposition | | | |
| 3/14/2011 | CE | Finalize and file Georgia State Tax return | 0.20 | $85.00 | $17.00 |
| 3/17/2011 | CE | Receive notice and archive information regarding wire transfer from American Debt Negotiators | 0.20 | $85.00 | $17.00 |
| 3/17/2011 | JC | Email with counsel for American Debt Negotiators regarding documents requested in the subpoena | 0.60 | $165.00 | $99.00 |
| 3/18/2011 | CE | Review documents produced by American Debt Negotiators to determine what will be needed for 30(b)(6) deposition; begin compiling and copying documents for deposition | 0.50 | $85.00 | $42.50 |
| 3/21/2011 | CE | Compile documents and redact pertinent information from same for use at deposition of American Debt Negotiators | 1.30 | $85.00 | $110.50 |
| 3/22/2011 | JC | Review American Debt Negotiator banking records and emails to prepare for the deposition | 1.50 | $165.00 | $247.50 |
| 3/23/2011 | CE | Confirm arrangements for deposition and compile documents needed for exhibits at deposition of American Debt Negotiators representative | 0.40 | $85.00 | $34.00 |
| 3/23/2011 | JC | Prepare for deposition of American Debt Negotiators; review American Debt Negotiators files and emails | 6.50 | $165.00 | $1,072.50 |
| 3/24/2011 | JC | Travel to Ft. Lauderdale, Florida to take the 30(b)(6) deposition of American Debt Negotiators; prepare for deposition; take deposition; return to Atlanta | 16.00 | $165.00 | $2,640.00 |
| 3/25/2011 | JC | Teleconference with FTC regarding deposition and status of settlement negotiations | 0.30 | $165.00 | $49.50 |
| 3/29/2011 | JC | Email with American Debt Negotiators' counsel regarding settlement offer | 0.40 | $165.00 | $66.00 |

| | | Total Fees | $7,525.50 |
|---|---|---:|---:|

*Expenses*

| Start Date | Description | Quantity | Charges |
|---|---|---:|---:|
| 12/30/2010 | November/ December Photocopies | 23.00 | No Charge |
| 12/30/2010 | November/ December Scanned Copies | 82.00 | No Charge |
| 12/30/2010 | December Lexis/Smartlinx Charges | 1.00 | No Charge |
| 12/30/2010 | December Postage | 1.00 | No Charge |
| 1/31/2011 | January Photocopies | 287.00 | No Charge |
| 1/31/2011 | January Scanned Copies | 186.00 | No Charge |
| 1/31/2011 | January Postage | 1.00 | No Charge |
| 2/28/2011 | February Photocopies | 39.00 | No Charge |
| 2/28/2011 | February Scanned Copies | 89.00 | No Charge |
| 2/28/2011 | February PACER Charges | 1.00 | No Charge |
| 3/14/2011 | Delta flight for JC to Fort Lauderdale, FL | 1.00 | $179.40 |
| 3/30/2011 | Parking and cab expense for trip to Ft. Lauderdale for Jamie Carroll | 1.00 | $103.90 |

| | | Total Expenses | $283.30 |
|---|---|---:|---:|
| Total New Charges | | | $7,808.80 |

*Staff Summary*

| Name | Hours | Rate | Fees |
|---|---:|---:|---:|
| Cherie Eason | 13.30 | $85.00 | $1,130.50 |
| Jamie Carroll | 36.10 | $165.00 | $5,956.50 |
| Jamie Carroll | 1.70 | $0.00 | $0.00 |
| Pat Huddleston | 1.30 | $215.00 | $279.50 |
| Rosey Sumrall | .90 | $85.00 | $76.50 |
| Zachary Lewis | .50 | $165.00 | $82.50 |