Investor's Watchdog
1300 Ridenour Blvd
Suite 200
Kennesaw, GA 30152

Pat Huddleston
The Huddleston Law Firm
1300 Ridenour Boulevard
Suite 200
Kennesaw, GA 30152

Date: 4/05/2011

Regarding: Economic Relief
Invoice No: 00019

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 1/17/2011 | MF | Reconcile bank accounts | 0.30 | $145.00 | $43.50 |
| 3/07/2011 | MF | Reconcile bank accounts | 0.50 | $145.00 | $72.50 |
| 3/07/2011 | MF | Begin preparing 2010 1120SF, receivership tax return | 0.50 | $145.00 | $72.50 |
| 3/14/2011 | MF | Complete 2010 Receivership tax returns | 1.00 | $145.00 | $145.00 |

Sub Total: $333.50

Total Fees $333.50

Total New Charges $333.50

**Staff Summary**

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Michelle Fox | 2.30 | $145.00 | $333.50 |

**EXHIBIT B**