The Huddleston Law Firm
1300 Ridenour Blvd., Suite 200
Kennesaw, GA 30152

Valerie Verduce
Federal Trade Commission
225 Peachtree Street
Suite 1500
Atlanta, GA 30303

Date: 8/02/2011

Regarding: Economic Relief
Invoice No: 00037

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 4/07/2011 | CE | Receive and review March 2011 bank statements; prepare letter to FTC forwarding statements | 0.20 | $85.00 | $17.00 |
| 4/12/2011 | JC | Teleconference with FTC regarding collection of receivership assets | 0.20 | $165.00 | $33.00 |
| 4/12/2011 | JC | Review notes on deposition of American Debt Negotiators; draft new subpoena for American Debt Negotiators | 2.30 | $165.00 | $379.50 |
| 4/15/2011 | CE | Review and revise Subpoena to ADN requesting documents pertaining to business transaction with defendants | 0.40 | $85.00 | $34.00 |
| 4/21/2011 | CE | Receive and review email from insurance agent confirming cancellation of insurance on Arley Court | 0.20 | $85.00 | $17.00 |
| 4/22/2011 | JC | Receive and review email regarding James Schoenholz's storage unit | 0.20 | $165.00 | $33.00 |
| 4/27/2011 | CE | Telephone conference with FTC regarding handling of data on servers seized from defendants' offices and status of claims against American Debt Negotiators | 0.20 | $85.00 | $17.00 |
| 4/28/2011 | CE | Telephone conference with Provident Bank in Belize regarding release signed | 0.20 | $85.00 | $17.00 |

