Investor's Watchdog
1300 Ridenour Blvd
Suite 200
Kennesaw, GA 30152

Pat Huddleston
The Huddleston Law Firm
1300 Ridenour Boulevard
Suite 200
Kennesaw, GA 30152

Date: 8/01/2011

Regarding: Economic Relief
Invoice No: 00020

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 4/11/2011 | MF | Reconcile bank accounts | 0.50 | $145.00 | $72.50 |
| 5/09/2011 | MF | Reconcile bank accounts | 0.30 | $145.00 | $43.50 |
| | | Sub Total: | | | $116.00 |
| | | | | Total Fees | $116.00 |
| | | Balance Due | | | $116.00 |

**Staff Summary**

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Michelle Fox | 0.80 | $145.00 | $116.00 |

**EXHIBIT B**