UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
75 Spring St. SW
Atlanta GA 30303-3361
404-215-1640

pg 1/2

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 1 1 2012

JAMES N. HATTEN, CLERK
By: J. Brannon, Deputy Clerk

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.1 09-cv-3347 TCB |
| ECONOMIC RELIEF ) | |
| TECHNOLOGIES, LLC, ) | Motion for Discovery: & Inspection |
| a Nevada limited liability company, ) | of Evidence: Morris 6/4/2012 |
| ) | |
| SAFERIDE WARRANTY LLC, ) | |
| a Florida limited liability company, ) | |
| ) | |
| VP MARKETING, LLC, ) | |
| a Georgia limited liability company, ) | |
| ) | |
| JASON JAMES EYER, ) | |
| ) | |
| KARA SINGLETON ADAMS, and ) | |
| ) | |
| JAMES A. SCHOENHOLZ, ) | |
| ) | |
| Defendants. ) | |

**TO THE HONORABLE JUDGE OF SAID COURT**
   **COMES NOW** Requestor George Morris makes his Request of the Court, and in support thereof would show the Court as follows:

I.   The Defendant or a company using the same name as the Defendant is continuing to engage in deceptive and illegal telephone marketing,

II.  The Requestor intends to bring charges against the defendant in small claims court for multiple calls received on his home telephone number,

III. The Requestor requires valid and serviceable addresses in order to file a case.

**REQUEST OF THE COURT**

1. Requestor begs that the court provide the addresses that the Defendant was served at.

   **GRANTED:**_____   **DENIED:**_____

<u>Motion for Discovery: & Inspection of Evidence: Morris 6/4/2012</u>

(Pg 2/2)

2. Requestor begs that the court provide any updated contact information provided by the Defendant for themselves and/or their Agents of Register.

   **GRANTED:**_____ **DENIED:**_____

3. Requestor begs that the court provide any financial information relating to the Defendant (including but not limited to bank account information, Social Security Number or Tax ID number used to open banking accounts, contracts signed by the Defendants, billing addresses, leases, and places of business)

   **GRANTED:**_____ **DENIED:**_____

**WHEREFORE, PREMISES CONSIDERED,** the Requestor respectfully prays that this Honorable Court will grant this the Requestor's Motion for Discovery and Inspection of Evidence in all things, or in the alternative, that this Court will set this matter down for a hearing prior to trial on the merits and that at such hearing this Motion will be in all things granted.

**Signed by** _____

**Position with the court** _____


Respectfully submitted,

_George M._

George Morris

PO Box 864091

Plano TX 75086

Case 1:09-cv-03347-TCB   Document 137   Filed 06/11/12   Page 4 of 6

US District Court                                              6/6/2012
North Georgia – Atlanta Division
75 Spring St. SW
Atlanta GA 30303-3361
404-215-1640

To the clerk in charge of inquiries regarding Case No. 1 09-cv-3347 TCB
(FEDERAL TRADE COMMISSION, Plaintiff, v ECONOMIC RELIEF
TECHNOLOGIES, LLC, & SAFERIDE WARRANTY LLC, & VP MARKETING,
LLC, & JASON JAMES EYER, & KARA SINGLETON ADAMS, & JAMES A.
SCHOENHOLZ, Defendants).

I am filing a Freedom of Information request for details about the defendants in
this case. I am requesting up to 100 pages of documentation. I am seeking any
contact information, mailing addresses, bank account details, Social Security
Number, and other related information that may be useful in serving court
paperwork unto the defendants.

Please send this information to my mailing address at:
    George Morris
    PO Box 864091
    Plano TX 75086
or:    DNC.Violations@Gmail.com

I fall into Fee Category 5 of the FOIA: "5) Other Requesters - Requesters who do
not fit into any of the above categories. These requesters are persons who are not
commercial, news media, scientific or educational requesters and are required to
pay search costs for more than 2 hours and duplication costs for more than 100
pages."

Enclosed with this FOIA request is a Motion of Discovery for the court,
requesting the same information.

If there is an additional form or other information that you need to complete this
request, please contact me at my mailing address.

    -Respectfully Yours,
    George Morris

Case 1:09-cv-03347-TCB   Document 137   Filed 06/11/12   Page 6 of 6