UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>ECONOMIC RELIEF )<br>TECHNOLOGIES, LLC, )<br>a Nevada limited liability company, )<br>)<br>SAFERIDE WARRANTY LLC, )<br>A Florida limited liability company, )<br>)<br>VP MARKETING, LLC,) )<br>a Georgia limited liability company, )<br>)<br>JASON JAMES EYER, )<br>)<br>KARA SINGLETON ADAMS, and )<br>)<br>JAMES A. SHOENHOLZ, )<br>)<br>Defendants. )<br>_____ ) | CASE NO.<br><br>1:09-CV-3347-TCB |

## RECEIVER'S RESPONSE TO MOTION FOR DISCOVERY AND INSPECTION OF EVIDENCE

The Receiver opposes Mr. Morris's motion. The facts underlying it are false. None of the receivership entities is operating. The individuals who operated them before commencement of this case are in federal prison and the Receiver has

disposed of all assets of the Receivership and forwarded the proceeds to accounts controlled by the Federal Trade Commission for use in making redress to consumers. The Receiver has attached an affidavit attesting to these facts. Contemporaneous with the filing of this response brief, the Receiver is filing his final interim report and request for termination of the receivership. For the forgoing reasons, the Receiver asks the Court to deny the motion.

Respectfully submitted this 13th day of June, 2012.

_____
Pat Huddleston II
Georgia Bar No. 373984
Receiver

**PAGE PERRY LLC**
1040 Crown Pointe Parkway
Suite 1050
Atlanta, GA 30338
(770) 673-0047
(770) 673-0120 – facsimile

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was prepared with one of the font and point selections approved by the Court in LR 5.1B. I further certify that I have electronically filed the preceding with the Clerk of Court using the CM/ECF system and upon the following defendants via first class mail with postage fully prepaid:

Jason James Eyer
6244 Blue Cay Court
Orlando, Florida  32819

James A. Schoenholz
#44240039
P.O. Box 730
Lovejoy, Georgia  30250

Kara Singleton Adams
227 Everleigh Way
Marietta, Georgia  30064

George Morris
PO Box 864091
Plano, TX  75086

This 13th day of June, 2012.

_____
Pat Huddleston II
Georgia Bar No. 373984
Receiver

**PAGE PERRY LLC**
1040 Crown Pointe Parkway
Suite 1050
Atlanta, GA  30338
(770) 673-0047
(770) 673-0120 – facsimile