IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Plaintiff,     )<br>v.                    )<br>)<br>ECONOMIC RELIEF          )<br>TECHNOLOGIES, LLC; SAFERIDE  )<br>WARRANTY, LLC; VP MARKETING,)<br>LLC; JASON JAMES EYER, KARA    )<br>SINGLETON ADAMS, and JAMES A. )<br>SCHOENHOLZ,           )<br>)<br>Defendants.     ) | CIVIL ACTION FILE<br><br>NUMBER 1:09-cv-3347-TCB |

# **O R D E R**

Before the Court is non-party George Morris's request for information about a defendant in this action [137].  Morris contends that the "Defendant or a company using the same name as the Defendant is continuing to engage in deceptive and illegal telephone marketing" and that he intends to "bring charges against the defendant in small claims court for multiple calls received on his home telephone number."  Consequently, he asserts, he needs "valid and serviceable addresses in order to file a case."  Morris also

asks for "any financial information relating to the Defendant (including but not limited to bank account information, Social Security Number or Tax ID number used to open banking accounts, contracts signed by the Defendants, billing addresses, leases, and places of business)."

Morris has not provided, and the Court cannot find, any rule, statute or case that permits him, as a nonparty, to file his motion and seek the relief requested therein. Moreover, there are multiple defendants in this action, and Morris fails to identify which one he wants the information for. Finally, the receiver in this action filed a brief in opposition to Morris's motion in which he states that none of the corporate-Defendants in this action continue to operate.

Accordingly, Morris's motion [137] is DENIED.

IT IS SO ORDERED this 13th day of June, 2012.

_____
Timothy C. Batten, Sr.
United States District Judge