**EXHIBIT A**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | by Kara Adams that we sent authorizing release of funds and documents to receivership | | | |
| 4/28/2011 | CE | Email exchange with Provident Bank forwarding second copy of letter and release to obtain documents and funds | 0.20 | $85.00 | $17.00 |
| 4/28/2011 | CE | Email exchange with Capital Security Bank forwarding second copy of letter and release to obtain funds and documents | 0.20 | $85.00 | $17.00 |
| 4/28/2011 | CE | Telephone conference with Capital Bank in Cook Islands regarding release signed by Kara Adams authorizing release of funds and documents to receivership | 0.20 | $85.00 | $17.00 |
| 4/29/2011 | CE | Prepare letter to Lawrence Zimmerman regarding copying contents of server | 0.20 | $85.00 | $17.00 |
| 5/02/2011 | CE | Finalize, send and archive letter to Suzanne Hashimi regarding servers from defendants' office | 0.20 | $85.00 | $17.00 |
| 5/02/2011 | CE | Finalize, send and archive letter to Jamila Hall regarding servers from defendants' office | 0.20 | $85.00 | $17.00 |
| 5/02/2011 | CE | Finalize letter to Greenspoon Marder regarding documents requested via subpoena and motion to compel | 0.20 | $85.00 | $17.00 |
| 5/02/2011 | CE | Finalize, send and archive letter to Lawrence Zimmerman regarding servers from defendants' office | 0.20 | $85.00 | $17.00 |
| 5/02/2011 | JC | Draft demand letter to American Debt Negotiators regarding subpoena; teleconference with counsel for American Debt Negotiators | 1.10 | $165.00 | $181.50 |
| 5/03/2011 | CE | Transmit copy of September 2010 letter to SpaceMax releasing space rented in the name of Defendant James Schoenholz | 0.20 | $85.00 | $17.00 |
| 5/03/2011 | JC | Email with counsel for American Debt Negotiators | 0.30 | $165.00 | $49.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/03/2011 | JC | Email with storage unit regarding James Schoenholz's possessions | 0.20 | $165.00 | $33.00 |
| 5/04/2011 | CE | Telephone call to Capital Security Bank in Cook Islands regarding accounts held in the name of Kara Adams | 0.20 | $85.00 | $17.00 |
| 5/04/2011 | CE | Telephone conference with FTC regarding status of document production from American Debt Negotiators | 0.20 | $85.00 | $17.00 |
| 5/04/2011 | CE | Telephone conference with Provident Bank in Belize regarding accounts held in Kara Adams's name | 0.20 | $85.00 | $17.00 |
| 5/04/2011 | JC | Teleconference with Jamila Hall, US Attorney, regarding the computer servers | 0.20 | $165.00 | $33.00 |
| 5/05/2011 | JC | Email with the Receiver regarding an extension of time to keep the servers | 0.20 | $165.00 | $33.00 |
| 5/05/2011 | JC | Teleconference with US attorney; email with CE regarding extension of time to maintain the servers | 0.30 | $165.00 | $49.50 |
| 5/06/2011 | CE | Prepare letter to FTC forwarding April 2011 bank statements | 0.20 | $85.00 | $17.00 |
| 5/06/2011 | CE | Telephone conference with FTC regarding preservation of servers | 0.20 | $85.00 | $17.00 |
| 5/06/2011 | CE | Telephone conference with Merrill Corporation regarding transcript of deposition of American Debt Negotiators's representative | 0.20 | $85.00 | $17.00 |
| 5/06/2011 | CE | Receive and review bank statements for April 2011 from Suntrust, Wells Fargo and Bank of North Georgia | 0.20 | $85.00 | $17.00 |
| 5/06/2011 | JC | Teleconference and email with ADN counsel regarding a possible settlement | 0.40 | $165.00 | $66.00 |
| 5/06/2011 | PH | Receive and review motion regarding access to computer servers | 0.20 | $215.00 | $43.00 |
| 5/06/2011 | PH | Detailed instructions to staff regarding preservation of ERT servers | 0.20 | $215.00 | $43.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/09/2011 | CE | Telephone conference with Merrill Corporation regarding transcript for deposition of Ron Barnea | 0.20 | $85.00 | $17.00 |
| 5/09/2011 | JC | Teleconference with FTC regarding the case | 0.10 | $165.00 | $16.50 |
| 5/10/2011 | JC | Draft motion to compel against American Debt Negotiators | 3.90 | $165.00 | $643.50 |
| 5/11/2011 | CE | Review and revise Motion to Compel against American Debt Negotiators; compile exhibits; archive and file motion; prepare documents for mailing to defendants and counsel for American Debt Negotiators | 0.80 | $85.00 | $68.00 |
| 5/11/2011 | JC | Review deposition of Ron Barnea; research and draft motion to compel American Debt Negotiators | 3.50 | $165.00 | $577.50 |
| 5/12/2011 | JC | Edit and revise motion to compel American Debt Negotiators; discuss with the Receiver | 2.30 | $165.00 | $379.50 |
| 5/16/2011 | CE | Telephone conference with Scott Howley at South Pac Bank in Cook Islands regarding trust account that Kara Adams had access to | 0.20 | $85.00 | $17.00 |
| 5/16/2011 | CE | Second telephone conference with Scott Howley at South Pac bank in Cook Island regarding information on corporations tied directly to Kara Adams | 0.30 | $85.00 | $25.50 |
| 5/16/2011 | JC | Teleconference and email with American Debt Negotiators counsel regarding potential settlement | 1.10 | $165.00 | $181.50 |
| 5/16/2011 | JC | Teleconference with American Debt Negotiators counsel regarding settlement negotiations | 0.30 | $165.00 | $49.50 |
| 5/17/2011 | CE | Telephone conference with IRS agent verifying tax identification number of VP Marketing | 0.20 | $85.00 | $17.00 |
| 5/17/2011 | CE | Prepare email to Scott Howley | 0.20 | $85.00 | $17.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | regarding release of accounts | | | |
| 5/17/2011 | CE | Telephone conference with Paula Mean at Provident Bank in Belize regarding release of information pertaining to Kara Adams | 0.20 | $85.00 | $17.00 |
| 5/23/2011 | JC | Teleconference with FTC regarding the case | 0.20 | $165.00 | $33.00 |
| 5/24/2011 | JC | Email with counsel for American Debt Negotiators regarding a potential settlement | 0.30 | $165.00 | $49.50 |
| 5/24/2011 | JC | Email with counsel from American Debt Negotiators regarding settlement of the claims | 0.20 | $165.00 | $33.00 |
| 5/25/2011 | JC | Draft Motion to Withdraw Motion to Compel; draft Settlement Agreement; email with American Debt Negotiators counsel regarding the settlement agreement | 3.60 | $165.00 | $594.00 |
| 5/25/2011 | JC | Teleconference with FTC regarding the case | 0.10 | $165.00 | $16.50 |
| 5/26/2011 | CE | Review and revise settlement agreement for claims against American Debt Negotiators | 0.20 | $85.00 | $17.00 |
| 5/26/2011 | CE | Review, finalize, archive and file withdrawal of motion to compel against American Debt Negotiators | 0.20 | $85.00 | $17.00 |
| 5/26/2011 | JC | Teleconference with FTC regarding the case | 0.20 | $165.00 | $33.00 |
| 5/26/2011 | JC | Revise and edit motion to withdraw motion to compel | 0.10 | $165.00 | $16.50 |
| 5/31/2011 | JC | Receive and review revised settlement agreement; email with American Debt Negotiators counsel regarding the revised agreement | 0.80 | $165.00 | $132.00 |
| 6/02/2011 | JC | Receive and review settlement agreement from ADN; make revisions; discuss with the Receiver; email with opposing counsel | 1.70 | $165.00 | $280.50 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/08/2011 | CE | Receive and review executed settlement agreement; calendar payment due dates pursuant to terms of settlement agreement | 0.30 | $85.00 | $25.50 |
| 6/08/2011 | JC | Email with Rebecca Bratter, counsel for ADN, regarding the settlement | 0.20 | $165.00 | $33.00 |
| 6/09/2011 | CE | Prepare letter to FTC with May 2011 bank statements | 0.20 | $85.00 | $17.00 |
| 6/16/2011 | CE | Meet with Forensic IT Expert periodically throughout day regarding imaging of servers removed from defendants' offices | 0.40 | $85.00 | $34.00 |
| 6/17/2011 | CE | Meet with Forensic IT Expert regarding process of imaging servers | 0.20 | $85.00 | $17.00 |
| 6/23/2011 | JC | Email with claimant's attorney regarding claims against receivership entities | 0.20 | $165.00 | $33.00 |

|  |  | Total Fees | $4,759.00 |
|---|---|---|---|

*Expenses*

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 4/29/2011 | April Postage | 1.00 | No Charge |
| 5/31/2011 | May Lexis/Smartlink Charges | 1.00 | No Charge |
| 5/31/2011 | May PACER Charges | 1.00 | No Charge |
| 5/31/2011 | May Photocopies | 325.00 | No Charge |
| 5/31/2011 | May Scanned Copies | 201.00 | No Charge |
| 5/31/2011 | May Postage | 1.00 | No Charge |
| 6/30/2011 | June Photocopies | 5.00 | No Charge |
| 6/30/2011 | June Scanned Copies | 6.00 | No Charge |
| 6/30/2011 | June Postage | 1.00 | No Charge |

|  |  |
|---|---:|
| Total Expenses | $0.00 |
| Total New Charges | $4,759.00 |
| Balance Due | $4,759.00 |

### Staff Summary

| Name | Hours | Rate | Fees |
|---|---:|---:|---:|
| Cherie Eason | 8.00 | $85.00 | $680.00 |
| Jamie Carroll | 24.20 | $165.00 | $3,993.00 |
| Pat Huddleston | 0.40 | $215.00 | $86.00 |